(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

FILED
MAY 2, 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Richard E Clark JR.  477726
(Name of Plaintiff)        (Inmate Number)

PO Box 9561 Wilmington De 19809
(Complete Address with zip code)

0 7 - 2 3 9

(2) _____
(Name of Plaintiff)        (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) "Warden" Raphael Williams. (H.R.Y.C.I)
(2) Lt Sheets. (HRYCI)
(3) Dr. Smith   Head of Medical (CMS)
(Names of Defendants)

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.   **PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

        _____
        _____
        _____
        _____
        _____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? Filled out A grievance on Lt Sheet. And warden Raphell Williams. Also. medical grievience.

2. What was the result? It has been Sometime now and have not heard back. ~~out and~~ In The H.R.Y.C.I It is Not Unuseual Not to hearback on Any Grievance.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Raphael Williams.
Employed as Warden. at Howard R. Young Correctional Inst.
Mailing address with zip code: 1301 E. 12th St Wilmington De. 19809.

(2) Name of second defendant: Lt. Sheets.
Employed as Lt Sheets. at Howard R. Young Correctional Inst.
Mailing address with zip code: 1301 E. 12th St. Wilmington De. 19809.

(3) Name of third defendant: Dr. Smith (Head of medical) "Ens"
Employed as Dr. Smith. at Howard R. Young Correctional Inst.
Mailing address with zip code: 1301 E. 12th St. Wilmington De. 19809.

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. See Attached.

2. See Attached.

3. See Attached.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to have All my meds And Doctor Apointments, Blood work Paid for. Also would like to Know why I Never Recieved A Responce on this matter "From my letters and Grievance's". And why medical Never took Priority in Correcting This Knowing that The Inmate was Contages, "Infected" With These Dieseases And what Ever Else I may be intitled too

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __17__ day of __April__, 2007.

_Richard E. Clark Jr._
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

IV. Statement of Claim.

1. On or Around The End of January to Feb I wrote Warden Raphael Williams. In Regaurds to A cell mate (Anthony Stokes) I had who was. HIV pos. And Tested pos. for hepetits B. In my letter I told Warden Williams About this And told him he was bleeding All over the place because of open Lesions. (Sors) And Said that. Before he came to 2A pod Cell 16. he was in the hole prior to that he was on the med pod. (Chronic Care) 1-C. Wich he Said that he thought he belonged there because of his health. Nothing was done About this matter And I Never heard A response. Now I found Out I have been Diagnosed with Hepitits B I have Never Been Exposed to this. prior to my Incarceration. At H.R.Y.C.I I have Also filed Grievances. And No response Nothing has been Done.

Richard E Clark SR.
#477726.
Po Box 9561
H.R.Y.C.I
Wilmington De. 19809

Clerk
U.S District Court
Lock Box 18
844 N. King Street
Wilmington De
19801

IV. Statement Of Claim.

2. On or Around The End Of January to The begining of Feb. I wrote Lt. Sheets IN Regards to A Cell mate. "Anthony Stokes". That was HIV pos and tested pos. For hepetitus B. Inmy letter I told Lt Sheets About this and told him he was Bleeding All over the Place because of open Soars "Lesions" That was All over his body. And told him that prior to him being in my cell 2-A-16. he was in the Hole prior to that he was on the med pod. (Chronic Care) 1-C Wich he his Self Said he Thought he belonged There because of his health. he didn't know why he was not back Down there Nothing was done to Resolve This matter And I never heard A Response. now I Just find out I've been Diagnosed with hepititus B. I have Never been exposed To this prior to my Incarceration At H.R.Y.C.I I Also have Filed A Grievence And No Response.

DR. Smith (Head of medical)
"CMS"

3. C.M.S was contacted by myself about this situation. Never heard back from them nor they done nothing to resolve this matter. Once I came to the conclusion that nothing was being resolved. Anthony Stokes himself while down in medical made it known about his excessive amounts and open sores. And he didn't think it was safe because of his dieseses. I also told Cms in my letter that I thought this was not safe to have people exposed to this. Still no responce. Nor a responce on the medical grievance. Now I have been diagnosed with hepititus B. I have never been exposed to this prior to my incarceration at Hr.y.c.I They also never gave me medication to help better myself.