AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07 cv 239



BD scanned

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___1___ COPIES OF AO FORM 85.

___5-17-07___  ___[signature]___
(Date forms issued) (Signature of Party or their Representative)

 ___Richard E Clark JR___
 (Printed name of Party or their Representative)

PLEASE COMPLETE AND RETURN TO THE U.S. DISTRICT COURT
Note: Completed receipt will be filed in the Civil Action

