To whom This may Concern.

My Name is Richard E Clark JR. # 477726. My Case # is 1:07-cv-239 Judge Joseph J Farnan, JR. Im writing Because I found out New Information About my Case. Originally I was told by CMS That Dr. Smith was head of Medical So That is One of the Defendants in my Suite. That Information is incorrect I Need to have Jim Welch Added on in Dr Smiths Place Jim Welch is Head of Medical At HRyCI And I Need Dr McDonald Added on Also he is the Chronic Care Dr here At HRyCI That is The Dr that Saw me Not Dr Smith. So If I Could have Dr Smith Taken off and have Jim Welch (Head of Medical) And Dr McDonald Added on. Sorry for the Inconvenience. It is hard to Find out the proper Info In here When you File Suite Against the Institution.

Thank you for your time.

R/C Clark JR

477726 Po box 9561
Wilmington De 19809
Case # 1:07-cv-239



07cv239 JJF
FILED
JUN 25 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Richard E Clark Sr.
477426.
P.O. Box 9561
Wilmington De
19809

Office of The Clerk.
United States District Court.
844 N. King Street. Lock Box 18.
Wilmington De, 19801

WILMINGTON DE 197
22 JUN 2007 PM 1 T
USA 41