*I Sent this out in someone else's name because I sent it in mine And DOC would not send it out they kept sending it back to me.*

Judge Joseph J. Farnan, JR  "JJF"          Case #
"Plantiff, Richard E Clark JR"              07-CV-239

To Whom This may Concern.

Enclosed is 4 Copies of the "U.S marshal 285"
(1) Warden Raphael Williams. (2) Lt Sheets.
(3) Dr McDonald "Infectious Disease Dr"
(4) Jim Welch "Head of CMS"

I wrote The Clerk of the Court About 2 weeks ago To Inform them that I was given misleading information Due to who was head of medical and The Dr that examined me. The Dr who examined me was. Dr McDonald "Infectious Disease Dr" Not Dr Smith who I was told I seen "by other staff members" Also I was mislead on who was head of medical. I was told by staff members that Dr Smith was Also Head of medical This Also was Not True. Jim Welch is head of CMS. Thats why there is No "US marshal 285" on Dr Smith. In my previous letter I Asked If I could have Dr Smith Removed From The Compleint and have Dr McDonald And Jim Welch Head of CMS Added To The Compleint Due to this misleading information That was ultimatly Incorrect. I do have The "US marshal 285" on Dr Smith if Needed. Plese Contact me if there is A problem. Sorry for the Inconvience.

Thank you
Richard E Clark JR.
477726
Po Box 9561
Wilmington DC 19809.

FILED
JUL 16 2007
RG scan
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ryan Geary

[Postmark: WILMINGTON DE 198, JUL 13 2007]

Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington De
19801-3570

LEGAL MAIL ONLY