

**\* Amended Complaint \***

(Rev. 5/05)

☐ ORIGINAL

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Richard E Clark JR  477726
    (Name of Plaintiff)        (Inmate Number)

P.O Box 9561 Wilmington De 19809
   (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)        (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

07-239-JJF
(Case Number)
( to be assigned by U.S. District Court)

vs.

(1) James Welch
(2) DR Peter Branen
(3) _____
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

**CIVIL COMPLAINT**

• • Jury Trial Requested

FILED
JUL 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (•Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? _Filed out a Grievince on the listed Defendents._

2. What was the result? _It has been Sometime Now And I Still have not heard back._

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _James Welch_

Employed as _Medical Service Administrator_ at _Department of Corections._

Mailing address with zip code: _245 mckee Road Dover, De 19904_

(2) Name of second defendant: _Dr Peter Binnion_

Employed as _Infectous Diesease Dr_ at _Howard R. Young Correctional Inst._

Mailing address with zip code: _1301 East 12th Street Wilmington De 19809_

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. See Attached

2. See Attached.

3. 

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. To have my Rights As An Inmate met As Far As medical. Would like to have my meds And Dr Apointments, med Care paid for. Also would like to know Why I Never recieved A Responce on this matter. And why medical and Doc Never Took Priority in Correcting this knowing the Inmate was Contageous

3

2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __28__ day of __June__, __2007__.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

Statement of Claim.
James Welch.

I had written James Welch About my situation with my medical Needs Not being met by Correctional medical Services Here At Howard R. Young Correctional Institutions. I had Explained how Dr mcdonald has not gave me the Prevention for Hep A and Hep C And how he Did Not treat me For Hep B. I Also Explained About the lack of monitering my hepititus levels for 6 months Wich is the Timly Fashion that Dr mcdonald And his Asociate Dr Kendril had indeed informed me was going to happen being James Welch is in charge of medical "Cms" And I Contacted him got no responce I took it upon my self To file this Claim.

Statement of Claim
DR Binnon

I went to see Dr Binnon in march of 07 During this visit he Informed me I had Hepititus B virus. I then Asked What we were going To Do to treat it.
(Because There Are treatments for All Forms of Hepititus, B,C Are Treated with Interfuron plus many more Drugs which Also treat)
He told me that he wasn't going to treat it because my levels we going down. I then Asked For the Vaccine For Hep B-C So I Couldn't Contract it being I am more Vonerable Now because of The Hep B. Infection I Also was Denied this Vaccine. Himself and Dr Kendall Informed me That it was routine to Draw blood For 6 months After Symptoms show to Check your levels. This happened in march, April. No Further Tests have Been done. I've written James Welch, Warden Williams, Deputy Warden Emig Filed med grievences, Filed Numerous Sick Calls And Still No Answer Nor Anything has been Done Still Filing Sick Calls because of Pains in my liver as of July 24-07 Still No bloodwork has been done. Dr Kendall Says Dr Binnon should have put me trough to see Dr mcdonald Which is who I Needed to See because he Signs off on All treatments. As of ~~4-23-07~~ 7-24-07 Dr Kendall Says As high As my levels Were I Needed treatment to put it in Submission. My last lab was Drawn 4-23-07. Were my levels were Still 3 times higher Than Normal. Per Dr Kendall Who Also Says I have Chronic Hepititus B



07-239 (JJF)

Clerk of the Court,
    Enclosed is A copy of the original Complaint And 3 Copies of the Amended Complaint, Along with The original Amended Complaint. Also I Apologize For the Inconvenience, my med File Came up missing For Some time. First, Staff Told me I Seen Dr Smith. Then I found out The Nurse told me I Seen Dr mcdonald Wich Was A Infectous Diesese DR. Wich is Who I Asked To take Place With Dr Smith. I went to the Dr to bee Seen And they had my File. I found out the Actual Dr's Name Who had Seen me. Dr Peter Binnon So I filed The Amended Complaint on him Along with Jim Welch. And All the 285 forms on Each of the 4 Defendants Along with the Attorney General. I'm having problems with my mail going out please Send me Notice of recieving the papers. Sorry For the Incoviience. Hope Every thing is Done correctly.
    Thank you For Your time.
    Richard E Clark JR
    477726
    P.o Box 9561
    Wilmington De
    19809



FILED
JUL 31 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned