To: Clerk of the Court.
From: Richard E Clark Jr # 477726
Date: 9-12-07
RE: Receipt of U.S. Marshal 285 Forms Case # 07-239-JJF

    I sent out my U.S. Marshal 285 Forms 7-25-07 for some time Now I've been having problems with H.R.Y.C.I Minipulating my mail. I Just wanted to Confirm that The Court was in Receipt of these Form because it has Been some time Since I have heard Any thing From the Court Regarding The Case. If you Could please Contact me ASAP To let me Know that The Court Did indeed Recieve This Form And that my Amended Complaint is in place As Warden Raphael Williams, Lt Shoots, James Welch, DR Peter Binnon. Thank you For your Cooperation.

Respectfully Yours

Richard E Clark Jr.
477726
P.O. Box 9561
Wilmington DE
19809


FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RO scarped



Richard E Clark SR
477425
PO Box 9561
Wilmington De
19809

WILMINGTON DE 197
13 SEP 2007 PM 3 L

Office of the Clerk
United States District Court
844 N. King St, Lock Box 18
Wilmington De 19661-3570