IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK, JR

Plaintiff

Civ. Action No. 07-239-JJF

v.

WARDEN RAPHAEL WILLIAMS
LT. SHEETS, JIM WELCH,
DR. PETER BENNON

Defendents

## MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

Plaintiff Richard E Clark JR has become a victim of minipulation and terroristic threatning on behalf of Staff of H.R.Y.C.I. Since filing 1983 on above defendents May 5, 2007. Plaintiff has had legal mail opened with papers from the US District court containing information on this case missing. Not recieving mail, not letting out going mail be sent out, sending books back recieving inadequate medical treatment. Said Plaintiff has been threatened on several

acounts to be put in IE & IF (The hole) making it sound as if that had happened. Plaintiff stands a good chance of being assaulted by staff at H.R.Y.C.I. Plaintiff feels it is not safe for him to stay in this Institution for the duration of his sentence. Due to the minipulation and threatining Plaintiff is in constant fear and feels this matter will only progress as time goes on.

*[signature]*

10-10-07    Oct. 10, 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR

  Plaintiff

  Civ Action No. 07-239-JJF

v

WARDEN RAPHAEL WILLIAMS
LT SHEETS, JIM WELCH
DR. PETER BINNON

  Defendents



## DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

I Richard E Clark JR declares under Penalty of Perjury:

1.) I am the Plaintiff in this case I make this declaration in support of my motion for a temporary restraining order and a preliminary injunction to ensure I will no longer fall victim to minipolation, and terroristic threatining by the

2.) As set fourth in the Complaint in this case, Plaintiff contracted the deadley liver disease Hepititus B during his incarseration at HRYCI, Plaintiffs infectous disease doctor (Dr mcdonald) stated it was contracted in February, 2007, Said diagnosis is in Plaintiff's medical file.

3.) Since legal mail was opened by H.R.Y.C.I containing Information on this case. Plaintiff has had his mail minipulated, mail not going out, Legal mail being opened, Books being sent back, not recieving much needed medication, med file missing at times of Dr appointments.

4.) Plaintiff has been threatened on Several accounts to be Put in 1E & 7F (The hole). He has been threatened if he was in the hole/Segragation ect, that he would stand a good chance of being assaulted for what he is doing

5.) One of Plaintiffs defendents, Lt Sheets has been very intimidating due to threatining looks, and statements made on his behalf.

6.) Due to all the information above Plaintiff is in constant fear of abuse. He doesn't feel safe any where in the Prison especialy in area's where not many people are around.

7.) Also one Defendent Dr Peter Binnon is the only Chronic Care doctor in H.R.Y.C.I and Plaintiff's much needed meds are being discontinued. Plaintiff still has Several medical problems that are not being addressed. high cholesterol, blood pressure, pain full lump on right testicale, pains in his liver, fatigue, losing weight.

WHEREFORE givin reasons listed in this decloration of Plaintiffs motion for a temporary restraining order and Preliminary injunction. The Plaintiff prays that the court grants the plaintiffs motion in all respects.

Persuant to 28 U.S.C 1746, I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
10-10-07.        Oct, 10, 2007

# CERTIFICATE OF SERVICE

I Richard E Clark Jr, hereby certify that I have served a true and correct copy of the motion upon the following party, in the US mail on the 10, day of October 2007

Deputy Attorney General
Department of Justice
820 N French Street
Wilmington, De 19801

10-10-07



Richard E Clark Sr.
477126
Po Box 9561
Wilmington DE
19809.

WILMINGTON DE 197
11 OCT 2007 PM L
USA 41

Office of the Clerk
United States District Court
844 N. King St., Lock Box 18.
Wilmington, De. 19801-3570