To: Clerk of the Court.
From: Richard Clerk Jr.
RE: CA.No O7-239-JJF.
Date: 10-10-07.



OCT 12 2007
U.S. DISTR.
DISTRICT OF

I recently was in reciept of  Second Supplemental
Service order. In which the order stated that The Court didn't
recieve A US marshal 285 For Dr mcdonald that's because
D.o.C misplaced my medical file which cms stated I
Seen Dr mcdonald. This was not the case I Seen Dr peter Binnon
So I droped Dr mcdonald as a defendant and Dr peter Binnon was
to be added on. That is why there was no 285 Form For Dr mcdonald.
Also was the Court in reciept of the US marshal 285 Forms
For Warden williams, Lt Sheet, James Welch. The order stated
They recieved one for Dr Binnon. Also Did this little mishap
hold up Service upon Lt Sheets, Warden williams, James welch, Dr Binnon
or was mcdonald the only one Not-Served because there was
No 285 For him. So to Sum it all up Dr mcdonald was Droped.
Dr Petter Binnon was Added. And Did the Court recieve The
285 Forms For these Four Defendants. because HRYCI is manipulating
my mail and want to make Sure the Court recieves All
Proper Documents. Please let me Know All this is taken
Care of ASAP So if not I can get the documents to
Send out Again. Hope there is No Confusion. Sorry if there is
and For taking up the courts time.

                        Respectfully.
                        Richard Clerk JR  477726
                        Po Box 9561
                        Wilmington De 19809

Richard E Clark Sr.
477726
po Box 9561
Wilmington De
19809

WILMINGTON DE 197

11 OCT 2007 PM 3 T

Office Of the Clerk.

United States District Court.

844. North King St.

Wilmington Delaware.