IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD E. CLARK, JR., | : |
| Plaintiff, | : |
| v. | : Civ. Action No. 07-239-JJF |
| WARDEN RAPHAEL WILLIAMS, LT. SHEETS, JIM WELCH, and DR. MCDONALD, | : |
| Defendants. | : |

**ORDER**

WHEREAS, Plaintiff Richard E. Clark, Jr., a prisoner incarcerated at the Howard R. Young Correctional Institution, Wilmington, Delaware, filed a Complaint pursuant to 42 U.S.C. § 1983 (D.I. 2, 8, 11);

WHEREAS, on October 12, 2007, Plaintiff filed a motion for injunctive relief (D.I. 14) to stop Defendants' retaliatory conduct following the filing of said lawsuit;

WHEREAS, Plaintiff asserts the retaliatory conduct consists of tampering with his legal mail, threats of placement in "the hole," lack of medication, and he is "in constant fear of abuse,"

THEREFORE, at Wilmington this 18 day of October, 2007, IT IS ORDERED that:

1. Defendant Warden Raphael Williams and Correctional Medical Services shall file a response to Plaintiff's motion (D.I. 14) on or before **October 24, 2007**.

2. Plaintiff may file a reply on or before **November 1,**

2007.

3.   The Clerk of the Court is directed to serve, by certified mail, a copy of Plaintiff's Complaint, Amended Complaint, and Second Amended Complaint (D.I. 2, 8, 11) and Motion For A Temporary Retraining Order And A Preliminary Injunction (D.I. 14), and this Order to Warden Raphael Williams, the Attorney General for the State of Delaware, and Correctional Medical Services.

*[signature]*
UNITED STATES DISTRICT JUDGE