D.I. # _____

# CIVIL ACTION
# NUMBER: _____07-239_____

U.S. POSTAL SERVICE
REGISTERED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 165 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 645 |

Sent To: **Delaware Attorney General**
Street, Apt. No.; or PO Box No.: **Department of Justice**
City, State, ZIP+4: **820 N. French Street**
**Wilmington, DE 19801**

PS Form 3800, August

7007 0710 0003 9054 6470

FILED
2007 OCT 19 PM 4:38
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE