IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD E. CLARK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 07-239-JJF |
| v. | ) | |
| | ) | Jury Trial Requested |
| | ) | |
| WARDEN RAPHAEL WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**WARDEN RAPHAEL WILLIAMS'
MOTION FOR ENLARGEMENT OF TIME [RE: D.I. 14, 16]**

COMES NOW, State Defendant Warden Raphael Williams ("Warden Williams"), by and through his undersigned counsel, and hereby moves this Honorable Court (the "Motion") to enter an Order, granting an enlargement of time pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, in which to file a response to Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (the "Motion for Preliminary Injunction") (D.I. 14). In support of the Motion, Warden Williams states as follows:

1. Plaintiff Richard E. Clark, Jr. ("Clark" or "Plaintiff") is an inmate presently incarcerated at the Howard R. Young Correctional Institution ("HRYCI") in Wilmington, Delaware. Clark is appearing *pro se* in this matter with leave to proceed *in forma pauperis*.

2. On May 2, 2007, Clark filed a Complaint claiming that the Defendants were violating, *inter alia*, his Eighth Amendment rights. (D.I. 2).

3. To date Clark has not served the Complaint on Warden Williams or the other Defendants.

4. On October 12, 2007, Clark filed the Motion for Preliminary Injunction alleging that the Defendants were opening his legal mail, manipulating his regular mail, providing him with inadequate medical treatment and threatening him. (D.I. 14).

5. Less than one week later, on October 18, 2007, the Court entered an order directing the Defendants to respond to the Motion for Preliminary Injunction on or before October 24, 2007. (D.I. 16). The order was mailed to the Defendants and the Attorney General's Office on Friday, October 19, 2007. (Exhibit A).

6. On October 24, 2007 – the deadline for filing a response – the Attorney General's Office received the Court's Order. (Exhibit A).

7. The Attorney General's Office and Warden Williams have not had an opportunity to review and investigate Plaintiff's allegations. Therefore, Warden Williams cannot effectively respond to the Motion for Preliminary Injunction by October 24, 2007 and is requesting an extension of time of seven (7) days – from October 24, 2007 until on or before October 31, 2007 – to investigate Plaintiff's allegations and respond to the Motion for Preliminary Injunction.

8. This is Warden Williams' first request for an extension of time.

9. There is no trial date scheduled in this case.

WHEREFORE, Warden Williams respectfully requests that the Court grant the Motion and enter an Order, substantially in the form attached hereto, enlarging his time to respond to the Motion for Preliminary Injunction until on or before October 31, 2007.

                                **STATE OF DELAWARE**
                                **DEPARTMENT OF JUSTICE**

                                */s/ Erika Y. Tross*
                                Ophelia M. Waters (#3879)
                                Erika Y. Tross (#4506)
                                Deputy Attorney General
                                820 North French Street, 6th Floor
                                Wilmington, Delaware 19801
                                (302)577-8400
                                        Attorney for Warden Williams

Dated: October 24, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD E. CLARK, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 07-239-JJF |
| v. | ) |
| | ) Jury Trial Requested |
| | ) |
| WARDEN RAPHAEL WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

The undersigned counsel hereby certifies, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that she is, as a practical matter, unable to discuss the subject of this Motion with the Plaintiff because the Plaintiff is an incarcerated inmate in a prison. Counsel for Warden Williams assumes that the Plaintiff opposes the Motion.

                                              **DEPARTMENT OF JUSTICE**
                                              **STATE OF DELAWARE**

                                              */s/ Erika Y. Tross*
                                              Erika Y. Tross (#4506)
                                              Deputy Attorney General
                                              820 N. French Street, 6th Floor
                                              Wilmington, DE  19801
                                              (302) 577-8400
                                                    Attorney for Warden Williams

Dated: October 24, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD E. CLARK, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 07-239-JJF |
| v. ) | |
| ) | Jury Trial Requested |
| ) | |
| WARDEN RAPHAEL WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon Warden Williams' Motion For Enlargement Of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Warden Williams has until on or before October 31, 2007 to file a response to Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (D.I. 14).

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on October 24, 2007, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Richard E. Clark Jr.
Howard R. Young Correctional Institution
P.O. Box 9279
Wilmington, DE 19809

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

/s/ *Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400

