**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

October 24, 2007

[New Castle County-Civil Division]

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: ***Clark v. Williams, et al.*,**
      <u>**D. Del., C.A. No. 07-239-JJF**</u>

Dear Judge Farnan:

  On October 12, 2007, the Plaintiff, Richard E. Clark, Jr. filed a Motion for a Temporary Restraining Order and a Preliminary Injunction alleging that the Defendants were threatening and retaliating against him since the filing of his lawsuit (the "Motion for Preliminary Injunction"). (D.I. 14). Shortly thereafter, on October 18, 2007, the Court entered an order directing the Defendants to respond to the Motion for Preliminary Injunction on or before October 24, 2007. (D.I. 16). Today, October 24, 2007, Warden Williams filed a Motion for Enlargement of Time requesting that the Court grant him until on or before October 31, 2007 to investigate Plaintiff's allegations and respond to the Motion for Preliminary Injunction.

  In light of the nature of the Plaintiff's allegations, the Howard R. Young Correctional Institution placed Mr. Clark in Protective Custody on today, October 24. Mr. Clark will remain in Protective Custody pending disposition of the Motion for Preliminary Injunction.

The Honorable Joseph J. Farnan, Jr.
October 24, 2007
Page 2

       If you have any questions or concerns please contact me at (302) 577-8400.  Thank you.

                Sincerely,

                */s/ Erika Y. Tross*

                Erika Y. Tross
                Deputy Attorney General

EYT/vd
cc:    Richard E. Clark, Jr., Plaintiff