**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

October 26, 2007

[New Castle County-Civil Division]

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re: *Clark v. Williams, et al.*,
       D. Del., C.A. No. 07-239-JJF

Dear Judge Farnan:

  On October 24, 2007, the Howard R. Young Correctional Institution ("HRYCI") transferred the Plaintiff, Richard Clark SBI #477726, from his placement in the Key Program to Protective Custody. HRYCI transferred Mr. Clark to Protective Custody in light of his Motion for Preliminary Injunction in which he claimed that his life was in danger. (D.I. 14).

  Since his transfer, Mr. Clark has explicitly stated that he does not fear for his safety, he does not believe he needs Protective Custody and he wishes to be transferred from Protective Custody back to the Key Program.

  Mr. Clark waived his right to Protective Custody. He is now back in General Population in the Key Program. Enclosed, for your review, are all of the relevant documents pertaining to Mr. Clark's request for transfer out of Protective Custody.

The Honorable Joseph J. Farnan, Jr.
October 26, 2007
Page 2

   If you have any questions or concerns please contact me at (302) 577-8400.  Thank you.

            Sincerely,

            */s/ Erika Y. Tross*

            Erika Y. Tross
            Deputy Attorney General

EYT/vd
Enclosures
cc: Richard E. Clark, Jr., Plaintiff

To: Staff Lieutenant Wayne Lee
From: Lieutenant Fred Way III
Date: October 25, 2007
Subject: Inmate Clark, Richard (Protective Custody Status)

Sir,
Inmate Clark was questioned in the First Floor Office, on today's date October 25, 2007 at approximately 1640 hours. It was explained to him the reason why he was placed on Administrative Segregation on October 24, 2007 the 4x12 shift.

Inmate was questioned about his safety and he stated that he was in the Key program and wanted to return. He further stated that he doesn't fear for his safety and wants to come off this status.

Inmate states that at no time did he feel he needed to be placed on Administrative Segregation.

\* Please remove me from/my current status \*

*[signature]*
Clark, Richard E. #477726

*[signature]*
Lieutenant Fred Way III
First Floor Supervisor

10-25-07

To whom this may concern, at no time did I Richard E Clark ask or thought I needed to be housed in 1-F (PC) and Do not fear for my Saftey.
At this time I don't feel threatened

*[signature: Richard E Clark]*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL FACILITY

## TRANSFER FROM ADMINSTRATIVE SEGREGATION

NAME: **Clark, Richard**     SBI NUMBER: **#477726**

DATE OF ORDER: **10/25/2007**     CURRENT LOCATION: **1F #04**

TIME OF ORDER: **1645 hrs.**     NEW LOCATION: **Gen. Pop( Dorm II )**

You are hereby being removed from administrative segregation for the following reason (s):
**At this time you are being removed from your current status and returned to Dorm II, You stated that you never requested Protective Custody and wish to continue with your treatment..**

COMMENTS:

APPROVING AUTHORITY (STAFF LIEUTENANT OR ABOVE):

Staff/ Lieutenant Wayne Lee  (Shift Commander)     S/Lt. Wk m
STAFF TITLE AND SIGNATURE

DISTRIBUTION
Original:   Warden via Deputy Warden
Copy:     Health Care Administrator
            Counselors via Pam Faukner-Minor, Counselor Manager
            Primary Control/Movement Log Officer
            Housing Unit – Modular Control
            Resident