IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD E. CLARK, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action No. 07-239-JJF |
| v. ) | |
| ) | Jury Trial Requested |
| ) | |
| WARDEN RAPHAEL WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon Warden Williams' Motion For Enlargement Of Time (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Warden Williams has until on or before October 31, 2007 to file a response to Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction (D.I. 14).

SO ORDERED this 29 day of October, 2007.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge