**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD E. CLARK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-239-JJF |
| v. | ) | |
| | ) | Jury Trial Requested |
| WARDEN RAPHAEL WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# SEALED EXHIBIT