IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK, JR.
    Plaintiff

V.                                                    Civ. Action No. 07-239

WARDEN RAPHAEL WILLIAMS
LT. SHEETS, JIM VEICH, and
DR. PETER BINNON
    DEFENDANTS

FILED NOV 01 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

✷ HONORABLE JOSEPH J. FARNAN, JR. ✷

Reply For Plaintiffs TRO Filed 10-12-07

1.) On October 22, 2007, Plaintiff recieved an order that clearly ordered Warden Raphael Williams and Correctional Medical Services to file a response to Plaintiffs Motion for a **TRO and Preliminary Injunction**. This said response was due on or before October 24, 2007

2.) On October 24, 07 at 1600 hrs an order was issued on behalf of Warden Williams to transfer Plaintiff from general population to Administrative Segregation. Plaintiff never asked for this and clearly stated in the motion for tro, that Plaintiff felt more vulnerable to abuse by staff to be there being their are no witnesses and your housed

In a cell alone. Which this said transfer is clearly a state of retaliation on behalf of the defendants and HRYCI.
\*(Plaintiff has copies of said order to transfer)\*

3.) On October 25, 07. Aprox 1635 hrs. H.R.Y.C.I Staff came to Plaintiff telling him to sign a document stating he didn't ask to be brought to IC&IF (Protective Custody). Aprox 1730 hrs the same Lt. came into Plaintiffs P.C. Cell #4. forcing the Plaintiff to write documentation alleging Plaintiff never felt threatened, doesn't feel threatened at this time and never asked to be transferred to IC&IF.

4.) As of Oct. 30, 07 Plaintiff has not recieved a copy of Warden Raphael Williams, and Correctional Medical Services response to Plantiffs motion for a TRO and Preliminary Injuction, Said Plaintiff is led to believe that the deffendents failed to respond to the said order.

WHEREAS... The plaintiff respectfully requests that the motion for a <u>TRO and Preliminary Injunction</u> be considered as unapposed. Therefore issuing an immediate order for Warden Raphael Williams and H.R.Y.C.I to issue an expedite transfer to Sussex Correctional Institution, being because much of the Staff at HRYCI can and does work over time hours at the Delaware Correctional Center in Smryna De, There by possibly exposing the situation at HrycI if plaintiff is identified by said staff. Therefore plaintiff feels that the retelitory behavior could follow with staff if transferred to Dcc. This is not the case with SCI being HRYCI staff will not work there being its Aprox 110 miles away.

THEREFORE... I Richard E Clark JR (Plaintiff) respectfully asks the Honorable Judge Joseph J. Farnon Jr. to grant the tro ordering Raphael Williams to immeadiatly transfer myself to Sussex Correctional Institution which will stop and Asure the plaintiff that the retelitory behavior on behalf of the defendents will Cease, or for the Honorable Judge to issue an order on whatever he feels deemed appropriate.

I declare truth of the above under penalty of Perjury.

Oct. 30, 2007
Date.

Signature of movant.



Ryan Geary
Sbi# 541434
P.O Box 9561
Wilmington De
19809

WILMINGTON DE 197
31 OCT 2007 PM 1 I
USA 41

United States District Court
Lock Box 18.
844 King Street
Wilmington De