IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Richard E. Clark JR

Plaintiff,

V.

WARDEN RAPHAEL WILLIAMS, et al.

Defendants

Cival Action No. 07-239-JJF

Jury trial Requested

FILED
NOV 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Richard E. Clark JR'S reply to Warden Raphael William's Response in opposition to Plaintiff's Motion for a temporary restraining order and preliminary injunction

1.) Plaintiff filed and Sent in the U.S marshal 285 forms for the defendents on 7-25-07, and didn't understand or Know that I, Richard E Clark Jr had to actualy Serve them myself. It was my belief the US marshal's served the Notice of law suite.

2.) Plaintiff's allegations of retaliation Started when legal mail was recieved opened, dated June 13, 07. postmarked 5-29-07 Containing documents from the Court. the Envelope Contained another envelope inside also opened with no documents in it at all. HrycI Said it was Sent to the buisness office. Why it was opened with documents missing only HrycI Knows. the Legal mail Clearly Stated Richard E Clark. (See copies of the envelopes thats enclosed)

3.) Plaintiff was not aware at the time of filing the motion for tro and Preliminary insunction that he had to name the Staff that threatened him with being housed in 1E & 1F. Plaintiff does not recall all the names. two of them were Capt Bergrun and Sgt moody.

4.) In the plaintiffs motion he clearly stated that he was afraid to be housed in administrative segragation because he felt more vulnerable to abuse, ie. No witnesses and any Staff can come into 1E & 1F.

5.) Plaintiff had no Idea why he was placed in protective custody. he was told by C/O Robinson and his partner that it was court ordered. on. Oct. 25. Lt Fredway pulled plaintiff in his office and inlightened him that someone called and thought I needed p.c. he also asked if I was in fear of my safty by being in general population. Plaintiff stated he was not and would like to return to the Key program. At no time did any one inlighten the plaintiff that he was there because he felt threatend by staff. Per mr Roddric Johnson East Side lawlibrary in 17 years he has been employed here he has never seen an inmate be housed in p.c because he feared staff. he even stated that it seemed pointless because any staff could walk onto the teir if they felt the need to reach the plaintiff. Let it be known that on the transfer to Administrative Segregation form it states court ordered transfer. this was clearly not the case as to the paper work plaintiff has recieved. This was clearly HRYCI's doing. (Enclosed is a copy of said transfer form). Due to fear of any staff walking on to the tier and having no witnesses, and not fearing gen population Plaintiff signed out of p.c and returned to the key program.

6.) Plaintiff feels the retaliation is being done because of documentation from the US district court missing containg information from said court about the lawsuit pending against Warden Williams et. al. Plaintiff feels this retaliation is being done by several staff members in result of an order by their boss Warden Williams who actualy controles the prison and who does what in the institution.

7.) Their is clearly no proof in the Wardens responce that the retaliation is not happening. The medical records they obtained were from July 31, 07 to Sept, 07. if they would have obtained the lab reports from the end of march to July of 07 the would have clearly seen that the labs were not being done like they needed to be done, to monitor the extreamly high levels of hepatitus B. Also the records they obtained donot show how Im not recieving my meds on a consistant basis.

8.) Plaintiff filed a grievance on the mail room for opening the legal mail in which Sgt moody said it was to late and didn't accept it. I also wrote the Warden enclosed was his responce. The mail problem got to the point to where court papers had to be sent in someone elses name to ensure they got to where they were being sent. Enclosed is also a copy of a statement by the warden on the situation on which I recieved today 11-6-07.

9.) Plaintiff was unaware that he could file a grievance for staff members threatining him with administrative segregation and actualy believes if he did the situation at hand could have gotten worse. Plaintiff is unaware of the c/o name one of the threats consisted of if you ever go to 1E & 1F I will personaly see to it that you have the Sh*# beat out of you. This was clearly one threat that intimidated the plaintiff.

10.). There has been many issues with Plaintiffs mail in which Warden Williams, Deputy Warden Emig, Capt Berggrun have been notified. Plaintiff has never had problems with his mail untill Around the end of June. Ironicaly around the time that the documents from the US district court were opened and missing. This has consisted of out going and incoming legal mail And regular mail. Enclosed is a grievance in which the mail room claimed I had too many books sent in and or to many books in possesion/over the limit which was not the case as clearly stated in the grievance and the Apeal. When Sgt moody recieved the Apeal she threatend to give me a class one write up and send me to the hole because I exposed them on a situation that was taking place.

11.). Plaintiff cannot tell the future there is no way of telling rather this given situation will get worse causing irreperable injury. I am affraid of this actualy happening and only ask to be moved to Sussex Correctional Institution were I can perticipate in the Key South program and wouldnt have to worry about retaliation and/or Irreparable harm in the future from staff.

12.) When Lt Way came into Plaintifs PC cell he pretty much forced me to write I didn't feel threatened or else I couldn't go to Gen Pop.

* Enclosed is all the evidence that the plaintiff can obtain with out a lawyer. Plaintiff has filed a motion to Appoint councel because of the complexity of this case in which he hasn't had a responce back yet. *

Also They transfered me to protective custody where Defendent Lt Sheets is incharge of running That Area and makes his rounds on I E & F Which could have jeopardized my right to P/C

WHereFore, I Richard Clark respectfuly request that this Honorable Court grant this motion For a TRO and premlominary Insunction and take action On what ever the Honorable Judge feels deemed apropriate. And/or transfer to SCI where plaintiff can continue his treatment in the KeySouth program

X [signature] E Clark Jr.

Plaintiff.

Dated

11-6-07.

P.O Box 9561 Wilmington De 19809.

This Envelope was recieved in the bottom close Opened by doc. Empty. Plaintiff his original Documents from the Court were missing in this one!

e of the Clerk
ites District Court
Street, Lockbox 18
Delaware 19801-3570

IAL BUSINESS

RICHARD E. CLARK SBI 477726

Richard E. Clark Jr.
SBI# 477726
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

This one was opened Also and taped shut. Doc says

049J82023030
$00.580
05/29/2007
US POSTAGE

ourt
ox 18
01-3570

ATTN MAILROOM

RICHARD E CLARK
SBI 477726

Richard E. Clark Jr.
SBI# 477726
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

COMPLETED
JUN 13 2007

19809+0561



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:* *Richard Clark, 477726*
*R Pod*

*FROM:* *Warden Raphael Williams*

*DATE:* [illegible]

*SUBJ:* ***YOUR RECENT CORRESPONDENCE***

*The health care unit and mailroom supervisor have been alerted to your allegations.*

*RW:adc*

***DISTRIBUTION***

Welsh. Head of CMS
Jim

*Corporal Woodard*
*Chris Williams, Health Care Administrator*
*File*





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## ***MEMORANDUM***

*TO:* *Richard Clark, 477726*
*Dormitory II*

*FROM:* *Warden Raphael Williams*

*DATE:* *July 2, 2007*

*SUBJ:* ***YOUR RECENT CORRESPONDENCE***

*I do not believe any staff member is manipulating your mail; however, Captain Berggrun shall review your complaint and provide this office with his findings.*

*RW:adc*

***DISTRIBUTION***

*File*

Contacted the warden about my mail. Never heard
anything back. After this responce.



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19801
Telephone: (302) 429-7744
Fax: (302) 429-7708

Mark Emig
Deputy Warden II

***MEMORANDUM***

*TO:* *Richard Clark, Jr., 477726*
*Dorm II/25*

*FROM:* *Deputy Warden Mark Emig*

*DATE:* *July 18, 2007*

*SUBJ:* ***YOUR RECENT CORRESPONDENCE***

*Your recent correspondence to this office has been forwarded to Chris Williams, Health Services Administrator, for any further action/response required.*

*Thank you.*

*ME/co*

***DISTRIBUTION:***

*Chris Williams, Health Services Administrator*
*File*





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

***MEMORANDUM***

*TO:* *Richard Clark, 477726*
*Dormitory II*

*FROM:* *Warden Raphael Williams*

*DATE:* *August 16, 2007*

*SUBJ:* ***YOUR RECENT CORRESPONDENCE***

*My secretary is responsible for ensuring proper staff is alerted to offender's concerns. In your case, you have medical treatment concerns and a prior discussion with Captain Berggrun, which I have no knowledge of; therefore, they will be responsible for addressing and/or resolving the issues.*

*RW:adc*

***DISTRIBUTION***

*File*





STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

***MEMORANDUM***

*TO:* *Richard Clark, 477726*
*Dormitory II*

*FROM:* *Warden Raphael Williams*

*DATE:* *November 2, 2007*

*SUBJ:* ***YOUR RECENT CORRESPONDENCE***

*This office has been notified by the Deputy Attorney General Erika Tross that you sent documents to Judge Farnan under offender Ryan Geary's name. If you wish to communicate with the courts or any other individuals, you must send out mail in your own name.*

*RW:adc*

***DISTRIBUTION***

*Mailroom personnel*
*File*



HRYCI Howard R.Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

Date: 09/27/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** CLARK, RICHARD E J
**SBI# :** 00477726
**Institution :** HRYCI
**Grievance # :** 140003
**Grievance Date :** 08/25/2007
**Category :** Individual
**Status :** Unresolved
**Resolution Status :**
**Resol. Date :**
**Grievance Type:** Mail
**Incident Date :** 08/23/2007
**Incident Time :**
**IGC :** Moody, Mary
**Housing Location :** Building 1, East, Floor 1, Dorm II, Bunk 25, Bed A

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I received a prohibited mail notice on 8/23 and reasoning stated behind this was given "over book limit" my last book was received back in 2/16/07. These 4 books came all the way from Alaska and consequently needed a hefty duty paid for shipping and handling. The Co that handled my book on 2-16-07? was J. Sutton. The Mailroom Officer was J. Sutton. The Mailroom Officer that denied my last shipment of books was D. McQuston

**Remedy Requested :** I want the HRYCI to handle the requisitioning of my 4 books. Through payment of the shipping & handling that it will cost to get them back in my possession.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO
**Date Received by Medical Unit :**
**Investigation Sent :**
**Investigation Sent To :** Dych, Walter
**Grievance Amount :**



HRYCI Howard R.Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

**Date:** 10/02/2007

# GRIEVANCE INFORMATION - Appeal

**OFFENDER GRIEVANCE INFORMATION**

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** | : CLARK, RICHARD E J | **SBI#** | : 00477726 | **Institution** | : HRYCI |
| **Grievance #** | : 140003 | **Grievance Date** | : 08/25/2007 | **Category** | : Individual |
| **Status** | : Unresolved | **Resolution Status :** | | **Inmate Status :** | |
| **Grievance Type:** | Mail | **Incident Date** | : 08/23/2007 | **Incident Time :** | |
| **IGC** | : Moody, Mary | **Housing Location :** | Building 1, East, Floor 1, Dorm II, Bunk 25, Bed A | | |

**APPEAL REQUEST**

Appeal received 10/1/07 dated 9-30-07

The IGC was very adamant about the Mailroom at HRYCI not being at fault once Sgt. Moody and the rest of the IGC realized this that the Mailroom was at fault Sgt. Moody informed me that being I didn't pay for the books (in which I actually did) That my grandmother sent them in. She would have to file a complaint. I then informed the IGC that my Grandmother has durable power of attorney over my finances (I have access to the copies) I asked her to send me these books in which I actually paid for from my own bank account. The shipping and handling was $12.89. The next day I received a prohibited mail notice regarding books again. The notice stated over the limit. It didn't state how many books as Sgt. Moody stated it would. On 9-29-07 I seen a man who is on the IGC he said he voted Abstain which the forms say everyone denied my grievance which means someone on the IGC is altering the outcomes of the grievance to fix the actual verdict. I'm concerned about the IGC at HRYCI fixing these outcomes and wondering on how many grievances have had this done. Signed Richard E. Clark, Jr. dated 9-30-07

**REMEDY REQUEST**

Denied.
On 10-1-07 Sgt moody Threatened to Send me to the hole because of this info on this Apeal

HRYCI Howard R.Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

**Date:** 09/07/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** | : CLARK, RICHARD E J | **SBI#** | : 00477726 | **Institution** | : HRYCI |
| **Grievance #** | : 132663 | **Grievance Date** | : 07/15/2007 | **Category** | : Individual |
| **Status** | : Unresolved | **Resolution Status** | : | **Resol. Date** | : |
| **Grievance Type** | : Health Issue (Medical) | **Incident Date** | : 03/01/2007 | **Incident Time** | : |
| **IGC** | : Moody, Mary | **Housing Location** | : Building 1, East, Floor 1, Dorm II, Bunk 25, Bed A | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I filed a grievance in April of 07 about contacting Hepatitis B in this facility and Dr. McDonald said it doesn't need treatment my levels are going down. This is not true. I done my own research and I should be getting interferon treatments. And I'm still not. They also are to take blood for 6 months after symptoms and haven't since May. They took it in March, April, May.

**Remedy Requested** : To receive the proper medical care I deserve and to have my blood wash done and to have my interferon treatments!!! asap.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Medical Grievance** : | YES | **Date Received by Medical Unit** : | 07/27/2007 |
| **Investigation Sent** : | 07/27/2007 | **Investigation Sent To** : | Frank, Kevin D |
| **Grievance Amount** : | | | |

Tested positive the End of march, 07

[redacted]

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 E. 12TH STREET
WILMINGTON, DE 19809

TELEPHONE: (302) 429-7700 FAX: (302) 429-7707

# TRANSFER TO ADMINISTRATIVE SEGREGATION

NAME: **Clark, Richard E.** SBI NUMBER: **00477726**

DATE OF ORDER: **10/24/07** CURRENT LOCATION: **Dorm II Bunk 25**

TIME OF ORDER: **1600** NEW LOCATION: **1F-04**

You are hereby being placed on administrative segregation for the following reason (s):

_______ A threat / potential threat to the security and safety of this facility.

_______ Your unacceptable / acting out behavior.

XXX The threat or potential threat of physical harm from others.

_______ Pending a complete investigation for a security violation.

**COMMENTS:** *** House Alone Rec Alone***

***Court Ordered***

**APPROVING AUTHORITY** (STAFF LIEUTENANT OR ABOVE):

______________________________

**STAFF TITLE AND SIGNATURE**

DISTRIBUTION
Original: Warden via Deputy Warden
Copy: Health Care Administrator
Counselors via Pam Faukner-Minor, Counselor Manager
Primary Control/Movement Log Officer
Housing Unit – Modular Control
Resident
Facility Investigator

FORM#: 465



ichard E. Clark JR.
#477926
2007 WILMINGTON, DE 19850 NOV 9 2007 PM
Wilmington, De 19809.

Office of the Clerk

United States District Court

844 N. King Street, Lockbox 18.

Wilmington De 19801

U.S.M.S.
X-RAY

LEGAL MAIL ONLY