OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

November 14, 2007

TO:

Richard E. Clark Jr.
SBI# 477726
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

    **RE:** Reply to Warden Williams' Response in Opposition to Plaintiff's Motion for TRO and Preliminary Injunction
CA 07-239 JJF

Dear Mr. Clark:

    Papers have been received by this office for filing in the above matter which do <u>not</u> conform to the Federal Rules of Civil Procedure, Rule 5; and District of Delaware Local 5.2.(a) & 5.3.

    Your papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, ***you must serve a copy of your document upon all other counsel of record***. Service must be indicated on an Affidavit or Certificate of Service, attached to the back of your request, motion or pleading.

    A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

    Your corrected filing, (signed by you, with a certificate of service attached) should be sent to this office for processing.

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                Sincerely,

/rc                                PETER T. DALLEO
                                    CLERK

cc:  The Honorable Joseph J. Farnan, Jr.