IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Richard E Clark JR,

    Plaintiff.

V

WARDEN RAPHAEL Williams et.al,

    Defendents

C.A # 07-239-JJF

On July 25, 2007 I filed an amended complaint adding Dr Peter Binnon. When I Sent it in I Sent notification explaining how CMS told me I Seen Dr mcdonald, This was not the Case I Seen Dr Binnon. So I Dismissed Dr mcdonald and Dr Binnon took his place. In October I recieved Documents explaining they have not recieved US marshal 285's For mcdonald, and the marshals wouldnt Send the complaint until this was taken care of. To this day Dr peter Binnon has not been added to the letter head of the documents and mcdonald has not been droped. I Sent in the Marshal 285 For Warden williams, Lt Shoots, Jim welch, and Dr Peter Binnon. explaining this was all my defendents. How much longer is it going to be before Binnon is added and mcdonald is Droped. When will the marshers →
Serve the Complaint. Respectfully: Richard E Clark JR

I am due to see Dr. McDonald at the end of November and I'm affraid that if he knows that his name is being used and possibly being sued if he sees this on the documents that I may not get the treatment I need. Please dismiss McDonald and add Peter Bimon ASAP. If I need to do something else for the marshel's to serve this notice please let me know —

Thank you,

Richard Clark Sr
477726
P.O Box 9561
Wilmington De
19809



Richard E Clark Jr
#177726
P.O. Box 9561
Wilmington DE
19809.

Office of the Clerk.
United States District Court.
844 N. King St., Lock Box 18
Wilmington DE, 19801.