IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD E. CLARK, JR., : | |
| Plaintiff, : | |
| v. : | Civ. Action No. 07-239-JJF |
| WARDEN RAPHAEL WILLIAMS, : | |
| LT. SHEETS, JIM WELCH, : | |
| DR. MCDONALD, and DR. PETER : | |
| BINION, : | |
| Defendants. : | |

### ORDER

WHEREAS, on November 14, 2007, the Court received a letter from Plaintiff requesting substitution of defendant Dr. Peter Binion for Dr. McDonald, and which the Court construes as a Motion To Voluntarily Dismiss Dr. McDonald pursuant to Fed. R. Civ. P. 41(a) (D.I. 34);

WHEREAS, Plaintiff also requested service of the Complaint (D.I. 34);

WHEREAS, Dr Binion was added as a Defendant in Plaintiff's Second Amended Complaint (D.I. 11);

WHEREAS, it appears that Plaintiff has submitted all USM-285 as required for service;

THEREFORE, at Wilmington this 27 day of November, 2007, IT IS ORDERED that:

1. The Motion To Voluntarily Dismiss Dr. McDonald (D.I. 34) is **GRANTED** and he is **DISMISSED WITHOUT PREJUDICE** as a Defendant

pursuant to Fed. R. Civ. P. 41(a).

    2.  The Clerk of the Court is directed to submit the appropriate documents to the U.S. Marshal for service.

/s/ Joseph J. Farnan<br>
UNITED STATES DISTRICT JUDGE