IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR )
    Plaintiff )
 )
V )  CA No  07-239-JJF
 )
WARDEN RAPHAEL WILLIAMS et.al. )
    Defendents )



FILED
DEC 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO AMEND THE COMPLAINT

NOW COMES THE PLAINTIFF, Richard E Clark JR, pro se, who moves this honorable court to issue an order granting this motion to amend Complaint. In order to thoroughly articulate his request for a motion to amend Complaint, he offers the following:...

1.) On May 2, 2007 Plaintiff filed said suit by way of §1983. May 9, 2007 at 3:55 pm it was electronicaly filled and the Honorable Judge Joseph J. Farnan Jr. was assigned to this case, Civil action # 07-239-JJF.

2.) July 17, 2007 Plaintiff amended his complaint by adding Defendents Jim Welch and Dr mcdonald, and dismissing Defendent Dr Smith. On November 14, 2007 the Court recieved a letter from Plaintiff requesting substitution of defendent Dr Peter Binnon for Dr mcdonald, said request was granted. Both changes were due to incorrect information on behalf of Doc, and CMS.

3) Plaintiff had information brought to his attention, that he could not sue for compensatory damages under there official capacities.
Per Federal Civil Procedure Key 392.843 Brooks V. Celeste. It states the above Civil Rights Key 207(1).

"State officials sued only in their official capacities are not "persons" under federal civil rights statute when sued for compensatory damages"

4.) Plaintiff was not aware of this and being in his claim he asserts he contracted hepatitis B in the facility and the defendents knew of the situation, suing under official capacities would fit, but being the plaintiff made the defendents aware of the situation at hand makes it a deliberate indifference, there for the plaintiff cannot sue for Pain and Suffering, Mental anguish. Unless its under "personal capacities"

WHEREFORE, In light of the above the Plaintiff prays the Honorable Court grant his motion to amend the complaint. So the Plaintiff can sue under both (Official) (Personal) Capacities. and or whatever the honorable Court feels appropriate. Plaintiff offers the following amended complaint ___

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR )
    Plaintiff )
    v. ) CA No 07-239-JJF
RAPHAEL WILLIAMS, )
MR. SHEETS, JAMES WELCH, )
PETER BINNON )

Defendants

1) RAPHAEL WILLIAMS
   (EMPLOYED AS) <u>WARDEN</u> At <u>HOWARD R YOUNG CORRECTIONAL INSTITUTION</u>
   (MAILING ADDRESS) 1301 EAST 12th STREET WILMINGTON, DE, 19809

2) MR SHEETS
   (EMPLOYED AS) <u>LIEUTENANT SHEETS</u> At <u>HOWARD R YOUNG CORRECTIONAL INSTITUTION</u>
   (MAILING ADDRESS) 1301 EAST 12th STREET WILMINGTON, DE 19809

3.) JAMES WELCH
   (EMPLOYED AS) <u>DEPARTMENT OF CORRECTION MEDICAL SERVICE ADMINISTRATOR</u> At <u>DEPARTMENT OF CORRECTION</u>
   (MAILING ADDRESS) 245 McKEE ROAD, DOVER, DE, 19904

4.) PETER BINNON
(EMPLOYED AS) <u>DR PETER BINNON</u> At <u>HOWARD R YOUNG—CORRECTIONAL INSTITUTION</u>
(MAILING ADDRESS) 1301 EAST 12th STREET WILMINGTON, DE, 19809

## STATEMENT OF CLAIM

1.) RAPHAEL WILLIAMS —  SAME AS ORIGINAL

2.) MR. SHEETS —  SAME AS ORIGINAL

3.) JAMES WELCH —  SAME AS ORIGINAL

4.) PETER BINNON —  SAME AS ORIGINAL

## RELIEF

To have medical treatment pertaing to hepatitus B including medication, labwork and Vaccinations for my wife and child paid for $100,000.00 Which shall cover all medical expences (One hundred thousand dollars)

As to pain and suffering... to be awarded $450,000.00 (Four Hundred fifty thousand dollars)

As to the mental anguish it has caused on my self to be awarded ($450,000.00 Four Hundred Fifty thousand dollars)

I Declare the Contents of this motion to be true and Correct

Signed this 13 day of December 2007

*/s/ Richard E Clark Jr/*

I Richard E Clark JR truley State I have Served a true and Correct Copy of said motion to the attorney on file Erika Y Tross by way of US mail

Erika Tross
Attorney Generals Office
820 N. French St.
Wilmington De,
19801

*/s/ Richard E Clark Jr/*

