IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK, JR

    Plaintiff

V.

WARDEN RAPHAEL WILLIAMS et.al

    Defendents

Civ. Action No. 07-239-JJF

Jury trial requested

## MOTION FOR PRODUCTION OF DOCUMENTS

COMES NOW, The plaintiff Richard E Clark JR, who is appearing pro se in this matter moves this Honorable Court to issue an ORDER for the defendents in the above, WARDEN RAPHAEL WILLIAMS et.al to Produce Documents consisting of (the plaintiffs medical records). In order to thoroughly articulate the plaintiff's request he offers the following facts...

FILED
DEC 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.) Plaintiff Richard E. Clark Jr. is an inmate presently incarcerated at the Howard R. Young Correctional Institution in Wilmington, De.

2.) Mr. Clark has contacted Deputy Warden Emig by way of inhouse mail requesting his medical files. He has been unsuccessful in retrieving such documentation.

3.) Such medical records are very detramental to his case, and to move forward in preperation and to prove his allegations such records are needed.

4.) On October 12, 2007 Mr. Clark filed an Tro and a Preliminary injunction. On November 2, 2007 he recieved the responce of such motion from the attorney on file for the defendents. (Erika Y tross) Warden Raphael Williams et. al. That Day he also recieved Sealed exhibit B. on behalf of the defendents which only consisted of records from July 21, 2007 untill September 1, 2007. The detramental records in this case were prior to July 21, 2007.

5.) Mr. Clark has filed a medical grievance trying to obtain his medical records consisting of Sickcall Slips, prescriptions, Labwork, all results of tests. He has asked for copies of all of the contents of such file. he has been unsuccessful in obtaining such and asks for the courts help. Such documents is imperative to his case.

WHEREFORE, Plaintiff Richard E Clark JR respectfully requests that this Honorable Court grant his motion for Production of Documents.

November 27 2007
DATE

_R. E Clark_ #477726
P.O Box 9561
Wilmington De 19809.

## Certificate of Service

I Richard E Clark JR hereby certify that on I caused a true and correct copy of the motion for Production of Documents to the attorney on file Erika Y Tross by way of U.S MAIL.

12-10-07
Date

_/s/ R.E. Clark_
Plaintiff

Erika Y Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor.
Wilmington, DE 19801

