To: Clerk of the Court.
From: Richard E Clark Sr.
Date 12-27-07
RE- CA No. 07-239-JJF

On Nov. 27, 2007 I recieved notice from the honorable Court stating that Dr mcdonald was dismissed and Peter Binnon was added. This is correct, however when I recieved the documentation mcdonald was still listed as a defendent. I don't understand this considering he was dismissed. Also such document states that the complaint was to be submitted to the US marshals for service in which I never recieved documents stating it was served. I sent in my 285 forms on 7-25-07 and according to the defendent's attorney of record the defendants have not been served. Can you please contact me to let me know if the US marshals served the complaint

Thank you for your time
Richard E Clark Sr.
477726
P.O. Box 9561
Wilmington De
19809.



FILED
JAN 02 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned



Richard Clark Jr.
477736
P.O Box 9561
Wilmington, De
19809.

UNITED STATES District Court
Office of the Clerk
Lock Box 18
844 N King St.
Wilmington De
19801

U.S.M.S
X-RAY

LEGAL MAIL ONLY

$00.41°  DEC 28 2007
MAILED FROM ZIPCODE 19802