To: Clerk of the Court.
From: Richard E Clark Jr.
RE: 07-239-JJF
Date: 1-3-8.

On October 12, 2007 I filed a motion for a temporary Restraining order and preliminary Injunction relief. Since then I have lost my copy due to the Security team (Shake down) Is there any way you can send me a copy of this motion being every thing is on file.

Sincerely

R/ E Clark jr.
477726
P.O Box 9561
Wilmington De 19809

