OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 9, 2008

TO:

**Richard E. Clark Jr.**
SBI# 477726
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

    **RE:  Request for Copy of Motion**
        **CA No.: 07-239 JJF**

Dear Mr. Clark:

    The Clerk's office is in receipt of your letter requesting a copy of your Motion for Preliminary Injunction and Temporary Restraining Order (DI# 14).

    Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page.  **Should you require copies (including docket sheets) in the future, please be aware of this fee requirement.**

    Your Motion is **7 pages** in length.  The cost of this request is **$3.50**.  Prepayment should be sent with your request, check, or money order payable to Clerk, U.S. District Court.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                 Sincerely,

/rc                                        PETER T. DALLEO
                                           CLERK

cc:  The Honorable Joseph J. Farnan, Jr.