# BALICK & BALICK LLC
### ATTORNEYS

January 15, 2008

Sidney Balick

Adam Balick

James Drnec

Joseph Naylor

**HAND DELIVERED**
The Honorable Joseph J. Farnan
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

> *Re:* *Richard E. Clark, Jr. v. Warden Raphael Williams, et al.*
> *C.A. No. 07-239 JJF*

Dear Judge Farnan:

I represent Correctional Medical Services, Inc. ("CMS") with respect to certain claims filed against it arising from provision of medical services in the Delaware State Prison System. The above-referenced case was brought to my attention recently. While my review of the record leads me to believe that CMS is NOT a party to that suit, I am writing to you in an abundance of caution to request clarification of the identity of defendant parties to this action.

Mr. Clark's pleadings identify a number of individuals as defendants. (D.I. 1, Raphael Williams, Lt. Sheets, Mr. Smith; D.I. 8, dismissing Smith and adding Dr. MacDonald and Mr. Welch; D.I. 11 adding Dr. Binnion; D.I. 34 dismissing MacDonald), but none of them appears to name CMS as a party defendant. My concern here arises from two items on the docket: D.I. 18 is the Court's October 18, 2007 Order in which CMS is ordered to respond to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (D.I. 14) and D.I. 20 references an "acknowledgement of service form for service by return receipt" which appears to show that on October 22, 2007 some item was mailed to and accepted by CMS.

Despite the docket entries to the contrary, I do not believe that CMS was ever named as a defendant in this action, but am concerned that I have missed something that would jeopardize my client. If the Court views the Plaintiff's pleadings as stating a claim against CMS, please so advise so that I can enter my appearance on its behalf and defend this case.

Respectfully submitted,

James E. Drnec

JD/jz
cc:    Erica Y. Tross, Esquire
       Mr. Richard E. Clark, Jr.

FILED

JAN 1 5 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

711 King Street · Wilmington, Delaware 19801 · 302.658.4265 · Fax 302.658.1682 · www.balick.com