IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR. )
    Plaintiff. )
  V. ) Civil Action No - 07-239-JJF
     )
  Williams- et.al )
    Defendants. )

State defendent's Williams, Sheets and, Welch in a recent Answer to Plaintiff's complaints do indeed deny exhaustion of administrative Remedies. In the enclosed exhibits A, B, C, D will clearly show that Plaintiff has indeed exhausted the administrative remedies and also contacted the defendents as stated in the statement of claim, and, also shows in exhibit D that the defendent Williams was aware of the lack of medical treatment. (1.e) lab work and care plaintiff was in reciept of.



To: Clerk
From: Richard E Clark Sr.   ) (07-239-JJF)

I sent in documentation to the honorable court along with the attorney on record, however I forgot to attach the Certificate of Service. Enclosed is such certificate. I tried to have the C/o retrieve the documents containing exhibits, A, B, C, D but was told they are unable to give it back to me. Both this and the documentation were sent on the same day. Sorry for the inconvenience.

Respectfully,
Richard E Clark Sr.
477126.
P.O Box 9561
Wilmington De.
19809.
CA No. 07-239-JJF



FILED
JAN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Certificate of Service.

I Richard E Clark Jr. Certify that I caused a true and correct copy of the forgoing documents to be served on the following indevidual by way of US mail

Erika Y Tross.
Deputy Attorney General
820 N. French St, 6TH Floor.
Wilmington, De
19801.

_____
Richard E Clark Jr. #477726
P.O Box 9561
Wilmington, De
19809.

Richard E Clark Jr.
477776.
P.O.Box 9561
Wilmington, De
19809

Office of the Clerk-
United States District Court
844 N. King St, Lock Box 18
Wilmington, De 19801



UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004615572  $ 00.41⁰
JAN 22 2008
MAILED FROM ZIPCODE 19802

U.S.M.&X-RAY

LEGAL MAIL ONLY

Richard E Clark JR
477706



19809

Office of the Clerk
United States District Court
844 N. King St. LockBox 18
Wilmington, DE
19801

LEGAL MAIL ONLY