**SEALED DOCUMENT**

Case 1:07-cv-00239-JJF   Document 48   Filed 01/23/2008   Page 1 of 1