IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR )
    Plaintiff. )
            )
   V. )          CA.No. 07-239-JJF
            )
WILLIAMS et.al )
    Defendents. )
            )
            )



F I L E D

JAN 2 9 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Richard E Clark Jr, pursuant to, $ 1915,
requests this Honorable court to appoint counsel to
represent him in this case for the following
reasons : .....

1.) The Plaintiff is unable to afford counsel due to
incarceration, and lack of help, support out side of the
Institution.

2.) The issues involved in this case are very complex.

3.) The Plaintiff is an inmate participating in a program which is considered a theraputic community isolated from the rest of the prison population, and free time for access to the law library is limited.

4.) Plaintiff has a ninth grede education and has a very limited knowledge of the law.

_____

Signature of movant.

January 9, 2008.

Date.

P.O. Box 9561 Wilmington De 19809

Address

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR.                    )
        Plaintiff                       )
                                        )
    V.                                  )        CA No  07-239-JJF
                                        )
WILLIAMS et.al                          )
                                        )
        Defendents                      )
                                        )
                                        )

# AFFIDAVIT IN SUPPORT OF THE PLAINTIFFS MOTION FOR THE APPOINTMENT OF COUNSEL

I Richard E Clark Jr, pro, se  being sworn, deposes and truely States ....

1). I am the plaintiff in the above entitled case. I make this affidavit in support of the motion for appointment of counsel.

3.) This is a complex case because it contains four defendants in which they all play a different part of the Plaintiffs teary claims.

4.) The case requires medical issues that may require expert testimony on behalf of the Plaintiffs Infectious diesease doctor (Dr mcdonald) and also primary care Physician. (Jean Binkley RN)

5.) This case also requires deliberat indifferance's on behalf of the defendents.

6.) The Plaintiff has demanded a Jury trial.

7.) This case will most likely require disposition of Witnesses on the Plaintiffs behalf.

8.) The Plaintiff has not completed high school and has no legal education.

9.) The plaintiff was classified by (Doc) to participate in the Key program which is a intense therputic Community which is isolated from the rest of the prison population, and makes free time for the lawlibrary coexistent.

10.) In deciding whether to apoint counsel for an Indegent litigent, the court should consider the feetual complexity of the case, the ability for the Indegent Plaintiff to Investigate the facts, the ability for the plaintiff to present his claim, and the complexity of the legal issues at hand.

11.). As set forth in the memorandom of law submitted with this motion, these facts along with the legal merit of the Plaintiffs claims, support the appointment of counsel motion to represent the Plaintiffs.

WHEREFORE, the Plaintiffs motion for the appointment of Counsel Should be granted.

_____
Signature of movant.

_____
January 9, 2008.
Date.

## Certificate of Service

I Richard E Clark Jr pro se Certify that on January 27, 2008 I Caused a true and Correct Copy of the documents enclosed by way of U.S mail to the following Individual's

Erika Y Tross
Deputy Attorney general
820 N. French st 6TH Floor
Wilmington, De 19801

James E. Drnec
711 King st
Wilmington, De 19801.

January 27, 2008

R/E Clk Jr #477726.
P.O Box 9561
Wilmington, De
19809.



Richard E Clark Jr
47776.
PO Box 9561
Wilmington De
19809

Office of the Clerk
United States District Court
844 N Kings St. Lock Box 18
Wilmington DE
19801