IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR. )
     )
 Plaintiff   )
     ) CIVIL ACTION No: 07-239-JJF
V     )
     ) Jury TRIAl REQUESTed.
WILLIAMS et al  )
     ) *     *
 Defendants.  ) Honorable Joseph J Farnan
     )

FILED

FEB 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

po scanned

STATUS ON Plaintiff's Motion
For Leave To Amend Complaint

Pursuant to Rule 15 (a) Fed. R Civ. P. I Can amend my complaint once with out permission from the court (If the defendents have not already filed a responce).

In this Case I have only Added and Voluntary dissmissed defendent's with out actualy amending the Complaint.

Now as prescribed in Rule 5 (b) Fed. R. Civ. P. I Can file in leave to amend complaint only With courts permission and it is my Responsibility to Serve the Complent on the defendents. However this is a Irate Situation Due to D.I. 36 Motion for leave to Amend Complaint Was entered on 12-18-07. Now D.I. 37. USM 285 Returned executed Raphael Williams *(Served on 12-20-07 Answer due on 1-9-8)* Clearly the motion to Amend Complent Was filed and entered before USM Served The defendents on 12-20-07. I filed the Amendet Complaint because of recent information I came accross. (Brooks V. CElESTE) 39 F. 3d 125. In Wich under #6 Civil Rights Key 207(1)

"State officials Sued only in their official Capacities are not "Persons" under federal Civil rights Statute when Sued for Compensatory damages." 42 U.S.C.A. §1983
(Also Such is Bared by the 11th Amendment)
    I filed to leave in Amended Complaint because I didn't State a claim in which relief could be granted and was not aware I couldn't Sue for Compensatory damages under Defendents Official campacity. As you can tell by the Dates of Both D.I. 36 and D.I. 37. Such Motion to Amend Was Not filed after the defendents Were Served the Complaint Nor Was it filed After the defendents "Answer to plaintiff's Complaint Was filed.

    WHEREFORE ... The plaintiff's motion for leave To Amend the Complaint. to Sue under personal Capacity and for Relief of Compensatory damages Should be granted.

    Also I Never Recieved Reciepts for USM 285 forms. Can you please let me Know the outcome of this at Your earliest Convienence. I Also Sent the Honorable Court a copy of the Interogatories that I Sent the defendents Can you please let me Know the date the Honorable Court Was In Reciept of this

                                    Respectfully,
    CA No.                          Richard E Clark Jr   477726
    07239-JJF                       P.O Box 9561
                                    Wilmington De
                                        19809.

<u>Certificate of Service.</u>

I Richard E Clark Jr truly State that I served a true copy of the enclosed to the attorneys on record by way of U.S mail this 16 day of February 2008.

Erika Tross
820 N. French St. 6th Floor.
Wilmington, De 19801

James E Drnec
711 King Street.
Wilmington De
            19801.

2-16-8                                    X [signature] Jr. 477726
                                          P.o Box 9561
                                          Wilmington, De
                                                19809.

Richard E Clark Jr.
477726
P.O Box 9561
Wilmington De
19809

Office Of the Clerk
United States District Court.
844 N King St. Lock Box 18
Wilmington De