To: Honorable Judge Farnen
From: Richard E Clark Jr.
RE: Civil Action: 07-239-JJF.



D.I (37) states USM 285 Returned executed Raphael Williams served on 12-20-07. Response due 1-9-8. In which state defendants did answer. Now according to James Drnec c/o Balick & Balick who represents CMS in cases as such he would be representing Dr Peter Binnon (as he stated in his last letter to me). As of February 16, 2008 he states Dr Peter Binnon (CMS) has not been served the complaint so he is not a party in this case. D.I 34 Entered on 11-19-07 stated the Court was in reciept of all 285 forms and service copies to USM as instructed By Pro Se Law Clerk. Obviously the state defendant answered because I recieved there responce. and I have started the much needed discovery process with them however I can not start this process with CMS Defendent Dr Peter Binnon. I Also have not recieved any reciepts from the USM stating service has been made. has this service been made on medical & state Defendents? If not can this service be made as soon as possible. Please let me know what's the outcome. Can you please send me these results Also include a up to date docet due to alot of mail not making it out of HRYCI to the Honorable court.

Respectfully
Richard Clark
477726.
P.o Box 9561
Wilmington, De
19809

Richard E Clark Jr.
477726
P.O Box 9561
Wilmington De
19809

DM2 →

Office Of the Clerk.
United States District Court.
844 N. King St. LockBox 18
Wilmington, De 19801