OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 5, 2008

**Richard E. Clark Jr.**
SBI# 477726
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

*RE:  Status of Service and Request for Docket Sheet
      CA 07-239 JJF*

Dear Mr. Clark:

    This office received a letter from you requesting the status of service upon Dr. Peter Binnon.  Your USM 285 forms were received on 11/19/07 and were forwarded to the U.S. Marshal for service.  To date, we have not received a Return of Service regarding D. Binnon.  You will be advised by the Court as to further developments in your case.

    Your letter also requests another docket sheet.  Our records indicate that you have received at least two free docket sheets to date.  Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page.  **This includes docket sheets.  Should you require copywork in the future**, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
     U.S. Marshal Service - Attn: Barb