To: U.S marshall's
From: Richard E Clark Jr
RE: US marshall 285 Service    CANO: 07239-JJF.

On November 19 2007. the US District Court was in recieps
of my USM 285 for Williams, Sheets, Welch, Binnon.
to this date I have not recieved reclepts. also Binnon has not
been served and the amount of time the court stated for
response is up. Can you please explan the situation / hold up
at hand here. The letter from the court dated 11-27-07.
Signed by Joseph J Fernan Stated. That they had 30 days
From date that Notice of lawsuit and Return of
waiver are Sent. If that time Frame is exceeded the USM
will hand deliver and then they have 60 days to respond
I would appreciate a response.

Thank you for your Time.

Richard E Clark Jr
P.O Box 9561 Willmington
De 19809.
SBI# 477726
CA.No. 07-239-JJF.



FILED
MAR 18 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ard E Clark JR.
477726
PO Box 9561
Wilmington De
19809

U.S.MS.
X-RAY

United States Marshall's Cl
United States District Court
844. N. King St. Lock Box 16
Wilmington De
19801