IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR           )
    Plaintiff.          )
    V.                  )      CA.No. 07-239-JJF.
WILLIAMS et.al.              )      Jury Trial Demanded.
    Defendents          )
Dr Peter Binnon (Cms)        )

## MOTION FOR. PRELIMINARY INJUNCTION

**FILED**

MAR 20 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

I RICHARD E CLARK JR, declare under penalty of persury . . . .

1). I am the plaintiff in this case. I make this declaration in support of my motion for a Preliminary Injunction to ensure that I recieve necessary medical care. (Cms)

2.) As you can see by the attached Journal Ive kept, for some time now Ive had numorous problems with medical care provided by (Cms) I.E, Medication, labwork, mental anguish due to false information by doctors. (Exhibit A)

3.) On December 3,2007 I Was sent to see defendent Dr Peter Binnon (Cms) about being cleared for work, In which he informed me my hepatitus b was gone. His exact words were " he was over the hep b in august" this was not the case. (See Exhibit B) And Clarification this is not the case.

4.) On December 3, 2007 after Dr Peter Binnon (cms) ensured me that my hep b virus was gone in august, 07 he then insisted to explain to me why he did not offer the Hepatitus A Vaccene and did not refer me to the Infectious disease docter Dr mcdonald. I informed him I did not feel comfortable talking about this and left his office and asked to be taken back to my housing area.

5.) On December 20, 2007 I was seen by Dr mcdonald. I informed him that per Dr Peter Binnon I was over my hep b in august. Dr mcdonald was dumbfounded and assured me that was not the case, and had no idea why Dr Peter Binnon would tell me such a thing. Dr mcdonald then proceeded to order a hep b virual load.

6.) Such lab work was not drawn until the first week in February, 2008 which inabled me to be seen by Dr mcdonald that month. To date I still have not seen the infectious disease docter. last known appointment was February 20, 2008. (See exhibit C for Dec. 20, 2007 lab order)

7.) Aproximattely 2 weeks later I was called back to Sick call to draw more labs. Cms drew a HI.V Virual load instead of a Hep B virual load. Aproximattely 1 week later I was yet called to Sick call again and was infored they drew the wrong lab work a hepC virual load was drawn not a hep b. Due to the incompitence of cms I have yet to see the Infetious diseese docter because of the labs not being compleated once again. nor have I had the results.

8.) I have not been able to recieve the necessary pain meds for my chronic back and neck injuries on a consistant basis. Such meds are constantly out of stock, however nurses consistantly mark the med sheet as recieved. (See exhibit D for mri report of injuries)

9.) Such problems have become consistant since the appontment on December 3, 2007 with defendent Dr Peter Binnon.

10.) Together, these defendants, (Dr Peter Binnon) (cms) is responsible for me to Recieve adequate medical care in which the enclosed clearly shows I am not.

11.) For the reasons set forth in the memorandum of the contents of this motion, the plaintiff is entitled to Injunctive Relief, requiring the defendants to carry out an adequate plan of treatment.

12.) For the foregoing reasons, the court should grant the plaintiffs motion in all respects.

Pursuant to 28 U.S.C. 1746, I declare under penalty of Perjury that the foregoing is true and correct.

X [signature]

Plaintiff.

March, 12, 2008

Date

Sworn to before me this 12 day of March 2008.

X. Rodderick Johnson

Notary Public

✳

✳.

See attatched (Exhibit E) For the 3 labs drawn,
ordered by Dr Peter Binnon. The last lab dated
4-23-07 in which liver levels were still extreemly
high.

Certificate of Service.

I Richard E Clark Jr here by certify that on this 18th Day of march 2008 I caused a true and correct Copy of this motion for preliminary injunction to The following parties.

Erika Y Tross
820 N. French St
6th Floor
Wilmington, De 19801.


James E Drnec.
C/o Balick & Balick.
711 King st.
Wilmington, De
          19801

✗ Rw E Clark Jr

March 18, 2008.

Richard E Clark JR.
    477726
P.O.BOX 9561
Wilmington, De
        19809.



OFFICE OF THE CLERK.

UNITED STATES DISTRICT COURT

844 N. KING ST, LockBOX 18

Wilmington, De
        19801.

LEGAL MAIL ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

Richard E Clark sr.                    )
          Plaintiff                    )    Civ. Act. No. 07-239-JJF
                                       )
     V.                                )
Williams et. al.                       )
                                       )

EXHIBIT A
(Journal Entries)

10-10-2017   C.J. Williams LT

4-23-07

+ Refer Bimon md,
Next HER Dr.
Should have put me
in to see
mcdonald with
DR. ____ IAS HIGH AS MY
Levels Here.

7-11-07

7-11-07 Filed Sickcall because on

7-9-07 went to medical. WAS going to
change my meds And For my Low back pain
And liver pain. Due to Hep B- Dr Kendell
told me he would take care of this. Never
Did. They Didn't have my file. Last 2
Times I went Down. 7-12-07 go to Sick
Call Dr Kendell Refused to See me
At Aprox 9:15 AM

7-8-07 ON 7-19-07 Went back to Medical
After 4 SickCallSlips. They Still didn't
have my File. Dr Kendell orderd my
meds on 7-9-07. They Never Changed
Them. he wrote Another order on 7-19-07
Which Was Never Changed on 7-20-07
Filed Another Sick Call to try to get my
meds Correct.

Filed Another SickCall on 7-22-07 And on
7-23-07. Still havent Seen the Dr And AS
of 7-24-07 my meds Still Are Not
Correct.

7-24-07

I Recieved INformation on Hepititis B
From A Anoymenous person. IN the Paper
Work listed 6 treatnents of Hep B
Wich Dr Binion And Kendill Told me
There Was No treatment
The Treatments Are As Follews.
1) Adefovir dipivoxil
2) INterferon ALFA-2b
3) Regylated Interferon ALFA-2A
4) lAmivudine,
5.) ENtecavir
6) Telbivudine
You Can not get rid of The Virus unless you go
Trough treadig it.
I Wrote Warden Williams on 7-24-07 And
Deputy WArden Emig Regarding Thore Fowarded
letters to med. And told Them About the
Treatments.
7-24-07.
Went Down to SichCell to See Dr Kendill
He Rewrote the order For my meds.
Also Showed me my lAb work ⟶

My last Lab was Drawn on 4-23-07
ordered by Dr Peter Binnon md.
My levels were still 3 times ~~the~~ Higher Then
Should have been per Dr Kendall.,
Also Dr Binnon Didn't put me Through to
See Dr mcdonald To get my treatment
Dr Kendall Said that Dr mcdonald Sighns off
On Treatmart For hep. Dr Kendall Said that
Inorder to be treated I Would of had to
be Put on Dr mcdonalds list Wich
Dr Binnon Never Done at one time
My Hep levels Were Over 1500
Dr Kendall Said he ordered blood Werk on
7-19-07 Still have Not Lcard From Dr Binnon.

7-25-07 Went out For mourning medication And skad
They finaly have my med's Correct. They were ordered For
Change on 7-11-07. It took 2 Weeks. And Serveral
Sich calls to Correct this problem. As of 7-25-07
Still No Lab werk. Lab werk was ordered on 7-19-07
Dr Binnon Still has Not Called me Down Either

7-25-07. Counceler Smoke Said he was going to
Talk to Director Dandy And Superviser Costen
About my med Cituation. There Response was
It's Not our Problem Tell him Contact Medical.
Also wrote Counceler Wilmer Again This is
letter # 4. She was here Today but Did
Not See me. Sent US 285 to District
Court And Sent out Modification.

7-27-07. Still No Lab work done it's been 8 days
Since Dr Kendull orderd it. Also At 10:40 Am
Witnessed Officer Bums Use Excessive Force on
A Inmate Officer Bums took A comment to A Personel
level.

7-29-07 Went to Sick Call lady Said Everything I Said
About Hep B is Correct Everything I Warned Should have been
done. She Put me in for Hep A Vaccine. And to See Dr medonald
This All is New happening 5 month After Diagnosed.
The lady Who I Seems Name is in my File She is the one Who
orderd My hep A Vaccine. She Said That She couldn't believe
how high my hep levels were it was unreal And my
Count was unable to be calculated because of how
high they were. Still No Blood Work.

7-29-07

Seen the Nurse For my meds this morning
She Said Im Schedled For A Hep A Vaccine
Tommorow. I Ashed Why Dr Binnon Denied me
In March And why All of A Sudden Why Am
I getting it now What About C"
The last time I Seen D Binnon I Ashed him
About the Vaccine he told me No Denied me
This W-S in march, 07.
7-30-07.

Seen the Nurse this morning on the med
Cart. He Said he Would Call me to West Side
Sick Call for the A Vaccination.
I Was Called down and given the
Vaccination. They Don't Understand Why
Dr Binnon Denied me the Vaccination And
Why It took 3 Different Dr's For one
To Finely Put me in For the Vaccination
Per West Side Sick Call Info on the
Wall Hep B is the Most Serrious. I'm
guessing becase it Has More Complecatons.

7-31-07. Had my meds in morning. Not in Night Said they were out.

8-1-07 Went out for meds Still No pain meds. Had my mucle Relaxer At Night they had All my meds.

8-2-07 All my meds in morning. but Found out They Are Are Discentrong my Pain meds my meds Expire 10-17-07. Trying to get to See Dr Kardill To See if this is true. If it is Need To be put on Something that works. For Pain Without taking Tylenol, motrin, Aspirin.

8-3-07
They Descentrued my ultrom. Writing To Warden Williams And C. is Williams to Send out On monday. I got 1 pill tonight I take Two. She Jist Found them But told me They werent ordering more. Mobic is taking its Place I Cant take This my Prescription Doesn't ran out till Oct. 17.07.

8-7-07

Went to See the Dr. Seen A woman
Named Jean who Said I got lost
in A computer glitch And That's why my
blood work Never got Done She is
going to try to keep me on Ultram
Will Know by Friday. Issued A Newwork memo
for work in civ.genics program
8-8-07.

Seen Dr mcdonald. I was Never
put in to See him. or It got lost!!!
Dr Binnion is Not A hep DR. Per Drmcdonald Should have
my levels Are Down. he ordered Vitamins Seen him in the beginning
No tylenol, motrin, Ibuprofen, Also
Said. I Definetly Contracted the virus in
Per Drmcdonald Feb, 07. Ordered more Blood
work. If not recieved in 2 weeks
fill out Sick Call. Chronic care will See
Dr Every 3 months.

Nurse Prac Jean Said She is waiting
for responce on my ultram hesn't heard
Back. on the mod Cart They have me down
for ultram Newsorder my Ne work memo
has been Sent to where it needs to go.

Dr McDonald Also Said That my Aids
Test Turned up Negative because the Aids
Virus Dies with in 20 minutes once
it hits Air. Hep B And C Could Take
up to a weeks To Die this once it
hits the Air. Still No pain meds As
of 8-8-07 Night time.

8-13-07.
   On 8-8-07 Dr McDonald ordered bloodwork
And Vitamins Along With Something of protein Shock
To This Date Still No prescriptions have
Come Through.
8-14-07 Dr McDonald ordered Resoice Wich is
A protien Vitamin Drink. The Nurse Said they Dont
have it here And I probely will Not get if. The
Dr Rescinded it So its Dr ordered. Due to
The lack Of Appetite I have because of the Hep B.
Still No liver biopsy or lab work Done yet
I Seen him 8-8-07.

8-16-07.

Filed 4 Sick Cell Slips. Since 8-12-07
About A Rash under my Arms. And A large Painful
Lump on my Right Testicel. They Still have Not
Taken me to See the Dr. Kendell. I Still haven't
had my lab work that Dr medonald ordered. Nor
The Posource Or Vitamins. They Say they are on order
Its been Over A Week.


8-17-07. Went to Sick Cell. Seen a Nurse practi. Jen.
Said & She put out A Surgical Request For my tonsals.
And gave me Doxycicline Antibotic For my lump on testical
And A New Acne medicine. Still haven't had my blood work
Dr medonald ordered. But Seen the medical grievence
guy. He Knows Nothing About my April grievence. I
didn't Sign off. Waiting on a hearing on Several
med grievencies. Asked Sgt mcorly grievence class person
For the 585 Apeal Form For my unresolved grievences
Qer medu Nothing yet. Filed A grievence on her Still
Nothing.

8-19-07 They gave me my Psource that
Dr medonald ordered a On 8-8-07.
Still No lab work.

8-20-07 No Resorce The Nurse on the med Cart Said That they gave me Some one Else's mine isnt in yet.

8-25-07 got All my meds. yesterday 8-24-07 No Resorce They didnt grab it and put it on the Cart. al on 8-23-07 I did not recive it. This happens very often The Nurse's Are very irresponsible in going over the med book to See what meds need to be in the Cart. Also on 8-22-07 Seen Dr mcdonald. my labs were done on 8-20-07 Dr mcdonald Assured me once Again that I Did Contract Hep B in Feburary, And my levels Are Normal. he ordered a cream because I recieved A bed Case of Sock itch Due to Antibiotics they gave me for A lump on my testale. Which is still There. Now recieved the Cream yet. Nurse Jean Said She filed Paper Werk for Surgical request For my toncels. Still Nothing. Nurse Jean Seemed Pretty upset in the Captain Berggrens office. he wanted to Check To make Sure my med Care is being recieved I hope She Doesn't take it Personal And my medical Neglect Doesn't Start back up.

9-1-07  Medical Neglagence Again —
They Never reordered my pain meds So I didn't
recieve them last Night. the Nurse I Seen on
9-2-07 Said I had 3 Cards And it was to Soon to
Run out She is the Second Nurse who Said She
Would re order them.
9-3-07. The Nurse this morning Said They Still
huvet ordered my meds because They hd to
Give me Someone Elses Also They hve my dosage
Wrong Again They Didn't give my my Morsene
So I went upStairs to the med window
She Said thy were out I Said there is only
two of us in the InstitutIon Who get it,
Then She gave it to me pether we Are out
or Not I dont Know.
9-4-07 StIll havn't gotten my order of
pein meds.
9-5-07. Filed A SickCall 9-3-07 For Severe low back
pain Due to Siatic Nerve. And how my
med dosage is incorrect Havent been Called yet
Still Not getting my Resorce that Dr mcdonald
ordered on A regular basis. Still haven't gotta
my New order of pein meds ultram.
Filed A grievence About it on 9-4-07

9-6-07 No Resource Again I haven't Received
This on A Consistent ~~basis~~ basis yet Now they
Say Im out. got up to Sick Call only to
~~be~~ be rescheduled For 9-7-07

9-13-07 My Utram proscription Still hasn't Come
in, My Resorce tat Dr mcdnald ordered because
of all the Neutrients it has in it plus it gives you
Energy That the Hepititus Can Rob From you They Still
havent put it on my med sheet yet After
Talking to Nurse Sean About it it was going
to be Fixed per Nurse Sean Nothing yet. Ever
Since Aug 8 when he ordered it I have
Yet to Recieve it on A consistent basis
Since the Month of September Started to
This 13TH Day I have Recieved it 6 times.
Not once morning and Night which is ordered
for Dr mcdenald.

9-17-07. Recieved my resorce in the Am
The Evening The Nurse Said they were out
It is back on my med sheet
Still giving out to Everyone on it with one
Mans Perscription

9-22-07  No pain meds. Dr Smith Dr's them And
insisted on me Taking meds that Dr macdonald,
Dr Bimion said it was best For me to take.
This man is Very closed minded And Shows No concern
For his patience. No Pain Resource filed
A Sick call to See nurse Jean And A med
grievance on Dr Smith
9-24-07  Seen Nurse Jean per her DR. Smith
Should have Never taken me off. She was trying
To get me back on my meds.
Filed Another Sick call

9-30-07  my meds chart has not been
updated. I have been in A Consistent Amount
of pain with No pain meds. I Also havent
recieved Any recorce wich Dr macdonald ordered
8-8-07. The longest I recieved it with consistency
is on A W, th, F, Sat. It has been over a
week Since I have recieved any med that they
I Am Supposed to have.

10-3-07. Finely had my med Sheet Fixed.
Ultram 100 Am-pm This order was written
out last monday. it took 4 different trips
To Sick Call to have This Fixed. On 10-2-07
Nurse Sean walked Down to The med cart
Nurse # Along with my self. And Fixed Them.
That Night I didn't Recieve Them because
They had A New Sheet where it Said D/C.
Also Reciving my Resorce on what Seems
To be A Consistant basis. Nurse Jean
Said She put me in to See Dr mcdonald.
because of The Pains in my Side. haevnt
Seen him yet was put IN To See him Around
The middle of Sept. Still No Utrasound on
The lump on my Right Testicele it's Noted
That I am having Pains iN that Area
ITS Starting to hurt. Also 10-3-07 wrote
Carl Danburg Stating Due to The manipulation and
med Neglect I am Affreid of Something Serious
happining. will Not Sign on 31 I Stated I Want to
That in the letter. Feel I Need to leave this Institution
To Recieve Proper med Care And + to be maniputed
by HryCI Staff Due to Peding law Suit.
# 07-239-JJF

10-7-07. Once Again I am Not Receiving my Resorce on a daily basis. 10-5-07. Night Time Nurse Jenna Stated They were out of resorce This was A bold Face lie. Every time She works I cant Recieve my Resorce. Since Friday I have Not Recieved it except For one time. This has been going on Since Aug 8 when the prescription was Inscribed originally.

10-11-07.
My Pain med card ran out. Couldn't Recieve them. The med cart Nurse Insisted I take tylenol I told him I can Not because of my liver. This is An ongoing Problem Since The End of July.

10-13-07 Am med Nurse Refused to give me my meds Recieved my muscle relaxers but No pain med's or resource. Every time She Works I cant recieve my meds. this is getting Very redundent and Every time I go to medical this is Never resolved.

10-14-07 Pm med time. 15 days After order 4 cards containing 30 pills Each Come in my Store Containing my Pain med's Ultram. Still Nurse's here ait been giving me my resource. Talked to medical About my Concern on loosing weite and why I am. Nothing has been done for that of my high Cholostrol

10-20-07. Sharp pains around my Heart.
because of stress of all this program and
Hep B situation. had a ekg done. also Seen
Lt Sheets who was in the Lt's office. Staring
Thraye the glass giving me dirty looks.
Just his looks made me feel threatened,
10-20-07 pm. Lt Sheets, Lt Richards
both came into the dorm. felt very
threatened. How can the expect you to
do the duration of your Sentence in
a place. where your in fear and have
A pending law Suite.
10-28-07. Almost 2 weeks Ago I was issued 1 months
Supply of my pain meds. (ultrum) on the med cart.
As of Today there is Enough For About 2-3 days.
Which means I am not going to get my meds
because Im running out to Early they Are giving
them out to other people. This is a process
every time Each month. Filed Numerous
grievances Nothing has happened.
10-28-pm. Had A ml of card this morning
To Night I recieved the lest 2. all my
Cards are Empty 2weeks Early. . .

10-29-07. A man from the med grievance committe.
Came to see me About med grievance 108603 I then
explained to him this Already was heard and my Appeal
on this grievance has never been returned. I then
explained About my med's. he said that he would
Check into it. and if should happen there was
No excuse. He then explained how I shouldn't be
in the Key program because of me being on
Narcotics. Any how I should see Nurse Jean
This After Noon, I explained to him that
This Journal and had every thing is documented
Talked to c/o Kaburia on 10-28-pm. he inlightened
me that if the Admin Seg was contacted I
should of not been Able to Sigher my self out
There was a good chance of that episode on 10-24-07
was a Source of retaliation on behalf of
Verdon Williams and D.C. exactly 24 hrs.
later I was able to Sigher my self out.
why If this is conterooled As of 10-28-07
I am Now Using this Journal Not Just for
med but DC Also.

10-31-07 Recieved legal mail from
The Department of Justice ie Werders
2 lawyers. 1 paper Stated the HrycT took
it upon there Self to house me in
7F on te Trasfer form they stated.
Court ordered this is not the Case
11-1-07 pm once Again. The mod
Sheets State that my Pain mods
Are D/Cd this is A Consistant
Problem and one reason Why I filed
The fro on cms. this L-sot hyppune
until the ball park time that notice of
Law Suite was Recieved. Filed one
Sickcall Slip for my toe and one
for my mods. Also on 10-31 Seen
Dr medonald. Constantly loosing Weight
he ordered Am pm Snacks Not recieved
it yet Also moued me up to once
A month Visits. I had roughly 5 min
in his office. befor DOC Said I
had to Go back to my pod. Couldnt
Address all the problems

11-2-07. No meds Again. ultram or resource
Filed Sickcall Slip on 11-1-07. Nothing Seen
The Vital Nurse who works with Jean She
Said She would have her pull my File,
11-2- pm. Filed my pain meds. Medical
Couldn't. give me an explenation on Why this
hes been going on, Still No resource.
11-3-07 Still No Resource Still No explenation.
11-4-07 Still No Resource. I have never gotten
it Consistent past 1½-2 week Since Aug
When it was prescribed. Even medical and
Nurse Jean couldn't give me any reson
I have 2 Sick call Slip's in on this matter.
Hopefully on the 5th monday I will be
Seen So I hopefully can find out Why this
Continue's to happen. Also have an infection
in my right big toe in which I explane
in the Sick Call Slip.
11-5-07 Still didn't get called to Sick call
Filed yet Another Sick call Slip. This makes
3 Slips. Doc Slip hasn't Recieved my meds
for my pillow that Nurse Jean Filed on tuesday
Oct 30 - 07.

11-12-07. I was issued a memo for a pillow by Nurse Seen on 11-7-07 which clearly stated for Doc to provide it because of my serious medical issues with my back. To this Date they have given me nothing but a run around and continue to be very adiment about not providing this. They confiscated the one I had when Doc took when they took me to ICSF Since then my back and neck are Very Stiff and hurting because of not having my pillow.

11-16-07. Seen Dr Kendall cut of my right big toe nail taped it up and said he would call me down on monday to take off the bandage.

11-18-07. Woke up 3:00 Am Foot throbing found out Dr Kendall wraped it to tight. I loosened it.

11-19-07. Still no pillow. and was never called down to have my bandage taken off. or given any band-aid or ointment to put on it Once I remove the gause bandage

11-25-07 filed a sick call on 11-19. Never called down.
Finally received my pillow. Foot has been bleeding socks
ruined. 1 p-ir. No bandages. Wrote Warden William's Langer
Enter press about copies of a letter to Judge Farnan.
and wrote Warden Emig about being classified in Dec
to Key sath. because of staying here being a
conflict of interest.
11-26-07 Wrote Warden Emig about receiving the
rest of my medical records because of needing them
to prove my case I explained I was appearing pro se.
11-27-07 Went to sick call was put in to see
Dr Kendall about my foot still bleeding. Also
Shald see Dr medonald this week. labwork that
medonald ordered 2 weeks ago still not back
nor the results of my testicular ultrasound
I explained to Jean that my meds have
been given out again and I only have enough
to make it till Thursday No Comment.
I also sent Warden Emig the documents stating If
I need my files They are to give them to me.
Even if I need to pay for them

11-27-07- Recieved a letter from Carl Danberg.
Which stated any correspondence that will have
to go through the lawyer which is clearly a
conflict of interest for me to be in this
institution.

11-28-07 Was supposed to See Dr medical to
day. Nurse colleen scheduled me to see him.
When I was there 2 weeks ago my labs
Were not back and I couldn't See him.
She reschedeled me for today. He was
in the Facility because others Went to
See him.

12-03-07 Went Down to emergency Sick Call to
See Dr Binnon photin Swing.. Sup Coston, Dir DAndry
Cnslr Jange Called and had me go down to get Cleared
for work Dr Binnon told me looking at my lab
Wth my Hep B is gone I did not want to
See him.

12-04-07- Went to See nurse Jean.
She has no clue why Binnon told me my
hep is gone going by my last labs my
Hep levels Were 2600, Normal is 2000
OT later- he straight out lied to me and
ordered me back to Work. With hep B Still
Active.

12-13-07 Filed Sick call two days ago nothing yet.
Still haven't Seen Dr mcdonald and my lab work from
1 month ago not back yet ~~yesterday~~ yesterday the
woman with my med grievance came to See me
about my med records. Supposed to get
my copies of h/w From begining to July 19,
that's all I can get. Sent out return to
produce documents 12-12-07

12-14 + Filed yet Another sick call Still haven't
been called down its been 5 days. Put in
Another mental health slip have not seen the doctor
Yet

12-20-07 Seen Dr mcdonald. I was told that all
the info I need is in my med file. he said the way
they figure out Approx time of infection is 3-4 weeks
From showing Symptoms. he said that's how all doctors
tell. he said First lab around March 25,07, was very
high. Second lab April 23 was extreamly high. levels
went up, and after that no labs were drawn till
the End of July.

12-21-07 Filed 3 Sick calls Since Last Week about
my diet and renewal of my pain meds. Still
have not been called down.

12-23-07. On the 21 mental health
was supposed to see me. I was never
seen my Anxiety is high. Still have
not been called to sich cell about
my diet and to get my pain meds renewed
Filed another Sick Cell on both on the
22 dec. also still have not recieved
the copies of my medical records.
12-26-07 I have filed numerous sick calls about my
diet and getting my pain meds renewed have not been
called down or seen mental health its been over
2 weeks now.
12-27-07 Seen Jean finaly my blood pressure
was high. 142/88. Wrote for them to check it for
30 days have not had it checked as of 12-29-07.
She wrote the script for my ultram.
12-29-07. Medical nurse said she doesn't think
Jean filled out the form/her for my meds
She was going to check. I don't have much
left. 4-6 pills. I had 5 cards at one time.
but where they went I don't know.
filled another sick cell to get my prozac
re wrote and to make sure the form/ler
was written. Hopefully I can get them by
monday

12-31-07 Pm. only got half of my Pain
Meds due to them running out a week early
yet again, I was ensured on 11-30-07
by the moc that this would not happen.
No one has ordered my meds that is what
the night time med nurse said. She told
me she would try to take care of it.
I Put another Sick call in on 12-30-07
so hopefully I'll see Jean and get it
Straighted out

1-2-08. Went out for Am medication to find I
could not recieve my Pain meds beause they
yet again gave my meds out that were prescribed
to me so I have no Pain meds and have to wait
tell they come in, Also Filled several Sick call
Slips about getting to medical to get my resource
removed however after 4 Sick calls still can not get
down. Both of these have been a consistant problem
every month.

1-2-9 Jean Amy Dibble talked to her about my
meds She said they are Not allowed to give out
Someone Elses meds. There is no reason I should
be out, Also said they are meeting today
about my med Records Feb07 till July 07.
which I should be recieving on a expeditious matter

( Also have a motion to produce documents
In the US District court for my whole red file
being with the Grievance I have to pay for
Feb-July. With the Court getting my whole file
I don't have to pay.

3-8 I Seen Dr mcdonald on 12-20-07 in which
he ordered LAB work. to date this has not
been Drawn. why? he wrote for several Labs
this is always a consistant thing about them
Not being drawn and on 12-27-07 Dr
ordered for my blood pressure to be checked
for 30 days this has not been done.

1-6-8 Finaly recieved my pain meds
Today they began to distribute them in a
different way. So are about run out.
Still no lab work Drawn and no medical
records. Dr mcdonald ordered my lab
work on 12-20-07

1-7-8 No meds again. I am assured they are
or ordere

1-8-08 Still no meds- Candy Dibble brought
my med records down today HRYCI and SCI

1-9-08 Recieved Am medication. night is untrewn.
1-10-08 Seen Jean she uped the dosage of my
muscle relaxers Recieved Am/pm meds.
my own still are not here the formular was
Faxed 1-3-08. yet to find out what exactly
is going on.
1-11-08. Recieved am meds. my own still not
here. however faxed new order for muscle
relaxers. for Jean and Rita yesterday I will be
Recieving my meds. they had someones who was
D/c and they were using them for us.

1-12-08 Still my meds havn't come in.
Seen a card today that was D/c from
Someone Else that Said Clark/Apgar on
the Card. how long it lasts is unknown.
Recieved the new order for muscle relaxers.
however was Supposed to be 1000 morning
and pm on Robaxin instead of 500, 500.
1-21-8. No Resource Am. And am being told that
they are cutting my Pain meds out and
you can not Recieve them in Doc at all.
Talking About. Tylenol 3. Im trying of Cortab.

1-24-08. Went to Sick Call. Changed
my meds over to Tylenol 3. and
waiting for my memo to liedown when
needed. Being in the Key there is no
more bad test. Never recieved the memo

No problems only
Minor until 3-11-8.

3-11-8- No Am meds. Pains in my
abdomine, went to Sick call filled a
Sick Call Slip on 3-3-8 about my labs
and shock. Was Scheduled to see Drmcdonale
~~for in~~ on around Feb 20-08 still have not
Seen him. (Infectous Diesease Docter.)

**SEALED DOCUMENT**