IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR )
)
Plaintiff )
)
v )  CA No. 07239 JJF
)
WILLIAMS et.al. )
)
Defendant. )



ANSWER TO DR BINNION'S

MOTION TO DISSMISS

    Plaintiff, Richard E Clark Jr hereby responds to the defendants motion and states as follows why such motion should be denied.

    1). On October. 23. 2007 the Honorable Court served "cms" by way of Certified U.S mail, the plaintiff's Preliminary Junction/TRO and the original, amended Complaint. Such documents were recieved by and Signed by Margaret Slack for Correctional Medical Services. (cms) (D.I. 20).

    2). On November 14, 2007, the Plaintiff wrote the Court in which he requested status of the Service by the usm. (D.I 34)

    3). On November 19, 2007. Such usm 285 forms were forwarded to the usm for Service.

4.) January. 2. 2008 the Honorable Court yet again recieved a letter from the Plaintiff for request for status of Service by the USM. (D.I 40)

5.) On February 27, 2008. Plaintiff Richard Clark contacted the Honorable Court about Status of Service by the USM for Service. In which the Court's Clerk Peter. T. DeLLeo stated

"This office recieved a letter from you requesting the Status of Service upon Dr. Peter Binnon. Your USM 285 forms were recieved on 11-19-07 and were forwarded to the USM for Service. To date we have not recieved a return of Service regarding Peter Binnion You will be advised by the Court as to further development in your case". (See attatched)

6.) On March 11, 2008, the Plaintiff contacted the USM c/o US District Court by way of U-S mail. Regaurding the Service to Dr. Binnion. to date no responce.

7.) The memorandum in this document clearly shows that the plaintiff has completed every thing for the Service by the USM to be carried out. Such also shows the Plaintiff has tried numerous times to find out why Service has not been carried out. but to date he has been unSuccessfull. In Retreaving such information from the USM.

8.). For the second defendants motion to dismiss states Raphael Williams was dismissed this was never the case.

WHEREFORE, for the foregoing reasons, the defendants motion to dismiss shall be denied.

x /s/ [signature]

March 20, 2008.
Date.

SWORN TO BEFORE ME THIS 20 DAY OF Mar 2008.

x Rodderick Johnson
NOTARY PUBLIC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK, JR )
)
Plaintiff )
)
v. )   CA No. 07-239-JJF.
)
WILLIAMS et.al. )
)
)
Defendants )
)

## ORDER

AND NOW, this ____ day of _____, 2008. this Court having considered Plaintiffs Answer to Defendant Binnions motion to dismiss. It is hereby ordered that the MOTION IS DENIED

X_____

Honorable Judge Joseph J Farnan

Certificate of Service

I Richard E Clark Jr hereby certify that on March 20, 2008 I caused a True and correct copy of the documents enclosed to the following

ERIKA Y TROSS
820 French St.
Wilmington, De
19801

James Drnec c/o Balick & Balick.
711 King St
Wilmington, De
19801.

March, 20, 2008

R/E Clark Jr

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 5, 2008

**Richard E. Clark Jr.**
SBI# 477726
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

    **RE:  *Status of Service and Request for Docket Sheet***
         ***CA 07-239 JJF***

Dear Mr. Clark:

    This office received a letter from you requesting the status of service upon Dr. Peter Binnon. Your USM 285 forms were received on 11/19/07 and were forwarded to the U.S. Marshal for service. To date, we have not received a Return of Service regarding D. Binnon. You will be advised by the Court as to further developments in your case.

    Your letter also requests another docket sheet. Our records indicate that you have received at least two free docket sheets to date. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. **This includes docket sheets. Should you require copywork in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                             Sincerely,

/rwc

                             PETER T. DALLEO
                             CLERK

cc:  The Honorable Joseph J. Farnan, Jr.
     U.S. Marshal Service - Attn: Barb



Richard E Clarkson
477726
PO Box 9561
Wilmington, DE
19809

Office of the Clerk
United States District Court
844 N King St. Lock Box 18
Wilmington DE 19801