IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD E. CLARK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-239-JJF |
| v. | ) | |
| | ) | Jury Trial Requested |
| WARDEN RAPHAEL WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' JOINDER IN OPPOSITION OF DR. BINNION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [RE: D.I. 59, 61]**

COMES NOW, State Defendants Raphael Williams, Patrick Sheets and Jim Welch (the "State Defendants"), by and through the undersigned counsel, and hereby join in the Opposition of Dr. Binnion to Plaintiff's Motion for Preliminary Injunction (D.I. 59) and incorporate herein by reference the facts as stated by Defendant Dr. Binnion as it relates to the medical care the Plaintiff is receiving. In light of the fact that Clark has received and will continue to receive adequate medical care, State Defendants contend that Clark is unlikely to succeed on the merits of his claims and cannot show that he will suffer irreparable injury if his Motion is denied. Therefore, the extraordinary remedy of injunctive relief is inappropriate and should be denied by this Court.

WHEREFORE, State Defendants respectfully request that this Honorable Court deny Plaintiff's Motion for Preliminary Injunction (D.I. 59).

                    **DEPARTMENT OF JUSTICE**
                    **STATE OF DELAWARE**

                    */s/ Erika Y. Tross*
                    Erika Y. Tross (#4506)
                    Deputy Attorney General
                    820 N. French Street, 6th Floor
                    Wilmington, DE  19801
                    (302) 577-8400
                    Attorney for the State Defendants

Dated: April 14, 2008

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on April 14, 2008, I caused a true and correct copy of the attached ***State Defendants' Joinder in Opposition of Dr. Binnion to Plaintiff's Motion for Preliminary Injunction [Re:  D.I. 59, 61]*** to be served on the following individuals in the form and manner indicated:

**Via First Class Mail**
Inmate Richard E. Clark Jr.
SBI # 477726
Howard R. Young Correctional Institution
P.O. Box 9279
Wilmington, DE 19809

**Via Electronic Delivery**
James E. Drnec, Esquire
Balick & Balick
711 King St.
Wilmington, DE 19801

                                                        */s/ Erika Y. Tross*
                                                        Erika Y. Tross (#4506)
                                                        Deputy Attorney General
                                                        Delaware Department of Justice
                                                        Carvel State Office Building
                                                        820 N. French Street, 6th Floor
                                                        Wilmington, DE 19801
                                                        302-577-8400