IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK, JR.,                  :
                                        :
          Plaintiff,                    :
                                        :
     v.                                 : Civ. Action No. 07-239-JJF
                                        :
                                        :
WARDEN RAPHAEL WILLIAMS,                :
et al.,                                 :
                                        :
          Defendants.                   :

## O R D E R

WHEREAS, Plaintiff filed a Motion To Amend his Complaint on December 17, 2007, to sue the remaining Defendants in their official capacities (D.I. 36);

THEREFORE, at Wilmington this __16__ day of April, 2008, IT IS ORDERED that Motion To Amend The Complaint (D.I. 36) is **GRANTED** and the amendments contained in the Motion are incorporated herein.

_____
UNITED STATES DISTRICT JUDGE