IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR )
 )
   Plaintiff )
 )
v. ) Civil Action No. 07-239-JJF
 )
WILLIAMS et.al )  Jury Trial Demanded.
 )
   Defendants )
 )
 )

PLAINTIFFS RESPONSE TO THE DEFENDANTS.
OPPOSITION TO PLAINTIFFS MOTION TO APPOINT

COMES NOW, Plaintiff Richard E Clark Jr Pro Se', responds to the Defendants opposition to Plaintiffs MOTION FOR APPOINTMENT OF COUNSEL. In support of the responce the plaintiff states the following facts...

1). I am the Plaintiff in this case, and am an inmate presently incarcerated at the Howard. R. Young. Correctional Institution in Wilmington, De. Plaintiff is appearing pro se' in this matter with leave to proceed in forma pauperis

2). It is clear that the plaintiff does not have legal knowledge to present himself in this case. Let his original, the 2 amended and pending amended complaints be shown to prove the merit of this claim.

3.). Expert witnesses testomonies, is not only warented in this case, but is also antisipated. (28 U.S.C.A §1915 (d))

4. Plantiff is scheduled to undergo a liver biopsy and Inerfuron treatment for his chronic Hepatitus B, which is progressing for the worse (GROWING STRONGER). There exhists substantiated imperial evedance of mental degradation in resulting from Inerfuron treatment along with many other severe side effects. This alone will undoubtedly inable him to present this case.

5.). As time progresses the plaintiffs merits against medical grow stronger, and it is very likely that he will succeed on these merits.

6.). Plantiff is likely to succeed in his merits against the State defendants being deliberate indiferent towards the plaintiffs well being.

WHEREFORE, The plaintiff respectfully requests his motion for Apointment of Consel be granted.

April 19, 2008.
Date.

Richard E Clark Jr. 477726
P.O Box 9561
Wilmington, De
19809.

Certificate of Service.

I Richard E Clark hereby certify that on this 14th Day of April I caused a true and correct copy of the foregoing information to the following.

Erika Y Tross.
820 N. French St
Wilmington, De
    19801


James Drnec c/o
Balick & Balick.
711 King St
Wilmington, De
    19801

/s/ Richard E Clark jr 477726
P.O Box 9561
Wilmington, De
    19809

Richard E Clark Jr.
177726
P.O. Box 9561
Wilmington, DE
19809

Office of the Clerk
United States District Court.
844 N. King St, Lock Box 18
Wilmington, DE, 19801




$ 00.41
MAILED FROM ZIP CODE 19802

LEGAL MAIL ONLY