IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK, JR )
    Plaintiff )
     )
V )   CA. No. 07239 JJF
     )
WILLIAMS et. al. )
    Defendants )

PLAINTIFF'S RESPONSE TO

DR BINNION'S OPPOSITION TO PLAINTIFF'S MOTION FOR

PRELIMINARY INJUNCTION

FILED APR 23 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Plaintiff, Richard E Clark Jr, Pro se hereby responds to the defendant Dr. Peter Binnion's opposition to the Plaintiffs motion for a preliminary injunction.

1.) On March 12, 2008, Plaintiff filed a motion for a preliminary injunction, based upon being misdiagnosed by Dr Binnion. And several other medical issues, that lether werenot being meet and or being that inappropriate labs were being drawn. Based upon the Plaintiffs Journal entries which prove all the allegations set forth in the motion, so it is likely the plaintiff will succeed on these merits. So this motion shall be granted.

2). Plaintiffs liver functions are in normal range, however yet again Dr Binnion fails to look at the Hepatitis B Viral loads which determine rather treatment is warented. This statement is quoted by the infectious diesease doctor and rests in the Plaintiffs medical file. Plaintiff is likely to succeed on these merits. Therefore this motion must be granted.

3). As of (March 27, 2008, Aprox) Plaintiff seen the infectious diesease doctor and it was decided that treatment was warranted, there being a Hep B Genotype was ordered and also a liver biopsy which the plaintiff is currently awaiting for now. It was discussed that with his viral load rising that treatment would be best to start now to avoid the levels climbing to 20,000 in which would surely cause liver failure and or liver diesease. Based on the above which is documented in his medical file, the Plaintiff is likely to succed on these merits and his motion must be granted.

4). Plantiff is diagnosed whith Hepatitis B however lab work must be drawn for no less than 6 months to moniter liver functions and the Hepatitus Viral load. The viral load alone is what renders rather the virus is going to werrant treatment. The lab work and notes, also prescriptions for labs ordered by Dr Binnion clearly show that not one single viral load was ordered by him. He also left the plaintiffs last lab ordered by him which was indeed lebled high alone. Never to order follow up labs, nor appoint. leaving Dr Kendall to refer me to the infectious Diesease Doctor Sum 4 months later. Given the above and attetched this motion must be granted.

WHEREFORE, for the foregoing reasons, Plaintiff Richard E Clark Jr respectfully requests that his motion for preliminary Injunction be granted.

x /s/ Richard E Clark Jr
Richard E Clark Jr   477726
                     Pro, Se'
P-O Box 9561
Wilmington, De
                19809.

April 21, 2008
Date.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD E CLARK, JR. | ) |
| Plaintiff | ) |
| v | ) CA. No. 07239 JJF. |
| WILLIAMS et.al | ) |

AFFIDAVIT OF RICHARD E CLARK JR.
IN RESPONCE TO DR. BINNIONS OPPOSITION TO
THE PLAINTIFFS MOTION FOR PRELIMINARY INJUNCTION

STATE OF <u>DELAWARE</u> )
COUNTY OF <u>NECASTLE</u> )

I, Richard E Clark Jr, Pro se' do attest as follows:

1.) I am over 18 years of age.

2.) I am appearing pro se' in this matter and am the Plaintiff.

3.) I have been diagnosed by Dr. Peter Binnion of being infected with the Hepatitis B virus. Said diagnoses was made April. 3, 2007.

4.) Regardless of the results of being infected with Hepatitis B, Dr. Binnion obtained from subsequent testing, after the diagnoses of Hepititis B Dr Binnion should have refered me to the Infectious diesease doctor, Dr mcdonald.

5.) To further perpetuate his incompetence in this matter, on December 3, 2007 I was seen by Dr Peter Binnion on a unrelated manner and he assured me my Hepititis B was gone. his exact words were "he was over the hep b in August". I have Emperical evedence of this prognoses.

6.) It is considered standard protocol once a patient is diagnosed with Hepititis B, to not only institute Chem 24 test's (Liver functions) but also anitiate Hepititis B Viral load tests for a minimum of 6 months to moniter the liver functions and strength of the virus through the Viral load tests. Dr Peter Binnion neglected to take the viral load tests, only liver functions were ordered. (Chem 24 test).

7.) A further display of Dr Peter Binnions incompetence as aforementioned in number 2. In the above, Dr Binnion neglected to ever refer me to the infectious diesease doctor (Specialist). Matter of fact Dr Ellis Kendle refered me to the infectious diesease specialist on July, 24, 2007, Approximatly 4½ months after Dr Binnion knew I had tested positive for Hepititis B (acute Hepititis B) and was needed to be placed in the care of the infetious diesease doctor. Furthermore. Dr Binnion is a qualified cardiologist who is licenced to practice medicine, not a infectious diesease specialist.

8.) All I have offered are easily accessable through research.

_____
Richard E Clark Jr  Pro Se'   477726.


SWORN TO AND SUBSCRIBED before me on this 21 day of Apr 2008.

_____
Rodderick Johnson
Notary Public



Richard E Clark Jr.
#277726
PO Box 9561

Office of The Clerk
United States District Court
844 N. King ST. Lock Box 18
Wilmington, De
19801

LEGAL MAIL ONLY