TO: Honorable Joseph J Farnan / Clerk of the court
From: Richard E Clark Sr   CA No 07-239JJF.
RE: Amended Complaint.                                    07-239

On December 14, 2007 I filed a motion to Amend Complaint, because Civil Rights Key 207 (1) STATES "State officials sued only in there Official Capacities are not "Persons" under federal Civil Rights statute when Sued for Compensatory damages. I wanted the Complaint amended to Sue as Persons for Compensatory damages. I was not aware of this information at the time of filing the original complaint. If you look at the Affidavit on the motion to amend you will see the Defendants listed as persons not officials. Also on the motion to Amend. Sheets is listed as Mr Sheets, I found out his name is Patrick Sheets. Can you please clear up this misunderstanding so I can sue for compensatory damage's for the violation of my 8th Amendment rights and I want to sue them as "Persons" not officials. Hope to hear back soon. Thankyou



Respectfully
Richard E Clark Sr 477726
CA No 07-239-JJF

Richard E Clark Jr
477726
P.O Box 9561
Wilmington, De
19809



U.S.
X-RAY
Office of The Clerk
United States District Court
844 N. King St. Lock Box 18
Wilmington De
19801