IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE.

| | |
|---|---|
| RICHARD E CLARK JR<br>    Plaintiff<br>V.<br>WILLIAMS et. al<br>    Defendants | CIVIL Action NO: 07-239-JJF |

---

REQUEST FOR ADMISSION
MEDICAL DEFENDANTS



FILED
MAY - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

1.) (ADMIT) You are a heart Specialist, (Cardiologist)

2.) (ADMIT) You are not an infectious diesease specialist.

3.) (ADMIT) You never ordered a Hepatitis viral load to be drawn on Richard Clark.

4.) (ADMIT) A Hepatitis B viral load tells the ordering physician the "Strength" of the virus

5.) (ADMIT) Dated lab report 3-24-07 You did not order.

6.) (ADMIT) Dated lab report 3-24-07, Richard Clark's ALT (SGPT) level was 1567 (HI) with normal being (<40)

7.) (ADMIT) Dated lab report 3-24-07, Richard Clark's AST (SGOT) level was 714 (HI) with normal being (<37)

8.) (ADMIT) Dated report 4-2-07 which you ordered, Richard Clark's ALT (SGPT) level was (*****) which exceeds Bio Reference's reporting limit of (2000)

9.). (ADMIT) Dated report 4-2-07 which you ordered, Richard Clark's AST (SGOT) level was 1285 (HI) normal being (<37)

10.) (ADMIT) Dated report 4-24-07 Ordered by you, Richard Clarks, Iron, Bilirubin, (AST SGOT), ALT (SGPT), and G-GTP levels were all in the abnormal range rated (HI)

11.) (ADMIT) After dated report 4-24-07, you never ordered following labs to ensure all of Richard Clark's functions rated (HI) were in normal result range.

12.(ADMIT) After dated lab report 4-24-07 which was ordered by you, Richard Clark was never seen by you for a follow up on his acute Hepatitis B infection.

13.)(ADMIT) You did not refer Richard Clark to the Infectious Diesease Specialist, Dr mcdonald.

14.). (ADMIT) On December 3, 2007, you Seen Richard Clark for a matter unrelated to his Hepatitis B, however you informed Richard Clark that he was over his hep B in August.

15.). (ADMIT) On December 3. 2007, In Richard Clark's Medical file you made a note that stated "he was over the hep B in August"

16.)(ADMIT) You never ordered a Hepatitis A Vaccenation for Richard Clark.

Certificate Of Service.

I Richard E Clark Jr hereby certify that on this 5TH day of May 2008 I Cause a true and correct copy by way of U.S Mail to the following Parties. Such documents consist of REQUEST FOR ADMISSION.

ERIKA Y TROSS
820 N FRENCH ST
Wilmington, De
19801

James Drnec
C/o Balick & Balick.
711 KING ST.
Wilmington De
19801.

X Richard E Clark 474426
P.O Box 9561
Wilmington, De
19809.