IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR  )
   Plaintiff  )
       )
V  )  CV Action No. 07-239-JJF
       )
       )
WILLIAMS et. al  )
   Defendents.  )
       )

MEDICAL DEFENDANTS
INTEROGATORIES



FILED
MAY - 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

D scanned

Binnca

1.) Did you see Richard Clark Jr in your office in March, 2007 in which you diagnosed him with the Hepatitus B Virus?

2.) You ordered lab work to be drawn on mr clark in march of, Can you state the test description, the Chemistry levels on what was abnormally high or low on that particular report?

3.) You ordered lab work to be drawn in April, 2007. Can you state the test description, and the Chemistry levels on what was abnormally high or low on that particular report?

4.) Out of the lab work you ordered to be drawn from mr clark which month had the highest levels?

5.) Can you state the dates you seen mr clark for follow ups pertaining to his Hepatitus B?

6.) Can you state the dates of all the lab work that you ordered to be drawn from mr clark that was pertaining to his Hepatitus B?

7). Mr. Clark had his first visit with Dr. macdonald August 8, 2007. Up until that date did you continue to monitor Mr. Clark's levels?

8.) Did you order the Hepatitus A vaccination for Mr. Clark?

9.) Did you refer Mr. Clark to Dr. macdonald the infectious diesease doctor?

10.) If someone tests positive for Hepatitus B with abnormally high levels, how long should there Hepatitus levels and liver fuction levels be monitored for?

12.) Once the A.I.D.S virus is exposed to air, what is the general life expectancy in wet or dry form?

13.) Once the Hepatitus B virus is exposed to air, what is the general life expectancy in wet or dry form?

14.) Are you the Chronic Care doctor or the Infectious diesease doctor at the Howard.R.Young. Correctional. Institution?

15.) ARE you AN Infectious Diesease Doctor?

16.) What medical field are you specialized in.

Certificate of Service.

I Richard E Clark Jr, hereby certify that on this 5th day of may I caused a true and correct coppy of Interrogatories for defendant Peter Binnion by way of U.S Mail to the following parties

Erika Y Tross
844 N French St
Wilmington De
19801

James Drnec
C/o Balick & Balick
711 N. King St
Wilmington De
19801

477726
S/ [signature]
P.o Box 9561
Wilmington, De
19809