IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD. E. CLARK JR )
    Plaintiff )
)
) C.V. Action, No: 07-239-JJF
)
V.S )
)
)
Williams et. al )
)



STATE DEFENDANTS
INTERROGATORIES

(INTERROGATORIES FOR RAPHAEL WILLIAMS)

1.) In accordance to the previous interrogatories (number 13) Which Stated " Does the State require you and or your staff to take a course in infectious disease, Contraction, contamination, biohazzard spills and or contamination Clean up" to which you replied " this is a part of the employes initial training". In avoidance of any misapprehention, Is the courses name, and date completed recorded in the employee's formal training Jacket?

2.) Can you do your best to paraphrase on what the course that you and your staff have to take on Infectious diesease, Contraction, Contamination, biohazard Spills, and Clean up. (Which is a part of the Employees initial training) Teaches?

3.) What actions are you and your Staff required to take when a man is bleeding perfusley from open lesions. Who is infected with blood born dieseese's, and is exposing these blood born dieseese's to the others housed with him?

(INTERROGATORIES FOR PATRICK SHEETS)

1). In previous interrogatorie (number 7) which stated "Does the state require you and or your staff to take a course in infectious diesease, contraction, contemination, biohazzard spills, and or contemination clean up" to which you replied "I donot recall". To clarify my understanding, do you or does the state keep a formal record of corses you have successfully completed?

2). What specific corses and or training have you taken in regaurds to infectious diesease, bloodborn diesease, and/or clean up?

3). Briefly state your highest level of education obtained.

4). Do you believe it is professional for a man in the authority position such as your self to make statements like (Sometimes this happens, If you dont like it dont come to jail). especialy when such conversation pertaines to a man being exposed to blood born dieseases by a man housed in the quarter's?

(INTERROGATORIES FOR JAMES WELCH)

1.) Do you have any creditentials in infectious dieseose, Contrection, Contemination, biohazzard spills?

2.) Have you ever taken any coorses on blood born dieseases?

3.) What do your job duties consist of as the Medical Service Administrater for the Department of Corrections.

4.) How long have you held the position of Medical Service Administrater for the Department of Corrections

5.) What is your highest level of education?

Certificate of Service.

I Richard E Clark Jr, hereby certify that I caused a true and correct copy of the State defendants interrogatories to the following Parties by way of U.S MAIL this 5th day of May 2008.

Erika Y Tross
844 N. French St
Wilmington, De
19801

James Drnec
c/o Balick & Balick.
711 N King st
Wilmington, De
19801

Richard E Clark 477726
P.o Box 9561
Wilmington, De
19809