To: Honorable Judge, Joseph J Farnan Jr / Clerk of the Court
From: Richard C Clark Jr   Cv. No. 07-239-JJF
RE: Defendant, Peter Binnion, Yet to be named a party in Cv-07-239-JJF
Date: 5-5-8

I'm growing consistently concerned about Peter Binnion's Attorney and the Honorable Court stating that Binnion has yet to be served / not yet a party in this case. To my belief I have accomplished every task that has to be accomplished to make this service take place. Is it possible that this mishap could be at the hands of the US Marshalls which is whom was instructed by the Honorable Court to serve the complaint on November 19, 2007. This delay is enabling me from conducting my much needed discovery on medical defendant, Peter Binnion, however I was in receipt of my USM 285's including Peter Binnion's (see enclosed) which shows service was made, however the service was made Aprox 81 days after the marshalls were in receipt. This document shows and enrolled James Drnec (CMS Attorney) notice of appearence on March 13, 2008 which is the exact day he filed a motion to dismiss pursuant to Rule 4 I am convinced that the delay in service does not rest on me, and I come before the Honorable Joseph J Farnan Jr pleading for help to clear this up in an exhibitious manner so I can begin to utalize my much needed discovery on this defendant

Respectfully,
[signature] 477726
Civ. Action, 07-239-JJF

FILED
MAY -7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RO scanned

RICHARD E CLARK Jr
477726
P.O BOX 9561
Wilmington, De
19809



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST, Lock Box 18
Wilmington, De
19801

JAIL ONLY