IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK, JR.,            :
                                  :
        Plaintiff,                :
                                  :
        v.                        :        C.A. No. 07-239 JJF
                                  :
WARDEN RAPHAEL WILLIAMS, :
LT. SHEETS, JIM WELCH,            :
and DR. BINNON                    :
                                  :
        Defendants.               :

**DEFENDANT DR. BINNON'S**
**MOTION TO STAY OR STRIKE DISCOVERY**
**PENDING DECISION ON MOTION TO DISMISS**

Defendant Dr. Binnon ("Movant") hereby moves for entry of an order in the form attached hereto staying or striking discovery pending the Court's decision on his Motion to Dismiss the Plaintiff's claims against him for failure timely to serve process. (D.I. 57)  In support of this Motion, Movant states as follows:

1.      On May 2, 2007 Plaintiff filed his Complaint alleging civil rights violations against Raphael Williams, Lt. Sheets, and Mr. Smith. (D.I. 2)  Movant was not a named defendant. (*Id.*) On June 25, 2007 Plaintiff filed his Amended Complaint which added as defendants Dr. McDonald and Jim Welch and dismissing Raphael Williams. (D.I. 8)  The Amended Complaint did not name Movant, either. (*Id.*)  On July 31, 2007 Plaintiff filed his Second Amended Complaint, this time purporting to add Movant as a defendant. (D.I. 11)

2.      On March 13, 2008, Movant filed his Motion to Dismiss for failure timely to serve process pursuant to Rule 4(m). (D.I. 57)  No Entry of Appearance was filed, and Movant reserved the right to raise all defenses. (*Id.*)  The basis of the Motion was that more than 180

days had passed without service. (*Id.*) As of the date of the instant Motion, service still has not been perfected according to the Rules, and 244 days have passed since the filing of the Second Amended Complaint purporting to add Dr. Binnon as a defendant.

3. On May 8, 2008, the undersigned counsel received from Plaintiff a letter dated May 1, 2008 claiming, in essence, that service had been effected by virtue of the filing of Dr. Binnon's Motion to Dismiss. (Exhibit "A") Included with the May 1 letter were Plaintiff's putative return of service and some discovery requests, including requests for admission and interrogatories. (*Id.*) The Plaintiff's Requests for Admission and Interrogatories were filed with the Court on May 8, 2008. (D.I. 70, 71)

4. As set forth in the Motion to Dismiss (D.I. 57), Movant continues to believe that he has not been made a party to the above-captioned action either through service of process, and also believes that he has not waived that defense merely by filing his Motion to Dismiss. Waiver of personal jurisdiction via the latter method would violate due process concerns. Therefore, Movant is not a party to the case. Because non-parties are not subject to compulsory discovery, the discovery requests filed by Plaintiff should either be stayed until the Motion to dismiss is decided, or stricken in its entirety until Movant's Motion to Dismiss is decided or until service is properly perfected, thus rendering Movant a proper party subject to compulsory discovery under the Rules.

5. Pursuant to Rules 33, 36, and 37, failure timely to respond to requests for admission and interrogatories carries potential penalties ranging from matters being deemed admitted, to loss of the opportunity to object, to default judgment (*Id.*) Movant could be prejudiced if it these requests are not stayed and it is later determined that Movant had an obligation to respond and failed timely to do so.

6.     Accordingly, Movant respectfully requests this Court stay or strike the discovery propounded by Plaintiff until such time as the Court determines whether to grant the Motion to Dismiss, or until such time as service is properly perfected.

WHEREFORE, for the foregoing reasons, Movant Peter Binnon, M.D. respectfully requests entry of an order in the form attached hereto staying or striking Plaintiff's discovery requests directed to Binnon until Binnon's Motion to Dismiss has been decided, or until service has been properly perfected.

BALICK & BALICK, LLC


_____/s/ James E. Drnec_____
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Dr. Binnon

Date:   May 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK, JR.,          :
                                :
        Plaintiff,              :
                                :
        v.                      :        C.A. No. 07-239 JJF
                                :
WARDEN RAPHAEL WILLIAMS, :
LT. SHEETS, JIM WELCH,          :
and DR. BINNON                  :
                                :
        Defendants.             :

ORDER

AND NOW, this _____ day of _____, 2008, the Court having considered Defendant Dr. Binnon's Motion to Stay or Strike Discovery, it is hereby ordered that the Motion is GRANTED.

_____
J.

# Exhibit A

To: James Drneck
C/o Balich & Balick.
FROM: Richard E Clark Jr   C.A No- 07-239-JJF   Clark V Williams et al
RE: Request For Admission.
Date: 5-1-8.

    Dear Mr Drnec
      Enclosed is a copy of my US MARSHAL 285 That
I Filed For Peter Binnion. IT Clearly shows the Service has been and
was completed on 3-13-8 and as you can see it Indeed
Makes Peter Binnion a defendant in this case, however
    Enclosed is my Request for admission that I have filed.
The rule for admission Clearly states that if a request for admission
Is not timely answered, the matter is deemed admitted.
Thereby this gives Peter Binnion thirty days to respond or object
to the Request for admission along with the enclosed interrogatories
With that being said, I look forward to hearing from you in
due time.
                Respectfully,
                R E Clark Jr 477726
                P.o Box 956
                Wilmington De 19809.

              Civil action No. 07-239-JJF

May 1, 2008


RECEIVED
MAY 0 7 2008
BY:------------------------

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Richard C Clark SR | 07-239-JJF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Warden Raphael Williams et. al. | Complaint |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dr Peter Binnon Howard R Young Correctional Institution

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1301 East 12th Street Wilmington De 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard C Clark Jr #477726
Po Box 9561
Wilmington De 19809

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Forma Pauperis

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE 6-28-07 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date 12-19-07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time ___ am ___ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:

NOTE

| PRIOR EDITIONS MAY BE USED | 3. NOTICE OF SERVICE | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE.

RICHARD E CLARK JR   )
        Plaintiff   )   CIVIL Action NO: 07-239-JJF
               )
V.             )
WILLIAMS et. al     )
      Defendants  )
               )
               )
               )

---

REQUEST FOR ADMISSION
MEDICAL DEFENDANTS

1.) (ADMIT)  You are a heart Specialist, (Cardiologist)

2.) (ADMIT) You are not an infectious diesease specielist.

3.) (ADMIT) You never ordered a Hepatitis viral load to be drawn on Richard Clark.

4.) (ADMIT) A Hepatitis B Viral load tells the ordering physician the "Strength" of the virus

5.) (ADMIT)  Dated lab report  3-24-07  You did not order.

6.) (ADMIT) Dated lab report  3-24-07, Richard Clark's ALT (SGPT)  level was  1567 (HI)  with normal being ($<$40)

7.) (ADMIT)  Dated lab report  3-24-07, Richard Clark's AST (SGOT) level was  714 (HI)  with normal being ($<$ 37)

8.) (ADMIT)  Dated report  4-2-07 which you ordered, Richard Clark's ALT (SGPT) level was (*****)  which exceeds Bio Reference's reporting limit of (2000)

9.). (ADMIT) Dated report  4-2-07 which you ordered, Richard Clark's AST (SGOT)  level was 1285 (HI)  normal being ($<$37)

10.) (ADMIT) Dated report 4-24-07 Ordered by you, Richard Clarks, Iron, Bilirubin, (AST SGOT), ALT (SGPT), and G-GTP levels Were all in the abnormal range rated (HI)

11.) (ADMIT) After dated report 4-24-07, you never ordered following labs to ensure all of Richard Clark's functions rated (HI) Were in normal result range.

12. (ADMIT) After dated lab report 4-24-07 which Was ordered by you, Richard Clark Was never Seen by you for a follow up on his acute Hepatitis B Infection.

13.) (ADMIT) You did not refer Richard Clark to the Infectious Diesease Specialist, Dr mcdonald.

14.) (ADMIT) On December 3, 2007, You Seen Richard Clark for a matter unrelated to his Hepatitis B, however you Informed Richard Clark that he was over his hep B in August.

15.). (ADMIT) On December 3. 2007, In Richard Clark's Medical file you made a note that stated "he was over the hep B In August"

16.) (ADMIT) You never ordered a Hepatitis A Vaccenation for Richard Clark.

Certificate Of Service.

I Richard E Clark Jr here by certify that on this 5TH day of May 2008 I cause a true and correct copy by way of U.S Mail to the following parties. Such documents consist of REQUEST FOR ADMISSION,

ERIKA Y TROSS
820 N FRENCH ST
Wilmington, De
               19801

James Drnec
C/o Balick & Balick.
711 KING ST.
Wilmington De
               19801.

X _____ 477426
P.o Box 9561
Wilmington, De
               19809.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK SR )
      Plaintiff )
       )
       )   CV Action No. 07-239-JJF
V )
       )
       )
WILLIAMS et. al )
      Defendents. )
       )

MEDICAL DEFENDANTS
INTEROGATORIES

<u>Binns</u>

1). Did you see Richard Clark Jr in your office in March, 2007 in which you diagnosed him with the Hepatitus B Virus?

2.) You ordered lab work to be drawn on mr Clark in march 07, Can you State the test description, the Chemistry levels on what was abnormally high or low on that particular report.?

3.). You ordered lab work to be drawn in April, 2007. Can you State. the test description, and the Chemistry levels on what was abnormally high or low on that particular report.?

4.) Out of the lab work you ordered to be drawn from mr Clark Which month had the highest levels?

5). Can you State the dates you Seen Mr Clark for follow ups pertaining to his Hepatitus B?

6.) Can you State the dates of all the lab work that you ordered to be drawn from mr Clark that was pertaining to his Hepatitus B?

7). Mr. Clark had his first visit with Dr. mcdonald August 8, 2007. Up until that date did you continue to monitor Mr Clarks levels?

8.) Did you order the Hepatitus A vaccination for Mr. Clark?

9.) Did you refer Mr. Clark to Dr. mcdonald the infectious diesease doctor?

10.) If someone tests positive for Hepatitus B with abnormally high levels, how long should there Hepatitus levels and liver fuction levels be monitored for?

12.). Once the A.I.D.S virus is exposed to air, What is the general life expectancy in wet or dry form?

13.). Once the Hepatitus B virus is exposed to air, What is the general life expectancy in wet or dry form?

14.). Are you the Chronic Care doctor or the infectious diesease doctor at the Howard R. Young - Correctional. Institution?

15.). ARE you AN Infectious Diesease DoctoR?

16.). What Medical field are you Specialized in.

Certificate of Service.

I Richard E Clark Jr, hereby certify that on this 5th day of may I caused a true and correct coppy of Interrogatories for defendant Peter Binnion by way of U.S Mail to the following parties

ERIKA Y TROSS
844 N FRENCH ST
Wilmington De
19801

James Drnec
C/O Balick & Balick
711 N. King st
Wilmington De
19801

× [signature] 447726
P.o Box 9561
Wilmington, De
19809

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD. E. CLARK JR )
        Plaintiff )
                )   C.V. Action, No: 07-239-JJF
   V.S )
                )
WILLIAMS et. al )
                )

## STATE DEFENDANTS INTERROGATORIES

(INTERROGATORIES FOR RAPHAEL WILLIAMS).

1.) In accordance to the previous interrogatories (number 13) Which stated "Does the state require you and or your staff to take a course in infectious disease, Contraction, contamination, biohazzard spills and or contamination Clean up" to which you replied "this is a part of the employes initiel training". In avoidance of any misapprehention, is the courses name, and date Completed recorded in the employee's formal training Jacket?

2.) Can you do your best to paraphrase on what the course that you and your staff have to take on infectious diesease, Contraction, Contamination, biohazard Spills, and clean up. (Which is a part of the Employees initiel training) Teaches?

3.) What actions are you and your staff required to take when a man is bleeding perfusley from open lesions. Who is infected with blood born dieseese's, and is exposing these blood born dieseese's to the others housed with him.?

(INTERROGATORIES FOR PATRICK SHEETS)

1). In previous interrogatorie (number 7) which Stated "Does the State require you and or your staff to take a course in infectious diesease, Contraction, Contemination, biohezzard spills, and or contemination clean up" to which you replied "I donot recall" To clarify my understanding, do you or does the state keep a formal record of Corses you have Successfully completed?

2). What Specific Corse's and or treining have you taken in Regaurds to infectious diesease, blood born diesease, and or clean up?

3). Briefly State your highest level of education Obtained.

4). Do you believe it is professional for a man in the authority position such as your self to make statements like (Sometimes this happens, If you dont like it dont come to Jail) especially when such conversation pertaines to a man being exposed to blood born dieseases by a man housed in the quarter's?

(INTERROGATORIES FOR JAMES WELCH)

1.). Do you have any credentials in infectious diesease, Contraction, Contamination, biohazzard spills?

2.). Have you ever taken any coorses on blood born dieseases?

3.). What do your Job duties consist of as the Medical Service Administrater for the Department of Corrections.

4.). How long have you held the Position of Medical Service Administrater for the Department of Corrections

5.). What is your highest level of education?

Certificate of Service.

I Richard E Clark Jr, hereby certify that I caused a true and correct copy of the State defendants interrogatories to the following parties by way of U.S MAIL this 5th day of may 2008.

ERIKA Y TROSS
844 N. French St
Wilmington, DE
19801

James Drnec
C/o Balick & Balick.
711 N King St
Wilmington, DE
19801

P.o Box 9561
Wilmington, DE
19809.

<u>**CERTIFICATE OF SERVICE**</u>

I, James Drnec, hereby certify that on the 13th day of March 2008, the foregoing

Defendant's Motion to Stay or Strike Discovery Pending Decision on Motion to Dismiss was

filed via CM/ECF and served upon the following via the manner indicated:


<u>**FIRST CLASS MAIL**</u>
Richard E. Clark Jr.
SBI# 477726
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

<u>**CM/ECF FILING**</u>
Erika Yvonne Tross, Esquire
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801


                              _____/s/ James E. Drnec_____
                              James E. Drnec, Esquire (#3789)