To: Clerk of The Court / Honorable Joseph J Farnan
From: Richard E Clark Sr.
RE: 07-239-JJF
Date: 5-7-8

I recently came up with information about one of my Defendants Peter Binnion. In which such information is imperative to my case against him. I have documentation stating the doctors name that refered me to the infectious diesease doctor. In which Binnion never took the initial step to do being he was not qualified as a infectious diesease specialist and being my labwork was at such a critical level he should have taken the initiative to refer me. I was informed this by Dr Ellis Kendell and the Infectious Diesease doctor Dr medonald. I wanted the court to be aware of this. how do I go about adding this to the case so I can use to my bennifit. Please help I believe this is very important to my case.

Thank you
Respectfully
R/E Clark
CV No - 07-239-JJF
P.o Box 9561
Wilmington, De
19809.



FILED
MAY -9 2008
BN
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Richard E Clark Sr
477726
Po Box 9561
Wilmington, DE
19809

Office of the Clerk
United States District Court
844 N. King St Lock Box 18
Wilmington, DE 19801

LEGAL MAIL ONLY