```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE
```

| | |
|---|---|
| RICHARD E. CLARK, JR., | : |
| Plaintiff, | : |
| v. | : C.A. No. 07-239 JJF |
| WARDEN RAPHAEL WILLIAMS, et al., | : Jury Trial Requested |
| Defendants. | : |

### MEMORANDUM ORDER

Pending before the Court is Defendant Dr. Binnon's Motion to Dismiss Pursuant to Rule 4(m)(D.I. 57). For the reasons discussed, the Court will deny Defendant Dr. Binnon's motion.

### I.   BACKGROUND

On May 2, 2007, Plaintiff Richard E. Clark, Jr., ("Mr. Clark") an inmate at the Howard R. Young Correctional Institution ("HRYCI"), filed this civil rights action pursuant to 42 U.S.C. § 1983. (D.I. 2.) He appears *pro se* and was granted *in forma pauperis* status pursuant to 28 U.S.C. § 1915. (D.I. 4.) The gravamen of Mr. Clark's action is that Defendants violated his Eighth Amendment rights by housing him in a cell with an inmate infected with HIV and Hepatitis B, and by failing to provide him with medical treatment after he contracted Hepatitis B.

Mr. Clark initially named Warden Raphael Williams, Lieutenant Sheets and Dr. Smith, all HRYCI employees, as defendants. On June 25, 2007, Mr. Clark filed an Amended Complaint, which added Dr. McDonald and Jim Welch as defendants.

(D.I. 8.) On July 31, 2007, Mr. Clark filed a Second Amended Complaint, which added Dr. Peter Binnon as a defendant. (D.I. 11.) On November 19, 2007, the Clerk of the Court forwarded a USM 285 to the U.S. Marshall for service upon Dr. Binnon. (D.I. 56.) Neither the Clerk of the Court nor Mr. Clark have received a Return of Service regarding Dr. Binnon. (Id.; D.I. 60.)

## II.  DISCUSSION

Federal Rule of Civil Procedure 4(m) provides for dismissal of an action against a defendant if that defendant "is not served within 120 days after the complaint is filed." However, where the plaintiff shows good cause for the failure, "the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

As he has not been served, Dr. Binnon contends that Mr. Williams claims against him should be dismissed. As Dr. Binnon is aware, Mr. Clark proceeds *in forma pauperis* and, therefore, must rely upon the court to issue a service order and the United States Marshal Service to effect proper service of the summons and complaint. See 28 U.S.C. § 1915(d) (stating that where a plaintiff is proceeding *in forma pauperis*, "the officers of the court shall issue and serve all process, and perform all duties in such cases"). Mr. Clark had nothing to do with any delay in service. Indeed, he timely complied with all court orders and deadlines. Dismissal for failure to timely serve is thus not

proper. Accordingly, the court will extend the time for service and deny Defendant Dr. Binnon's Motion to Dismiss on the basis of untimely service.

### III. Conclusion

Accordingly, for the reasons discussed above, the Court will deny Defendant Dr. Binnon's motion.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant Dr. Binnon's Motion to Dismiss Pursuant to Rule 4(m)(D.I. 57) is **DENIED**.

May 14, 2008

_____
UNITED STATES DISTRICT JUDGE