To: Clerk of the Court.
From: Richard E Clark Jr.
RE: Docket Sheet. CA 07-239-JJF.
Date May 22, 08.

I'm Proceeding In Forma Pauperis and cannot pay the fee for a updated docket sheet. Can you please send me one.

Respectfully

R E Clark jr. 477726

P.O Box 9561
Wilmington, De
19809.

FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned



Richard E Clark Sr
477726
P.O Box 9561
Wilmington, De
19809

Office of the Clerk
United States District Court
844 N. King St. Lock Box 18
Wilmington, De 19801

LEGAL MAIL ONLY