To: Clerk of the Court / Judge Joseph J. Farnan
From: Richard E Clark Jr
RE: Docet Sheet  07-239 JJF
Date: June 5, 2008.

Im not understanding how Im prose with proceed in Forma pauperis Im indegent, however I need a docket sheet for my pending case. How can I pay $4.50 for something when I have no money to pay. If I cannot recieve a docket sheet please forward this to the Judge. I believe there should be no reason why I cant recieve one. the price should go to my records for the Forma pauperis

Thank you
Respectfully
Richard E Clark Jr
977726
CA NO  07-239-JJF



FILED
JUN -9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE