IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK JR.

V

WILLIAMS et.al.

)
)
)
)
)
)
)
)
)
)

CA. No. 07-239-JJF

F I L E D

JUN - 9 2008

ßN

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION TO COMPEL DISCOVERY

COMES NOW, The plaintiff, Richard E CLARK Jr pro,se who moves pursuant to Rules 34(b) and 37(a), Fed. R. Civ. P. for an ORDER compelling the Medical defendant Peter Binnion to answer the discovery requests that were sent to him through his attorney, Mr James E. Dernec on May 1, 2008, Such discovery requests consist of interrogetories, and request for addmissions.

June 3, 2008.

Richard E Clark Jr. 477726.
P.O Box 9561
Wilmington, De
19809.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR          )
                            )
                            )
    V.                      )        C.A. No. 07-239-JJF
                            )
WILLIAMS et.al              )
                            )
                            )

AFFIDAVIT IN SUPPORT OF
    MOTION TO COMPEL

    I Richard E Clark Jr, being duly sworn, deposes, and says ...

1.) I am the Plaintiff in this case. I make this affidavit In support of my motion to Compel discovery.

2.) On May 2, 2008. I served a request for admissions along with a set of interrogatories, through the defendants consel. (See attached)

3.) On May 8, 2008. I was in receipt of a letter from the defendants Counsel that stated "Accordingly, Dr. Binnion will not be answering the discovery requests you sent to him as he is still not a party to the action until the court denies the above-referenced motion" (Such motion consists of motion to dismiss.) (See attached letter) defendants motion was denied May 14, 2008. (See attached)

4.). After recieving the Honorable Courts Order denying the defendants motion to dismiss I then submitted the discovery requests yet again to defendant Peter Binnion through his counsel on May 18, 2008.

5.). On June 3, 2008 I recieved a letter from defendant Petter Binnions Counsel that stated "This morning I recieved your recent, undated letter again requesting that Dr. Peter Binnion respond to discovery requests. As I have pointed out to you before, Dr Binnion is not under any obligation to respond to discovery requests until he is properly made a party to the action by service of process perfected pursuant to Fed. R. Civ. P 4.

Contrary to your assertion (and perhaps my mis-statement in my earlier letter), the Court's denial of Dr Binnions motion to dismiss does not relieve you of your obligation to secure proper service of process on Dr. Binnion before you can compel him to participate in this suit. As Judge Fernon noted in the opinion (a copy in which is included here for your reference), "Neither the Clerk of the court nor Mr Clark have recieved a return of service regarding Dr Binnion"

Until Dr Binnion has been Served, and until that Service is returned to Court, Dr Binnion will not be answering the discovery requests you Sent to him as he is Still not a party to the action. If you have some authority to the contrary, I would be happy to review and consider it". (See attached)

6.). On April 24, 2008 I was in reciept of my "Notice of Service" Section of my USm 285 Forms that was sent to me by the USm. Such form Stated in the remark Section. "Notice of Appearance J. Donec G58 9265" Date of Service was 3-13-08. (See attached)

7.). On May 9, 2008. Dr Binnion filed a Motion to Stay or Strike Discovery pending Decision on motion to Dismiss. (See attached)

8.). It is Clear that the USm clearly carried out Service, thereby Naming Peter Binnion as a party In this Case. As you can See in the attached exhibits there is clearly no reason why defendant Petter Binnion Should not have answered the discovery requests Submitted to him, and there by the defendants have Waived their objections by their failure to respond timely to the discovery requests.

WHEREFORE, the Plantiff Respectfully Requests the court grant his motion to Compel defendant Peter Birnion to answer the discovery Requests Submitted to him.

Respectfully

Richard E Clerk Jr 477726
P.o Box 9561
Wilmington, De
19809.

SWORN BEFORE ME this 5th day of June 2008.

Rodderick Johnson
NoTary Public.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR )
    Plaintiff )
              ) CV Action No. 07-239-JJF
V )
              )
WILLIAMS et. al )
    Defendents. )
              )

MEDICAL DEFENDANTS
INTERROGATORIES

Bioace

1). Did you see Richard Clark Jr in your office In march, 2007 In which you diagnosed him with the Hepatitus B Virus?

2.) You ordered lab work to be drawn on mr clark in march of, Can you state the test description, the Chemstry levels on what was abnormally high or low on that particular report?

3). You ordered lab work to be drawn In April, 2007. Can you state the test description, and the Chemistry levels on what was abnormally high or low on that particular report?

4.) Out of the lab work you ordered to be drawn from mr clark which month had the highest levels?

5). Can you state the dates you seen mr clark for follow ups pertaining to his Hepatitus B?

6.) Can you state the dates of all the lab work that you ordered to be drawn from mr clark that was pertaining to his Hepatitus B?

7.). Mr. Clark had his first visit with Dr. mcdonald August 8, 2007. Up until that date did you continue to monitor Mr. Clarks levels?

8.) Did you order the Hepatitus A vaccination for Mr. Clark?

9.) Did you refer Mr. Clark to Dr. mcdonald the infectious diesease doctor?

10.) If someone tests positive for Hepatitus B with abnormally high levels, how long should there Hepatitus levels and liver fuction levels be monitored for?

12.) Once the A.I.D.S virus is exposed to air, what is the general life expectancy in wet or dry form?

13.). Once the Hepatitus B virus is exposed to air, what is the general life expectancy in wet or dry form?

14.). Are you the Chronic Care doctor or the Infectious diesease doctor at the Howard-R. Young-Correctional-Institution?

15.). ARE You AN Infectious Diesease DoctoR?

16.). What Medical field are you specialized in.



BALICK & BALICK LLC

ATTORNEYS

May 8, 2008

Sidney Balick,

Adam Balick

James Drnec

Joseph Naylor

Mr. Richard E. Clark, Jr.
477726
P.O. Box 9561
Wilmington, DE 19809

> *Re:    **Clark v. Williams, et al.***
> ***C.A. No. 07-239 JJF***

Dear Mr. Clark:

This morning I received your letter dated May 1, 2008. Contrary to your assertion, and contrary to the "remark" made by the U.S. Marshall on the Return of Service, I have not entered my appearance on behalf of Dr. Binnion, or any other defendant in the above-referenced case. If you review the docket, you will find no entry of appearance.

On March 13, 2008, I did file on Dr. Binnon's behalf a Motion to Dismiss the action for failure timely to serve process pursuant to Rule 4(m). (D.I. 57) As noted in footnote 1 in that Motion, Dr. Binnon reserved all defenses and did not, by filing of that motion, enter an appearance such that you were no longer required to serve him.

Accordingly, Dr. Binnon will not be answering the discovery requests you sent to him as he is still not a party to the action until the Court denies the above-referenced motion. If you have some authority to the contrary, I would be happy to review and consider it.

Sincerely,

James E. Drnec

JD/jz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

RICHARD E CLARK JR )
      Plaintiff )
                  )   CIVIL Action NO: 07-239-JJF
                  )
V.               )
WILLIAMS et. al      )
      Defendants    )
                  )
                  )

REQUEST FOR ADMISSION
MEDICAL DEFENDANTS

1.) (ADMIT)  You are a heart Specialist, (Cardiologist)

2.) (ADMIT) You are not an Infectious diesease specialist.

3.) (ADMIT) You never ordered a Hepatitis viral load to be drawn on Richard Clark.

4.) (ADMIT) A Hepatitis B Viral load tells the ordering physician the "Strength" of the virus

5.) (ADMIT) Dated lab report 3-24-07 You did not order.

6.) (ADMIT) Dated lab report 3-24-07, Richard Clark's ALT (SGPT)  level was  1567 (HI) with normal being (<40)

7.) (ADMIT) Dated lab report  3-24-07 , Richard Clark's AST (SGOT) level was 714 (HI) with normal being (<37)

8.) (ADMIT) Dated report  4-2-07 Which you ordered, Richard Clark's  ALT(SGPT) level was(*****) Which exceeds Bio Reference's reporting limit of (2000)

9.). (ADMIT) Dated report 4-2-07 Which you ordered, Richard Clark's AST (SGOT) level was 1285 (HI)  Normal being (<37)

10.) (ADMIT) Dated report 4-24-07 Ordered by you, Richard Clarks, Iron, Bilirubin, (AST SGOT), ALT (SGPT), and G-GTP levels were all in the abnormal range rated (HI)

11.) (ADMIT) After dated report 4-24-07, you never ordered following labs to ensure all of Richard Clark's functions rated (HI) were in normal result range.

12. (ADMIT) After dated lab report 4-24-07 which was ordered by you, Richard Clark was never seen by you for a follow up on his acute Hepatitis B infection.

13.) (ADMIT) You did not refer Richard Clark to the Infectious Diesease Specialist, Dr mcdonald.

14.) (ADMIT) On December 3, 2007, you seen Richard Clark for a matter unrelated to his Hepatitis B, however you informed Richard Clark. that he was over his hep B in August.

15.) (ADMIT) On December 3. 2007, In Richard Clark's Medical file you made a note that stated "he was over the hep B in August"

16.) (ADMIT) You never ordered a Hepatitis A Vaccenation for Richard Clark.

Certificate Of Service.

I Richard E Clark Jr here by certify that on this 5TH day of May 2008 I Cause a true and correct Copy by way of U.S Mail to the following Parties, Such documents consist of REQUEST FOR ADMISSION

ERIKA Y TROSS
820 N FRENCH ST
Wilmington, De
                1980(

James Drnec
% Balick & Balick.
711 KING ST.
Wilmington De
                1980(.

X Richard E Clark 477F06
P.O Box 956(
Wilmington, De
                19809.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK, JR.,         :
                                 :
      Plaintiff,              :
                                 :
      v.                      :       C.A. No. 07-239 JJF
                                 :
WARDEN RAPHAEL WILLIAMS, :
LT. SHEETS, JIM WELCH,       :
and DR. BINNON             :
                                 :
      Defendants.          :

## DEFENDANT DR. BINNON'S
## MOTION TO DISMISS PURSUANT TO RULE 4 (m)[1]

Defendant Dr. Binnon ("Movant") hereby moves for entry of an order in the form attached hereto dismissing the Plaintiff's claims against him for failure timely to serve process. In support of this Motion, Movant states as follows:

1.     On May 2, 2007 Plaintiff filed his Complaint alleging civil rights violations against Raphael Williams, Lt. Sheets, and Mr. Smith. (D.I. 2) Movant was not a named defendant. (*Id.*) On June 25 Plaintiff filed his Amended Complaint which added as defendants Dr. McDonald and Jim Welch and dismissing Raphael Williams. (D.I. 8) The Amended Complaint did not name Movant, either. (*Id.*) On July 31 Plaintiff filed his Second Amended Complaint, this time adding Dr. Binnon as a defendant. (D.I. 11)

2.     The Docket reflects that the USM 285 form for Movant exited to the U.S. Marshall's Service on November 19, 2007.

---

[1] Movant reserves all defenses and does not, by the filing of this Motion for the limited and exclusive purpose of petitioning the Court to dismiss all claims against him, intend to waive any defense available to him.

3.    As of the date of this Motion, Movant still has not been served.   187 days have

passed since Plaintiff filed his Second Amended Complaint.

4.    Federal Rule of Civil Procedure 4(m) provides:

>    (m) Time Limit for Service.

>    If a defendant is not served within 120 days after the
>    complaint is filed, the court — on motion or on its own
>    after notice to the plaintiff — must dismiss the action
>    without prejudice against that defendant or order that
>    service be made within a specified time. But if the plaintiff
>    shows good cause for the failure, the court must extend the
>    time for service for an appropriate period. This subdivision
>    (m) does not apply to service in a foreign country under
>    Rule 4(f) or 4(j)(1).

5.    Pursuant to Fed.R.Civ.P. 4(m), the Plaintiff's claims against Movant should be

dismissed.

WHEREFORE, for the foregoing reasons, defendant Dr. Binnon respectfully requests

entry of the order attached hereto dismissing all claims against him

BALICK & BALICK, LLC

_____ /s/ James E. Drnec _____
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Dr. Binnon

Date:   March 13, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK, JR.,                    :
                                          :
        Plaintiff,                        :
                                          :
    v.                                    :        C.A. No. 07-239 JJF
                                          :
WARDEN RAPHAEL WILLIAMS, :
LT. SHEETS, JIM WELCH,                    :
and DR. BINNON                            :
                                          :
        Defendants.                       :

## **ORDER**

AND NOW, this ____ day of _____, 2008, this Court having considered

Defendant Dr. Binnon's Motion to Dismiss Pursuant to Rule 4(m), and all opposition thereto, it

is hereby ordered that the Motion is GRANTED.  All claims against Defendant Dr. Binnon are

dismissed.

_____
                    Judge Joseph J. Farnan.

## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 13th day of March 2008, the foregoing Motion to Dismiss Pursuant to Rule 4 (m) was filed via CM/ECF and served upon the following via the manner indicated:

**FIRST CLASS MAIL**
Richard E. Clark Jr.
SBI# 477726
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**CM/ECF FILING**
Erika Yvonne Tross, Esquire
Department of Justice
820 N. French Street, 8th Floor
Carvel Office Building
Wilmington, DE 19801

_____ /s/ James E. Drnec _____
James E. Drnec, Esquire (#3789)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD E. CLARK, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-239 JJF |
| | : | |
| WARDEN RAPHAEL WILLIAMS, | : | Jury Trial Requested |
| et al., | : | |
| | : | |
| Defendants. | : | |

## MEMORANDUM ORDER

Pending before the Court is Defendant Dr. Binnon's Motion to
Dismiss Pursuant to Rule 4(m)(D.I. 57). For the reasons
discussed, the Court will deny Defendant Dr. Binnon's motion.

### I.   BACKGROUND

On May 2, 2007, Plaintiff Richard E. Clark, Jr., ("Mr.
Clark") an inmate at the Howard R. Young Correctional Institution
("HRYCI"), filed this civil rights action pursuant to 42 U.S.C. §
1983. (D.I. 2.) He appears *pro se* and was granted *in forma
pauperis* status pursuant to 28 U.S.C. § 1915. (D.I. 4.) The
gravamen of Mr. Clark's action is that Defendants violated his
Eighth Amendment rights by housing him in a cell with an inmate
infected with HIV and Hepatitis B, and by failing to provide him
with medical treatment after he contracted Hepatitis B.

Mr. Clark initially named Warden Raphael Williams,
Lieutenant Sheets and Dr. Smith, all HRYCI employees, as
defendants. On June 25, 2007, Mr. Clark filed an Amended
Complaint, which added Dr. McDonald and Jim Welch as defendants.

(D.I. 8.)  On July 31, 2007, Mr. Clark filed a Second Amended
Complaint, which added Dr. Peter Binnon as a defendant.  (D.I.
11.)  On November 19, 2007, the Clerk of the Court forwarded a
USM 285 to the U.S. Marshall for service upon Dr. Binnon.  (D.I.
56.)  Neither the Clerk of the Court nor Mr. Clark have received
a Return of Service regarding Dr. Binnon.  (Id.; D.I. 60.)

## II.  DISCUSSION

Federal Rule of Civil Procedure 4(m) provides for dismissal
of an action against a defendant if that defendant "is not served
within 120 days after the complaint is filed."  However, where
the plaintiff shows good cause for the failure, "the court must
extend the time for service for an appropriate period."  Fed. R.
Civ. P. 4(m).

As he has not been served, Dr. Binnon contends that Mr.
Williams claims against him should be dismissed.  As Dr. Binnon
is aware, Mr. Clark proceeds in forma pauperis and, therefore,
must rely upon the court to issue a service order and the United
States Marshal Service to effect proper service of the summons
and complaint.  See 28 U.S.C. § 1915(d) (stating that where a
plaintiff is proceeding in forma pauperis, "the officers of the
court shall issue and serve all process, and perform all duties
in such cases").  Mr. Clark had nothing to do with any delay in
service.  Indeed, he timely complied with all court orders and
deadlines.  Dismissal for failure to timely serve is thus not

2

proper. Accordingly, the court will extend the time for service
and deny Defendant Dr. Binnon's Motion to Dismiss on the basis of
untimely service.

## III. Conclusion

Accordingly, for the reasons discussed above, the Court will
deny Defendant Dr. Binnon's motion.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant Dr.
Binnon's Motion to Dismiss Pursuant to Rule 4(m)(D.I. 57) is
**DENIED**.

May 14, 2008                    UNITED STATES DISTRICT JUDGE

3



Sidney Balick,
Adam Balick,
James Drnec
Joseph Naylor

May 29, 2008

Mr. Richard E. Clark, Jr.
477726
P.O. Box 9561
Wilmington, DE 19809

>            *Re:*    ***Clark v. Williams, et al.***
>                    ***C.A. No. 07-239 JJF***

Dear Mr. Clark:

This morning I received your recent, undated letter again requesting that Dr. Binnion respond to discovery requests. As I have pointed out to you before, Dr. Binnion is not under any obligation to respond to discovery requests until he is properly made a party to the action by service of process perfected pursuant to Federal Rule of Civil Procedure 4.

Contrary to your assertion (and perhaps my mis-statement in my earlier letter), the Court's denial of Dr. Binnion's Motion to Dismiss does not relive you of your obligation to secure proper service of process on Dr. Binnion before you can compel him to participate in this suit. As Judge Farnan noted in the opinion (a copy of which is included here for your reference), "Neither the Clerk of the Court nor Mr. Clark have received a Return of Service regarding Dr. Binnion." Until Dr. Binnion has been served, and until that service is returned to Court, Dr. Binnon will not be answering the discovery requests you sent to him as he is still not a party to the action. If you have some authority to the contrary, I would be happy to review and consider it.

Sincerely,

James E. Drnec

JD/jz
Enclosure

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Richard E. Clark Jr. | 07-239 |
| DEFENDANT | TYPE OF PROCESS |
| CPL Ryan Schwartz, et al. | Complaint |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dr. Peter Brennan, Mental & Mental Correctional Medical Service

**AT**  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1301 East 12th Street, Wilmington, De 19809

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard E. Clark Jr. # 477726
P.O. Box 9561
Wilmington, De 19809

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                    Fold

Forma Pauperis

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| R.E. Clark Jr. | | | 6-28-07 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service / Time / am / pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

NOTE

**PRIOR EDITIONS MAY BE USED**

**3. NOTICE OF SERVICE**

**FORM USM-285 (Rev. 12/15/80)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK, JR.,     :
                        :
      Plaintiff,          :
                        :
      v.                :     C.A. No. 07-239 JJF
                        :
WARDEN RAPHAEL WILLIAMS, :
LT. SHEETS, JIM WELCH,     :
and DR. BINNON          :
                        :
      Defendants.       :

### DEFENDANT DR. BINNON'S
### MOTION TO STAY OR STRIKE DISCOVERY
### <u>PENDING DECISION ON MOTION TO DISMISS</u>

Defendant Dr. Binnon ("Movant") hereby moves for entry of an order in the form attached hereto staying or striking discovery pending the Court's decision on his Motion to Dismiss the Plaintiff's claims against him for failure timely to serve process. (D.I. 57) In support of this Motion, Movant states as follows:

1.     On May 2, 2007 Plaintiff filed his Complaint alleging civil rights violations against Raphael Williams, Lt. Sheets, and Mr. Smith. (D.I. 2) Movant was not a named defendant. (*Id.*) On June 25, 2007 Plaintiff filed his Amended Complaint which added as defendants Dr. McDonald and Jim Welch and dismissing Raphael Williams. (D.I. 8) The Amended Complaint did not name Movant, either. (*Id.*) On July 31, 2007 Plaintiff filed his Second Amended Complaint, this time purporting to add Movant as a defendant. (D.I. 11)

2.     On March 13, 2008, Movant filed his Motion to Dismiss for failure timely to serve process pursuant to Rule 4(m). (D.I. 57) No Entry of Appearance was filed, and Movant reserved the right to raise all defenses. (*Id.*) The basis of the Motion was that more than 180

days had passed without service. (*Id.*) As of the date of the instant Motion, service still has not been perfected according to the Rules, and 244 days have passed since the filing of the Second Amended Complaint purporting to add Dr. Binnon as a defendant.

3.      On May 8, 2008, the undersigned counsel received from Plaintiff a letter dated May 1, 2008 claiming, in essence, that service had been effected by virtue of the filing of Dr. Binnon's Motion to Dismiss. (Exhibit "A") Included with the May 1 letter were Plaintiff's putative return of service and some discovery requests, including requests for admission and interrogatories. (*Id.*) The Plaintiff's Requests for Admission and Interrogatories were filed with the Court on May 8, 2008. (D.I. 70, 71)

4.      As set forth in the Motion to Dismiss (D.I. 57), Movant continues to believe that he has not been made a party to the above-captioned action either through service of process, and also believes that he has not waived that defense merely by filing his Motion to Dismiss. Waiver of personal jurisdiction via the latter method would violate due process concerns. Therefore, Movant is not a party to the case. Because non-parties are not subject to compulsory discovery, the discovery requests filed by Plaintiff should either be stayed until the Motion to dismiss is decided, or stricken in its entirety until Movant's Motion to Dismiss is decided or until service is properly perfected, thus rendering Movant a proper party subject to compulsory discovery under the Rules.

5.      Pursuant to Rules 33, 36, and 37, failure timely to respond to requests for admission and interrogatories carries potential penalties ranging from matters being deemed admitted, to loss of the opportunity to object, to default judgment (*Id.*) Movant could be prejudiced if it these requests are not stayed and it is later determined that Movant had an obligation to respond and failed timely to do so.

6.    Accordingly, Movant respectfully requests this Court stay or strike the discovery propounded by Plaintiff until such time as the Court determines whether to grant the Motion to Dismiss, or until such time as service is properly perfected.

WHEREFORE, for the foregoing reasons, Movant Peter Binnon, M.D. respectfully requests entry of an order in the form attached hereto staying or striking Plaintiff's discovery requests directed to Binnon until Binnon's Motion to Dismiss has been decided, or until service has been properly perfected.

BALICK & BALICK, LLC

_____/s/ James E. Drnec_____
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Dr. Binnon

Date:    May 9, 2008

I Richard E Clark Jr hereby Certify that I Caused a True and Correct Copy of The foregoing motion To the following.

ERIKA TROSS
820 N. King ST
Wilmington, De
19801

James Drnec
711 King ST.
Wilmington De
19801

June 5, 2008

X [signature]



UNITED STATES POSTAGE
$ 01.68
02 1A
0004465832
JUN 06 2008
MAILED FROM ZIP CODE 19802

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK

844 N KING ST Lock Box 18

Wilmington, De

19801

U.S.M.S.
X-RAY

Richard Eclairs
497726
P.O. Box 9561
Wilmington, De
19804