OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 10, 2008

**Richard E. Clark Jr.**
SBI# 477726
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

    *RE:   Request for Docket Sheet*
         *CA 07-239 JJF*

Dear Mr. Clark:

    The Clerk's office is in receipt of your letter dated 6/5/08 requesting a docket sheet. Our records indicate that you have received at least two free docket sheets to date. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

    Please note that in forma pauperis status applies only to the initial filing fees. It does not apply to docket sheets and other copywork fees.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                  Sincerely,

/rwc                                PETER T. DALLEO
                                      CLERK

cc:   The Honorable Joseph J. Farnan, Jr.