IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RICHARD E. CLARK, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 07-239 JJF |
| | : | |
| WARDEN RAPHAEL WILLIAMS, | : | |
| LT. SHEETS, JIM WELCH, | | |
| and DR. BINNON | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT DR. BINNON'S**
**WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**

Defendant Dr. Binnon hereby withdraws his Motion for Protective Order. (D.I. 74) At the time it was filed, Plaintiff had not effected service. Since then, Dr. Binnon has waived service and is now properly a party to the action and so will respond to Plaintiff's discovery requests.

BALICK & BALICK, LLC


    /s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant Dr. Binnon

Date:  July 1, 2008

**CERTIFICATE OF SERVICE**

I, James Drnec, hereby certify that on the 1st day of July 2008, the foregoing Defendant Dr. Binnon's Withdrawal of Motion for Protective Order was filed via CM/ECF and served upon the following in the manner indicated:

| | |
|---|---|
| Richard E. Clark Jr.<br>SBI# 477726<br>Howard R. Young Correctional Institution<br>P.O. Box 9561<br>Wilmington, DE 19809 | *VIA FIRST CLASS MAIL* |
| Erika Yvonne Tross<br>Delaware Department of Justice<br>820 North French Street<br>6th Floor<br>Wilmington, DE 19801 | *VIA CM/ECF FILING* |

　　　　　　　　　　　　　　　　　　　　/s/ James E. Drnec
　　　　　　　　　　　　　　　　　　James E. Drnec, Esquire (#3789)