To: Clerk of The Court
From: Richard E Clark Jr.  477726   C.A: 07 239 JJF
Re: Recent address change.
Date: 6-29-8

I just wanted to make the Honorable Court aware that I am no longer at H.R.Y.C.I. I am now at Sussex Correctional Institution. The address is P.O. Box 500 Georgetown De 19947.

Respectfully,
Richard E Clark Jr
477726
C.A. No: 07-239 JJF

FILED
JUL - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IM: Richard E Clerk   BLDG: Bldg A.
SUSSEX CORRECTIONAL INSTITUTION 477726
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

WILMINGTON DE 227
30 JUN 2008 PM 2 L

Office of The Clerk.
U.S. District Court.
Lock Box 18, 844 N. King St
Wilmington, DE
19801

FILED
JUL - 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE