IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK JR )
   Plaintiff )
 )
v. ) CA No. 07-239 JJF
 )
RAPHAEL WILLIAMS )
PATRICK SHEETS ) Jury Trial Demanded.
JAMES WELCH )
PETER BINNION (cms) )
 )



FILED
JUL 02 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff Richard E Clark Jr's response
To Defendant Peter Binnion's answer to the Complaint

Plaintiff Richard E Clark Jr Pro se' hereby responds to Defendant Peter Binnion's Answer to the Complaint, and states the following facts ....

1.) Defendant Peter Binnion knew of the potential and dangerous risk of not referring Plaintiff Richard E Clark Jr to the infectious disease doctor, along with not ordering follow up viral loads (which Binnion never ordered) or follow up labs to monitor the virus and functions of his liver being the last (chem 24) ordered by Peter Binnion. Showed Mr Clarks liver functions were still high. See (sealed exhibit A)

2.) Plaintiff is appearing pro se' at the present time, and at the time the complaint was filed. In mr Clarks Claim against Peter Binnion it clearly speaks of medical neglegence. On May 7, 08. mr Clark contacted the court requesting to add Supplemental information pertaining to medical neglect and malpractice towards Mr Clark. (See Sealed exhibit B)

3.) On April 18, 2008 the Honorable Court granted Mr Clark's motion for leave (D.I 65) to sue defendants in there personal compacity, along with pain and suffering mental anguish. (Compensitory Damages)

4.) ~~Defendant~~ Peter Binnion in no way provided adequate medical care for Richard Clarks Acute Hepatitis B
{ (The medical records attached show the medical neglect and medical malpractice on behalf of Peter Binnion towards plaintiff Richard E Clark Sr.) (See attached Sealed Exhibit C) }

5.) At the time of filing suite Mr Clark did not have access to his medical records nor the information that stands before him today, thus being the reason for Compensitory damages, mental anguish, Pain Suffering and the medical treatment / Bills that he will have. pertaining to his deadly liver disease, that is already progressing damage to his liver.

(a). Mr Clark has never requested surgical intervention however all he has requested was to undergo proper medical attention pertaining to his Hepititis B and to monitor his Hepititis viral loads, liver functions which is standard protocall for a minimum of 6 months. Peter Binnion did not provide this care nor did he refer the patient to the infectious diseases doctor. Mr Clark is currently awaiting interferon treatment for the hep B, as his liver biopsy shows damage to the liver caused by his active Hepititis B.

WHEREFORE Mr Clark respectfully requests the case moves forward, and judgement is not entered against him. (the plaintiff)

June 30, 2008

Steve Clark 411726
P.O. Box 500
Georgetown, De 19947

Certificate of Service.

I Richard E Clark Sr Hereby certify that I caused a true and correct copy of the enclosed by way of U.S mail this 30th day of June 2008. To the following parties.

E/Like Tress
820 N French St
Wilmington, De 19801

James E Drnec.
C/o Balick & Balick.
711 N King st
Wilmington, De
19801

June 30 2008

                                                        R. Clark 477726
P.O. Box 500
Georgetown, De
19947

IM: Richey
SUSSEX CO.
P.O. BOX 50
GEORGETOWN, DELAWARE 19947

U.S.M.S.
DE RA

Clerk of The Clerk
US District Court.
844 N King St. Lock Box 18
Wilmington De
19801.