IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE.

RICHARD E CLARK JR.
Plaintiff

v.

WILLIAMS ET. al.

CA NO: 07-239-JJF

JURY TRIAL Requested.



FILED
JUL 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

Plaintiff Richard E Clark Jr's Responce
To Defendant Peter Binnion's motion to Strike

Comes Now Plaintiff Richard E Clark Jr's Responce in opposition to Defendant Peter Binnions motion to strike.

1). On July 3 2008 Defendant Peter Binnion filed a motion to strike Plaintiffs Responce to Defendant Peter Binnions answer to Complent.

2). June 30 Plaintiff filed a Responce to Defendant Binnions answer to Complaint. Such Responce was nothing more than a responce to Defendant Binnion's basic objections to the Plaintiffs Complaint

3.) Clearly Mr Clerk has done nothing more then inform the court of the factual merit of the case.

4.) Mr Clark reserves the right to defend him self against unfactual statement's that the opposing party was presenting to the court.

5.) On January 23, 2008 (D.147) Mr Clark filed a response/objection for the State defendants answer to the complaint, in which both the pro se law clerk at the court and the Honorable Court accepted such document. State defendants did not file a motion to strike Response/objections their being such was allowed on the docket and is on the record for the case.

6.) Plaintiff Richard E Clark Jr appears pro'se in this matter in which the Honorable Court tends to show leanency towards such documents being filed.

WHEREFORE, given the above **merit**, Plaintiff Richard E Clark Jr respectfully request's this document stands and the court does not strike it from the record.

July 11, 2008

Respectfully,
R.E.Clark
P.O Box 500
George Town De.
19947

Certificate of Service.

I Richard E Clark. Jr Caused a true and Correct Copy of the foregoing Responce by way of U.S Mail this 11 day of July 2008 To the following.

ERIKA TROSS
820 N. FRENCH ST
Wilmington, De
19801

James Drnec
711 King St
Wilmington De
19801

[signature]
P.o Box 500
Georgetown De
19947

I/M: Richard E Clark Sr 497426 BLDG: Key A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S. District Court
844 N King St. Lock Box 18
Wilmington De
19801