To: Clerk of the Court
From: Richard E Clark Jr
Re: 07-239-JJF
Date: June 30, 2008

On April 18, 2008 my motion to leave to amend was granted. Being in suing in the personal compasity not official. Why is it on my documents from the court it still states. Warden Raphael Williams. Ct Sheets, James Welch and Dr Peter Binnion.

The correct way being the motion was granted is:

Raphael Williams.
Petrick Sheets.
James Welch
Peter Binnion (cms)

Is there any way this can be corrected. The Defendants lawyers and the court still refere to them in there official compacity and I'm affraid there could be some confusion in the future.

My address has changed I'm now at Richard E Clark Jr 477726
P.O Box 500
Georgetown DC
19947

Please send all mail here.
Thank you.

Thank you Respectfully

[signature]

FILED
JUL 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned