UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK JR.
Plaintiff.

v.

WILLIAMS et.al.

Civil action No: 07-239-JJF
JURY TRIAL REQUESTED.

Plaintiffs Clarification of Certain Interrogatories for STATE Defendants

FILED
JUL 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Clarification of Interrogatory for Williams.

18.) In accordance to the previous interrogatory (No 13) which stated "Does the State require you and or your Staff to take a Course on infectious disease, Contamination, Contraction, biohazzard spills, and Contamination Clean up" to which you replied "this is a part of the employe's initial training" In avoidance of any misapprehension, Is the Course's name, date Completed and the name by whom completed the course on record?

## Clarification of Interrogatories for SHEETS

9.) What are you required to do If you are contacted by a Inmate, and his Cell mate has blood born disease's in which he is bleeding profusley in the cell exposing the others in the cell with him?

10.) In previous interrogatory (No 7) which stated "Does the State require you and or your Staff to take a Course on infectious disease contraction, Contamination Cleanup" to which you replied "I do not recall" To Clarify my understanding have you Completed a education course on blood born pathogens. (Infectious disease)

13.) If a inmate is expressing his concern to a Lieutenant about how his cellmate is bleeding all over the cell exposing the others in the cell to the man's blood born diseases, and the Lieutenant answers him with (Sometimes this happens if you don't like it don't come to jail.) Do you believe this is a appropriate answer?

### Clarification of Interrogatories for Welch

4.) What should be done to resolve the issue when a man is bleeding perfusley from open leisons all over his body (he is infected with A.I.D.S and Hepatitis B) Now the others who reside in his cell are exposed to these Blood Born pathogens?

July 15, 2008

[signature]
P.O Box 500
Georgetown De
19947

Certificate of Service.

I Richard E Chick Jr hereby certify that on this 15 day of July I caused a true and correct copy of the foregoing information to the following party.

ERIKA TROSS
820 N FRENCH ST
Wilmington DE
19801

James Drnec
711 KING ST
Wilmington DE
19801

July 15, 2008

[signature]
PO Box 500
Georgetown De
19947