IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E. CLARK JR. )
    Plaintiff )
) Civil Action No: 07-239 JJF
) Jury trial REQUESTED.
V. )
)
)
RAPHAEL WILLIAMS et. al )
    Defendants. )

REQUEST FOR ADMISIONS
FOR STATE DEFENDANTS

FILED
JUL 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## *Patrick Sheets*

1.) (ADMIT) With the inmates you recieve mail from and the inmates you see, talk to, and work around on a daily basis. If you were in reciept of a letter dated February 9, 2007, you would not rember [recieving] that letter 1 year and 11 days later.

2.) (ADMIT) If you held a conversation with a inmate February 2007, you wouldn't remember the contents of that conversation 1 year later.

3.) (ADMIT) There is a risk with housing a person with someone in the same cell, when that person is infected with a blood born diesease such as A.I.D.S and or Hepatitis B In which such person that is infected is bleeding perfusley due to open liesions all over himself and the cell.

4.) (ADMIT) If you or your staff are contacted about a Situation such as a man who is infected with a blood born diesease (Such as A.I.D.S and or Hepatitis B) and that man is bleeding perfusley all over the quarters in which he resides exposing the others that reside in that quarter with him, that you and or your staff need to take whatever action deemed appropriate to resolve the issue in a exbaditious manner.

5.) (ADMIT) You have no knowledge of the infectious risk of being in contact and or being exposed to blood infected with AIDS and or Hepatitis B.

6.(ADMIT) You have no knowledge of how long the AIDS and or Hepatitis B Virus can Survive once exposed to air.

*RAPHAEL WILLIAMS*

1.) (ADMIT) There is a risk of housing a person with someone, when the person is infected with a blood born diesease such as A.I.D.S or Hepatitis B, in which such person that is infected is bleeding perfusley from open leisons.

2.) (ADMIT) If you or your staff are contacted about a situction such as a man who is infected with a blood born diesease and he is bleeding all over the the quarters which he resides in, that you and or your staff needs to take whatever action deemed appropriate to resolve the issue in a expeditious manner.

3.) (ADMIT) The State keeps record of all the courses the employee's take and complete.

4.) (ADMIT) You have no knowledge of the infectious risk of being incontact and or being exposed to blood infected with the A.I.D.S or Hepetitis B virus's

5.) (ADMIT) You have no knowledge of how long the A.I.D.S or the Hepetitis B virus can survive once exposed to air.

6.)

*<u>James Welch</u>*

1) (ADMIT) If you recieved a letter in June 07 you would not remember that letter nor the contents of that letter 8 months later.

2.) (ADMIT) There is a risk with housing a person with some one in the same quarters, when that person is infected with a blood born diesease such as A.I.DS and or Hepatitis B, in which such person is bleeding perfusley from open leisons.

3.) (ADMIT) You have no knowledge of the infectious risk of being incontact and or being exposed to blood infected with A.I.D.S and or Hepatitis B virus

4) (ADMIT) You have no knowledge of how long the A.I.D.S virus nor the Hepatitis B virus lives once exposed to air.

July 15, 2008

[signature]
P.o Box 500
Georgetown De
19947

Certificate of Service.

I Richard E Clark Jr here by certifies that on July 15, 2008 I caused a true and correct copy of the foregoing Information by way of US mail upon the following parties.

ERIKA TROSS
820 N. FRENCH ST.
Wilmington, De 19801

James Drnec.
711 King ST
Wilmington De
19801

July 15, 2008

[signature]
P.O Box 500
Georgetown De
19947