IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR )
Plaintiff )
)
) Civil Action No: 07239JJF
v )
)
)
WILLIAMS et.al )
Defendants )



FILED
JUL 2 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RENEWED MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff, Richard E Clark Jr pro'se requests this Honorable court to appoint Counsel to represent him in this case for the following Reasons....

1.) Plaintiff is unable to afford counsel due to incarceration, he has no means of outside help, nor outside support.

2.) The legal issues in this case are becoming very complex for him, making it very difficult for him to represent himself in this case.

3.) Plaintiff does not have access to the resources needed to conduct his factual investigation, which is very much needed at this point of the case.

4.) Plaintiff has made many mistakes and continues to make mistakes that can very well jeopardize this case.

July 2008.

[signature] 977726
P.O Box 500
Georgetown, De
19947



Richard
BLDG key H J-
Sussex Correctional Institution
PO Box 500
Georgetown, DE 19947

Office of the Clerk
United States District Court
844 N. King St Lock box 18
Wilmington DE 19801

FIRST CLASS MAIL

FIRST CLASS MAIL