IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR. )
Plaintiff. )
)
) Civil Action No: 07-239-JJF
V )
)
)
WILLIAMS et.al. )
Defendents )

FILED
JUL 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAW

AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
RENEWED MOTION FOR APPOINTMENT OF COUNSEL

I Richard E Clark Jr pro'se being sworn deposes and truley states the following.

1.) I am over 18 years of age, and competent to make this affidavit.

2.) I am the Plaintiff in this case. I make this affidavit in support of this Renewed motion for appointment of Counsel.

3.) I am a Indegent litigent and Cannot retain Counsel because of such.

4.) I am having severe difficulty in representing my self in this case, due to the legal complexity and my lack of legal knowledge.

5.) I do not have the resources needed to conduct my factual investigation such as, money for copies or

documents for the case, family and friends to call or write for help with the case, nor access to a computer.

6.) I have no means of income to continue sending documents to the court, nor the opposing parties attornies.

7. Do to lack of legal knowledge, I have made and continue to make mistakes that can and most likely will be detramental to this case.

8.) I have been unsuccessful in conducting my factual investigation, along with moving forward with the discovery process due to lack of legal knowledge.

9.) This case involves deliberate indifference on behalf of both medical and state defendents, which raise the complexity of this case.

10.) This case involves medical neglect and malpractice which also raise the complexity of this case and will most likely require expert testimony of witnesses.

WHEREFORE, Inlight of the forgoing Information, and Considering the "Tabron Factors" it is clear that he meets the qualifications. It is also clear that the Plaintiff is not likely to succeed in presenting his own case due to the lack of resources available to him. Their being the Honorable court shall grant his renewed motion for appointment of counsel.

_____ 477726
Richard E Clark Jr.    Plaintiff.


Sworn to and subscribed before me this 14th day of July 2008.

_____
Notary Public



SHARON A. BUSS
Notary Public-State of Delaware
My Commission Expires May 21, 2009

Certificate of Service.

I Richard E Clark Jr hereby certifies that on this July 14, 2008 I cause a true and correct copy of the forgoing document by way of U.S mail to the following.

Erika Tross
820 N. French St
Wilmington, De
19801

James Drnec
711 King St
Wilmington De
19801

July 14, 2008

[signature]
P.O Box 500
Georgetown De
19947