F I L E D

JUL 29 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To: Judge Joseph J FARNAN Jr /Clerk
From: Richard E Clark Jr
RE: 07-239-JJF  Attorney of record for Peter Binnion.
July 16, 2008.

On July 7, 2008 I was in reciept of Peter Binnions
withdrawal of motion for protective order. however I
was never in reciept of the actual motion for
protective order that he obviously filed. It is
my belief is that F.R.C.P clearly states all motions
filed, and or orders must be served to the opposing
parties. I very easily could have filed some-
thing that could be detrimental to my Case. I am
Considered indegent by the Doc and the Courts,
and everytime I file something I make sure it
is served to the opposing parties attornies. Said
motion was docket (74) my most current Docket Sheet
that the Court Sent me was from February 08
and only reads to (D153). I've asked several times
to have a updated one. every time I'm informed I must
pay but I donot have a means of paying. I proceed in
forma Pauperis, I cant ever afford Copies nor Stamps.
my Concern is something I filed may not have
reached the Courts because of Doc mail system. nor
again not reciend something from the opposing parties.
I believe the Court needs to do whatever deemed
appropriate to ensure I recieve copies from all opposing
parties of everything filed. and yet again I ask the Court
to send a recent docket sheet so I can assure that
Everything has been recieved by the Cort and myself.

Respectfully,
Richard E Clark Jr  P.o Box 500
Georgetown De 19947.

CA No: 07-239-JJF

To: Judge Joseph J Farnan / Clerk
From: Richard E Clark Jr 477726.
RE: 07-239-JJF , Request for Written / oral Deposition.
Date: July 24, 2008

Im Writing this Request in hopes to be allowed
for a oral deposition, I have many questions that will
help prove my Case thats directed to my primary Care
Physician. (at HRYU before I was transferred to SCI) and my
infectious Diesease doctor which I am still under Care of, If
a oral deposition is denied would it be possible to do a
written deposition. Just for future Reference As of the
first week of August 2008 I am scheduled by Dr mcdonald
to begin the interfuren treatment for my hep B.
Thankyou for taking these depositions under Consideration,

Respectfully

R E Clark 477726
poBox 500
Georgetown De
19947

Printed: 7/17/2008 *Average Daily Balance For Pauper Filing* Page 1 of 1
*For Days the Individual was in Residence at SCI from 6/24/2008 through 6/30/2008*

**SBI: 00477726          NAME:      CLARK, RICHARD E**

| Date | Balance |
|------|---------|
| 06/24/2008 | $0.00 |
| 06/25/2008 | $0.00 |
| 06/26/2008 | $0.00 |
| 06/27/2008 | $0.00 |
| 06/28/2008 | $0.00 |
| 06/29/2008 | $0.00 |
| 06/30/2008 | $0.00 |

*Summary for 'SBI' = 00477726 (7 detail records)*          **Average Daily Balance:     $0.00**

# Prior Month -- Individual Statement

Date Printed: 7/17/2008                                                                                    Page 1 of 1

## For Month of June 2008

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00477726 | CLARK | RICHARD | E | | | |
| Current Location: KEY A | | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Committed | | 6/24/2008 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

I/M: Richard E Clark Sr    BLDG: Key A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

477726

U.S District Court.

844 N King ST

Locle Box 18

Wilmington De

19801