OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 29, 2008

**Richard E. Clark Jr.**
SBI# 477726
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

*RE:   Request for Docket Sheet*
*CA 07-239 JJF*

Dear Mr. Clark:

    The Clerk's office is in receipt of your letter dated 7/16/08 requesting a docket sheet. Our records indicate that you have received at least two free docket sheets to date. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court. **A copy of the docket is enclosed, free of charge for this request only**.

    Please note that in forma pauperis status applies only to the initial filing fees. It does not apply to docket sheets and other copywork fees.

    Also, you did not indicate that you served a copy of your letter upon opposing counsel. Please be advised that in order for your letter to be accepted by the Court, you must serve a copy upon opposing counsel. Service should be noted either by attaching a certificate of service, or cc.

    I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc:   The Honorable Joseph J. Farnan, Jr.

Enc.   Docket Sheet