**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RICHARD E. CLARK, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-239-JJF |
| v. | ) | |
| | ) | Jury Trial Requested |
| WARDEN RAPHAEL WILLIAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' JOINDER IN
DEFENDANT DR. BINNION'S OPPOSITION TO PLAINTIFF'S
RENEWED MOTION FOR APPOINTMENT OF COUNSEL [RE:  D.I. 94, 96]**

COMES NOW, State Defendants Raphael Williams, Patrick Sheets and Jim Welch (the "State Defendants"), by and through the undersigned counsel, and hereby join in Defendant Dr. Binnion's Opposition to Plaintiff's Renewed Motion for Appointment of Counsel (D.I. 96) and incorporate herein by reference the arguments made therein.  In light of the fact that Clark has failed to satisfy the *Tabron* factors, State Defendants contend that Clark's renewed request for counsel should be denied.

WHEREFORE, State Defendants respectfully request that this Honorable Court deny Plaintiff's Renewed Motion for Appointment of Counsel (D.I. 94).

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for the State Defendants

Dated: July 30, 2008

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on July 30, 2008, I caused a true and correct copy of the attached *State Defendants' Joinder in Defendant Dr. Binnion's Opposition to Plaintiff's Renewed Motion for Appointment of Counsel [Re: D.I. 94, 96]* to be served on the following individuals in the form and manner indicated:

**Via First Class Mail**
Inmate Richard E. Clark Jr.
SBI # 477726
Howard R. Young Correctional Institution
P.O. Box 9279
Wilmington, DE 19809

**Via Electronic Delivery**
James E. Drnec, Esquire
Balick & Balick
711 King St.
Wilmington, DE 19801

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400