IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD E. CLARK, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-239-JJF |
| v. ) | |
| ) | Jury Trial Requested |
| WARDEN RAPHAEL WILLIAMS et al., ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' AND DR. PETER BINNON'S
JOINT MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COMES NOW, State Defendants Raphael Williams, James Welch and Patrick Sheets (the "State Defendants") and Defendant Dr. Peter Binnon ("Dr. Binnon"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an order, substantially in the form attached hereto, granting the State Defendants and Dr. Binnon leave to depose Plaintiff Richard E. Clark, Jr. ("Clark" or "Plaintiff"). In support of the Motion, State Defendants and Dr. Binnon state as follows:

1. Plaintiff Clark is an inmate presently incarcerated at the Sussex Correctional Institute in Georgetown, Delaware.

2. Counsel for the State Defendants and counsel for Dr. Binnon wish to depose Clark as part of discovery in this case.

3. No scheduling order has been entered in this matter.

4. Federal Rule of Civil Procedure 30(a) requires leave of the Court to depose an incarcerated individual.

5. A form of order is attached to this Motion that grants the State Defendants' counsel and Dr. Binnon's counsel the right to depose Clark.

- 2 -

WHEREFORE, State Defendants and Dr. Binnon respectfully request that this Honorable Court enter an order, substantially in the form attached hereto, granting the Joint Motion for Leave to Depose Plaintiff Richard E. Clark, Jr.

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        */s/ Erika Y. Tross*
        Erika Y. Tross (#4506)
        Deputy Attorney General
        820 N. French Street
        Wilmington, DE 19801
        (302) 577-8400
            Attorney for State Defendants

        **BALICK & BALICK**

        */s/ James E. Drnec*
        James E. Drnec (#3789)
        711 King St.
        Wilmington, DE 19801
        (302) 658-4265
            Attorney for Defendant Dr. Binnon

Dated: August 14, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD E. CLARK, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | )   C.A. No. 07-239-JJF |
| v. | ) |
| | )   Jury Trial Requested |
| WARDEN RAPHAEL WILLIAMS et al., | ) |
| | ) |
|     Defendants. | ) |

### 7.1.1 CERTIFICATE OF COUNSEL

The undersigned counsel hereby certify, pursuant to Rule 7.1.1 of the Local Rules for the District Court of Delaware, that they are, as a practical matter, unable to discuss the subject of this Motion with the Plaintiff because the Plaintiff is an incarcerated individual in a prison. Defense counsel assume that the Plaintiff opposes the Motion.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street
Wilmington, DE 19801
(302) 577-8400
    Attorney for State Defendants

**BALICK & BALICK**

*/s/ James E. Drnec*
James E. Drnec (#3789)
711 King St.
Wilmington, DE 19801
(302) 658-4265
    Attorney for Defendant Dr. Binnon

Dated: August 14, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RICHARD E. CLARK, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-239-JJF |
| v. ) | |
| ) | Jury Trial Requested |
| WARDEN RAPHAEL WILLIAMS et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon State Defendants' and Dr. Peter Binnon's Joint Motion for Leave to Depose Plaintiff (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. State Defendants and Dr. Peter Binnon are granted leave to depose the Plaintiff in this matter.

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

**CERTIFICATE OF MAILING AND/OR DELIVERY**

I, Erika Y. Tross, Esq., hereby certify that on August 14, 2008, I caused a true and correct copy of the attached *State Defendants' and Dr. Peter Binnon's Joint Motion for Leave to Depose Plaintiff* to be served on the following individuals in the form and manner indicated:

**Via First Class Mail**
Inmate Richard E. Clark Jr.
SBI # 477726
Sussex Correctional Institute
P.O. Box 500
Georgetown, DE 19947

**Via Electronic Delivery**
James E. Drnec, Esquire
Balick & Balick
711 King St.
Wilmington, DE 19801

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400