IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR )
    Plaintiff )
)
) C.A. No: 07-239-JJF
V )
)
)
RAPHAEL WILLIAMS )
PATRICK SHEETS )
JIM WELCH )
PETER BINNION )
)



FILED
AUG 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff's Responce to Defendant Peter Binnion's opposition to the Plaintiffs Renewed Motion for Appointment of Counsel

1.) On July 24, 2008 Plaintiff filed the instant motion for renewed appointment of counsel.

2.) On April 18 2008 Plaintiff's original motion for appointment of counsel, however such motion was denied.

3.) The honorable Court stated in (D165) that it would consider a renewed appointment of counsel if issues arise that denie him access to resources necessary to conduct a factual investigation such as a telephone or computer.

4.) As the honorable Court is aware, Plaintiff transfered prisons and was moved to Sussex Correctional Institution, where he has no access to a computer nor does he use the telephone due to no outside support, and or certain family members phone service does not accept collect calls.

5.) Plaintiff has contacted numerous attorneys however most of them have not contacted the plaintiff. The ones who have either do not handle these types of cases or cannot accept them at the present time. (See attached)

6.) It is understood that when considering a motion for appointment of counsel the court must consider the (TABRON FACTORS), in which the plaintiff qualifies. Plaintiff is only allowed 2 days a week (2 hrs) at the Law library with this amount of time its very hard next to impossible to do what is needed.

7.) Although the plaintiff has filed many motions, TRO/PI and discovery requests, he has made many mistakes which could be detremental to his case.

Wherefore giving the above and considering the (TABRON FACTORS) Plaintiffs Motion for Appointment of counsel should be granted.

August 1, 2008

/s/ Ellyn. 477426
P.O. Box 500
Georgetown De
19947

CERTIFICATE OF SERVICE.

I Richard E Clark Sr HEREBY certify That on this first day of August 2008 I cersed a true and correct copy by way of U.S Mail To The following parties.

ERIKA TROSS
820 N French ST
Wilmington De
19801.

James Drnec.
711 N King ST
Wilmington De
19801

August 1, 2008

[signature] 477726
P.O Box 590
Georgetown De
19947

*Law Office of Edward C. Gill, P.A.*

16 N. BEDFORD STREET
P.O. BOX 824
GEORGETOWN, DELAWARE 19947-0824

EDWARD C. GILL
THERESA McQUAID HAYES (DE, VA)
ASHLEY M. OLAND (DE, MD)

PHONE: 302-854-5400
FAX: 302-854-5409

July 18, 2008

Richard E. Clark, Jr.
c/o SCI
SBI No. 477726
P.O. Box 500
Georgetown, Delaware 19947

Dear Mr. Clark:

    Thank you for your letter with regards to the problems you are having at SCI. Please be advised that I am not handling these types of cases at the present time. The attorney who I am familiar who is handling these types of cases is Stephen Hampton, Esquire. His address is c/o Grady & Hampton, 6 North Bradford Street, Dover, Delaware 19904.

    I wish you luck in the future.

Sincerely,

Edward C. Gill

ECG/jm

## DELAWARE VOLUNTEER LEGAL SERVICES, INC.

*Serving the Community for over Twenty Years*

P.O. BOX 7306
WILMINGTON, DELAWARE 19803

TELEPHONE: 302-478-8680
1-800-773-0606
FACSIMILE: 302-477-2227
WEBSITE: WWW.DVLS.ORG

KAREN JACOBS LOUDEN, ESQUIRE
PRESIDENT, BOARD OF DIRECTORS

JANINE N. HOWARD-O'RANGERS, ESQUIRE
EXECUTIVE DIRECTOR

THOMAS V. MCDONOUGH, ESQUIRE
STAFF ATTORNEY:
DOMESTIC VIOLENCE & ATTORNEY RECRUITMENT

JACQUELYN A. CHACONA, ESQUIRE
STAFF ATTORNEY:
OUTREACH & CASE PLACEMENT

November 9, 2007

I/M Richard E. Clark, Jr.
SBI#477726
P.O. Box 9561
Wilmington, DE  19809

      Re:    <u>Request for Legal Assistance</u>

Dear Mr. Clark:

    We regret to inform you that Delaware Volunteer Legal Services, Inc. will not be able to assist you with your legal issue due to problem ineligibility.  We do not handle this type of matter in our office.

    The American Civil Liberties Union (ACLU) often will assist with problems concerning prisoners' rights.  Their address is 100 West 10th Street, Suite 309, Wilmington, DE 19801-1672.  I suggest that you send them your paperwork for evaluation.

    I'm sorry we are not able to assist you.

                                              Sincerely,

                                              Delaware Volunteer Legal Services, Inc.

:lk



United Way
A United Way of Delaware Member Agency

LAW OFFICES
**WEISS & SAVILLE, P.A.**

MICHAEL WEISS

YVONNE TAKVORIAN SAVILLE

1220 MARKET STREET, SUITE 604
P. O. BOX 370
WILMINGTON, DELAWARE 19899

TELEPHONE
(302) 656-0400

FAX
(302) 656-5011

October 3, 2007

Mr. Richard E. Clark, Jr.
#477726
P. O. Box 9561
Wilmington, DE   19809

Dear Rick:

   I received your letter, and I am sorry to hear about your present circumstances.  Unfortunately, my practice of law is not in the area that you need, and for that reason I am not in a position to assist you.

   I do suggest that you contact the lawyer who handled your criminal case, the Public Defender's Office or Delaware Volunteer Legal Services.  That address is P. O. Box 7306, Wilmington, Delaware 19803.

Very truly yours,

MICHAEL WEISS

MW/jcb

# THE FREIBOTT LAW FIRM, P.A.

P.O. Box 30128
WILMINGTON, DE 19805
PHONE: (302)633-9000
FAX: (302)633-9113
EMAIL: INFO@FREIBOTTLAW.COM

April 5, 2007

Richard E. Clark, Jr.
SBI #477726
P.O. Box 9651
Wilmington, DE 19809

        Re:   <u>Your Matter</u>

Dear Mr. Clark:

    Please be advised that I am in receipt of your letter regarding your request for legal representation. Please be advised that I do not handle these types of cases. Thank you and I wish you good luck in the future.

                              Very truly yours,

                              Frederick S. Freibott

FSF/jag



Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Joshua W. Martin III
Partner
Attorney at Law
jmartin@potteranderson.com
302 984-6010 Direct Phone
302 778-6010 Fax

August 7, 2008

**By First Class Mail**

Mr. Richard E. Clark Jr.
SBI 477726
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

      Re:    Letter postmarked July 28, 2008.

Dear Mr. Clark:

      This letter is in response to the letter you sent to me which was postmarked July 28, 2008, regarding the concerns you have about your Hepatitis B and the lack of medical treatment you have received. I would like to offer you some background about my role as Independent Monitor.

      On December 29, 2006, the State of Delaware and the United States Department of Justice entered into an agreement called the Memorandum of Agreement between the United States Department of Justice and the State of Delaware regarding the Delores J. Baylor Women's Correctional Institution, the Delaware Correctional Center, the Howard R. Young Correctional Institution, and the Sussex Correctional Institution (the "Agreement"). The Agreement contains a number of requirements that the State must meet with regard to the medical and mental health care provided to inmates in the Delores J. Baylor Women's Correctional Institution, the Howard R. Young Correctional Institution, the Delaware Correctional Center, and the Sussex Correctional Institution. The Agreement also provides that the State and the USDOJ must jointly select an independent monitor to review the State's progress and whether the State is complying with the requirements imposed by the Agreement.

      In early 2007, I was selected to act as the independent monitor. My responsibility as independent monitor is to monitor the medical and mental health care provided to inmates at the facilities described above in order to determine whether the State is in compliance with its obligations under the Agreement, and, with the help of the members of the monitoring team, provide technical assistance to the State as necessary. Due to my role as independent monitor, I am not able to offer legal advice or act as an advocate for individual inmates. Therefore, I am unable to provide you with any direct assistance in response to your letter.

Mr. Robert E. Clark Jr. SBI No. 477726
Page 2
August 7, 2008

If you have not yet done so, you might wish to consider submitting a grievance to the Department of Correction regarding your complaint. In addition, you might wish to consider writing to the Commissioner of the Department of Correction, Carl Danberg. Finally, if you have taken these actions or have legal questions, you might consider contacting another attorney or a legal services lawyer, who might be able to provide you with assistance.

I would like to thank you for taking the time to submit your letter. The information you have provided will assist me in my duties as independent monitor, and I will consider it carefully along with other information I receive from various sources in determining whether the State is in compliance with the Agreement.

Sincerely yours,

Joshua W. Martin III

DELAWARE
STATE BAR
ASSOCIATION



301 N. Market Street
Wilmington, DE
19801
Tel.: 302.658.5279
800.292.7869
FAX: 302.658.5212

Receipt is acknowledged of your correspondence to the Delaware State Bar Association/Delaware Lawyer Referral Service.

The services of the Lawyer Referral Services of the Delaware State Bar Association, **which are not available through the mail,** are made available to the community through a telephone interview with the Lawyer Referral Service and payment of a **$35.00 consultation fee.** The fee must be paid at the time of the consultation or no service shall be given. **In the case of incarcerated or hospitalized individuals, a relative or friend should call the offices of the Lawyer Referral Service at 302-478-8850 or 1-800-773-0606 – (800 number only in DE).** The Lawyer Referral Service provides referrals to private attorneys; **it does not answer legal questions, provide list or legal representation itself and** if a referral results in a private attorney accepting representation of a client, the attorney and the client make arrangements between themselves regarding **payment of attorney's fees.**

**Requests for legal representation in civil or criminal matters by individuals of limited financial means should be directed to:**

Delaware Volunteer Legal Services (Pro Bono)
Widener University School of Law
P.O. Box 7306
Wilmington, DE 19803


(New Castle County)
Community Legal Aid Society, Inc.
100 W. 10th Street, Suite 801
Wilmington, DE 19801

(Kent County)
Community Legal Aid Society, Inc.
840 Walker Road
Dover, DE 19904


(Sussex County)
Community Legal Aid Society, Inc.
144 East Market Street
Georgetown, DE 19947


(New Castle County)
Legal Services Corporation of Delaware
100 W. 10th Street, Suite 203
Wilmington, DE 19801

DELAWARE
STATE BAR
ASSOCIATION



301 N. Market Street
Wilmington, DE
19801
Tel.: 302.658.5279
800.292.7869
FAX: 302.658.5212

(Kent County)
Legal Service Corporation of Delaware
208 S. Governors Ave.
Dover, DE 19904

(New Castle County)
Public Defenders Office
820 N. French Street
5th Floor
Wilmington, DE 19801

(Kent County)
Public Defenders Office
45 The Green
Dover, DE 19901

(Sussex County)
Public Defenders Office
14 The Circle
South Bedford Street Entrance
Georgetown, DE 19947

**Complaints concerning attorneys should be addressed to:**

Office of Disciplinary Counsel
Carvel State Office Building
820 N. French Street, 11th Floor
Wilmington, DE 19801

In order to assist you if you do elect to contact any of the above mentioned, your correspondence is being returned to you

Delaware State Bar Association

I/M: Richard Clark   BLDG: Key A
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947
# 477776

Office of the Clerk
U.S District Court
844 N. King St Lockbox 18
Wilmington DC
19801