IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RICHARD E CLARK JR )
)
) C.A. No 07-239-JJF
V )
)
)
)
RAPHAEL WILLIAMS )
PATRICK SHEETS )
JAMES WELCH )
PETER BINNICN )

<u>WITHDRAWL OF MOTION TO COMPEL DISCOVERY</u>

Plaintiff, Richard E Clark JR hereby WithDraw's his motion to Compel discovery, Since the filing of said motion his discovery request's have been answered.

August 6, 2008

[signature] 477126
P.O Box 500
Georgetown, DE
19947

FILED
AUG 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I Richard E Clark Jr, hereby certify that on this 6th day of August 2008 I caused a true and correct copy of the Withdraw of motion for compel discovery to the following

ERIKA T ROSS
820 N French St
Wilmington De
19801

James Drnec
711 King St
Wilmington De
19801

Rich E Clark 477726
Po Box 500
Georgetown De
19947