IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD E. CLARK, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-239-JJF |
| v. ) | |
| ) | Jury Trial Requested |
| WARDEN RAPHAEL WILLIAMS et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon State Defendants' and Dr. Peter Binnon's Joint Motion for Leave to Depose Plaintiff (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. State Defendants and Dr. Peter Binnon are granted leave to depose the Plaintiff in this matter.

SO ORDERED this __25__ day of __August__, 2008.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge